# EXHIBIT B

**Raytheon Securities Litigation**
**Class Period Losses of Charles M. Francisco, III in Securities of Raytheon Company (NYSE: "RTX")**

| | |
|---|---|
| **Class Period Begins:** | 2/10/2016 |
| **Class Period Ends:** | 10/27/2020 |
| **90-Day Lookback Expires:** | 1/25/2021 |
| **Lookback Through 12/28/2020:** | $67.8698 |

**Common Stock**

| Purchases* | | | | Sales | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Quantity | Price | Cost | Date | Quantity | Price* | Proceeds | (Loss)/Gain |
| 4/3/2020 | 1,914 | $86.01 | $164,623.14 | HELD | 1,914 | $67.87 | $129,902.80 | ($34,720.34) |

**Total LIFO/*Dura* Losses:   ($34,720.34)**

**Purchases***: Prior to the market opening on April 3, 2020, Raytheon Company ("RTN") merged with United Technologies Corporation ("UTX") to form Raytheon Technologies Corporation, at which point all RTN shareholders received 2.3348 shares of UTX per share of RTN. As detailed in his Certification, Mr. Francisco purchased 820 shares of RTN on September 24, 2019, and thus received 1,914 shares of UTX on April 3, 2020 prior to market open (after which time UTX began trading as "RTX"). Thus, Mr. Francisco's cost basis in RTX is $86.01/share, the closing price of UTX on April 2, 2020.

**Price***: For those shares purchased during the Class Period and "HELD" through the 90-day period immediately thereafter, losses have been determined using the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market. *See* 15 U.S.C. § 78u–4(e)(1). Because that 90-day period does not expire until January 25, 2021 (the corrective information having been disseminated to the market on October 28, 2020), the lookback price is calculated as of the close of trading on December 28, 2020.