**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Pranay K. Bajjuri, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>Raytheon Technologies Corporation F/K/A Raytheon Company; Thomas A. Kennedy; Anthony F. O'Brien; and Michael J. Wood, )<br><br>Defendants. ) | Case No. 4:20-cv-00486-TUC-JCH<br><br>**[PROPOSED] ORDER GRANTING CHARLES M. FRANCISCO, III'S NOTICE OF MOTION AND MOTION FOR CONSOLIDATION OF CASES, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL** |
| Daniel Norris, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>Raytheon Technologies Corporation F/K/A Raytheon Company; Thomas A. Kennedy; Anthony F. O'Brien; and Michael J. Wood, )<br><br>Defendants. ) | Case No. 4:20-cv-00543-TUC-RM |

Having considered Charles M. Francisco, III's Motion for Consolidation of Cases, Appointment as Lead Plaintiff and Approval of his Selection of Lead Counsel (the "Motion"), and all papers in support thereof and in opposition thereto, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED;

2.      The above-captioned cases are hereby consolidated for all purposes (the "Consolidated Action").

3.      A Master File is established for this proceeding. The Master File shall be Civil Action No. 20-cv-00486-TUC-JCH. The Clerk shall file all pleadings in the Master File and note such filings on the Master Docket.

4.      Each new case that arises out of the subject matter of the Consolidated Action shall be consolidated with the Consolidated Action. This Order shall apply thereto, unless a party objects to consolidation (as provided for herein), or to any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party by filing an application for relief, and this Court deems it appropriate to grant such application. Nothing in the foregoing shall be construed as a waiver of Defendants' right to object to consolidation of any subsequently filed or transferred related action

5.      The Court, having considered the provisions of 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, hereby appoints Charles M. Francisco, III as Lead Plaintiff in the Action and any subsequently filed or transferred actions that relate to the Action;

6.      Lead Plaintiff's selection of Kahn, Swick & Foti, LLC is approved and appointed as Lead Counsel for the Class pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v). Lead Counsel shall have the authority to speak for all plaintiffs and Class members in all matters regarding the litigation, including, but not limited to, pre-trial proceedings, motion practice, trial, and settlement.

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2021.

_____
Hon. John C. Hinderaker
United States District Judge