# EXHIBIT A

## CERTIFICATION

I, Shawn Fischman, on behalf of FNY Partners Fund LP and FNY Managed Accounts LLC (collectively, the "First New York Funds") hereby certify as to claims asserted under the federal securities laws, that:

1.    I am the General Counsel and Chief Compliance Officer of FNY Investment Advisers, LLC, the investment adviser of the First New York Funds, and am authorized to execute this certification on their behalf. I have reviewed the complaint on file in this action and the First New York Funds' motion for appointment as lead plaintiff and have authorized the filing of the motion.

2.    The First New York Funds did not acquire any of the securities that are the subject of this action at the direction of their counsel or in order to participate in this action or any other litigation under the federal securities laws.

3.    The First New York Funds are willing to serve as lead plaintiffs and class representatives in this action and recognize their duties as such to act on behalf of class members in monitoring and directing the action, and, if necessary, testifying at deposition and trial. The First New York Funds fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

4.    The First New York Funds will not accept any payment for serving as a representative party on behalf of the class beyond their *pro rata* share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the Court.

5.    The First New York Funds have not served or sought to serve as a representative party for a class in any action under the federal securities laws within the three-year period prior to the date of this Certification, except: *In re Tesla Inc. Sec. Litig.*, Case No. 3:18-cv-04865-EMC (N.D. Cal.) (FNY Investment Advisers, LLC); *The Arbitrage Event-Driven Fund v. Tribune Media Co., et al.*, Case No. 1:18-cv-06175 (N.D. Ill.) (FNY Partners Fund LP and FNY Managed Accounts LLC); *In re Dynagas LNG Partners LP Sec. Litig.*, Case No. 19-cv-04512 (S.D.N.Y.) (FNY Partners Fund LP); *In re Alta Mesa Sec. Litig.*, Case No. E19-CV-00957 (S.D. Tex.) (FNY Partners Fund LP and FNY Managed Accounts LLC); *Eric Sabatini v. Del Frisco's Restaurant Group, Inc. et al.*, Case No. 1:19-cv-01385 (D. Del.) (FNY Partners Fund LP); and *James Hill v. Silver Lake Group, L.L.C. et al.*, Case No. 4:20-cv-02341-JSW (C.D. Cal.) (FNY Partners Fund LP and FNY Managed Accounts LLC).

6.    The First New York Funds held the following shares in the security that is the subject of their motion for appointment as lead plaintiffs in this action.

*See* **Attachment A**

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of December 2020.    _____

By:  Shawn Fischman, Esq.
General Counsel and Chief Compliance Officer of
FNY Investment Advisers, LLC, investment adviser
to FNY Partners Fund LP and FNY Managed
Accounts LLC

**Attachment A**

Holdings of United Technologies Corporation Common Stock as of the Close of Trading April 2, 2020

|  | Shares |
|---|---|
| FNY Managed Accounts LLC | 7,137 |
| FNY Partners Fund LP | 204,624 |
| **Total** | **211,761** |