# EXHIBIT B

# RAYTHEON SHAREHOLDER ALERT BY FORMER LOUISIANA ATTORNEY GENERAL: Kahn Swick & Foti, LLC Reminds Investors with Losses in Excess of $100,000 of Lead Plaintiff Deadline in Class Action Lawsuit Against Raytheon Technologies Corporation - RTX, RTN



NEWS PROVIDED BY
**Kahn Swick & Foti, LLC →**
Nov 06, 2020, 22:50 ET

NEW ORLEANS, Nov. 6, 2020 /PRNewswire/ -- Kahn Swick & Foti, LLC ("KSF") and KSF partner, former Attorney General of Louisiana, Charles C. Foti, Jr., remind investors that they have until **December 29, 2020** to file lead plaintiff applications in a securities class action lawsuit against Raytheon Technologies Corporation f/k/a Raytheon Company (NYSE: RTX, RTN), if they purchased the Company's securities between February 10, 2016 and October 27, 2020, inclusive (the "Class Period").  This action is pending in the United States District Court for the District of Arizona.

What You May Do

If you purchased securities of Raytheon and would like to discuss your legal rights and how this case might affect you and your right to recover for your economic loss, you may, without obligation or cost to you, contact KSF Managing Partner Lewis Kahn toll-free at 1-877-515-1850 or via email (lewis.kahn@ksfcounsel.com), or visit https://www.ksfcounsel.com/cases/nyse-rtx/ to learn more. If you wish to serve as a lead plaintiff in this class action, you must petition the Court by **December 29, 2020**.

About the Lawsuit

Raytheon and certain of its executives are charged with failing to disclose material information during the Class Period, violating federal securities laws.

On October 27, 2020, post-market, the Company filed its 10-Q for the quarter ended September 30, 2020, disclosing that it was under investigation by the U.S. Justice Department "relating to financial accounting, internal controls over financial reporting, and cost reporting regarding Raytheon Company's Missiles & Defense business since 2009."

On this news, the price of Raytheon's shares fell $4.19 per share, or 7%, to close at $52.34 per share on October 28, 2020, on unusually heavy trading volume.

The case is *Bajjuri v. Raytheon Technologies Corporation, et al.*, 20-cv-00468.

About Kahn Swick & Foti, LLC

KSF, whose partners include former Louisiana Attorney General Charles C. Foti, Jr., is one of the nation's premier boutique securities litigation law firms. KSF serves a variety of clients – including public institutional investors, hedge funds, money managers and retail investors – in seeking to recover investment losses due to corporate fraud and malfeasance by publicly traded companies. KSF has offices in New York, California and Louisiana.

To learn more about KSF, you may visit www.ksfcounsel.com.

Contact:

Kahn Swick & Foti, LLC

Lewis Kahn, Managing Partner

lewis.kahn@ksfcounsel.com

1-877-515-1850

1100 Poydras St., Suite 3200

New Orleans, LA 70163

SOURCE Kahn Swick & Foti, LLC

Related Links

http://www.ksfcounsel.com