# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Pranay K. Bajjuri, Individually and on Behalf of All Others Similarly Situated, | Case No.  4:20-cv-00468-JCH |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| Raytheon Technologies Corporation F/K/A Raytheon Company; Thomas A. Kennedy; Anthony F. O'Brien; and Michael J. Wood, | |
| Defendants. | |
| Daniel Norris, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | Case No.  4:20-cv-00543-RM |
| v. | |
| Raytheon Technologies Corporation F/K/A Raytheon Company; Thomas A. Kennedy; Anthony F. O'Brien; and Michael J. Wood, | CLASS ACTION |
| Defendants. | |

Having considered the motion of FNY Partners Fund LP and FNY Managed Accounts LLC ("First New York") for appointment as lead plaintiff, approval of its selection of lead counsel for the Class, and for consolidation of all related actions,

**IT IS HEREBY ORDERED THAT**:

1.    First New York's motion is **GRANTED**.

2.    First New York is **APPOINTED** to serve as lead plaintiff for a class consisting of investors who held stock in United Technologies Corporation at the time of its April 3, 2020 merger with Raytheon Company, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned actions and all related actions consolidated pursuant to paragraph 5 of this Order.

3.    First New York's selection of lead counsel is **APPROVED**, and Entwistle & Cappucci LLP is **APPOINTED** as lead counsel for the Class.

4.    Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned actions and any subsequently filed, removed or transferred actions that are related to the claims asserted in the above-captioned actions are **CONSOLIDATED** for all purposes.

5.    The consolidated action shall be captioned "*In re Raytheon Technologies Corporation Securities Litigation*," and the file shall be maintained under Civ. A. No. 4:20-cv-00468.

**IT IS SO ORDERED**.

1