**TIFFANY & BOSCO, P.A.**
Richard G. Himelrick, State Bar No. 004738
Seventh Floor Camelback Esplanade II
2525 E. Camelback Road
Phoenix, AZ 85016
Telephone: (602) 255-6000
Email: rgh@tblaw.com

*[Proposed] Liaison Counsel for Movant and the Class*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim (*Admitted pro hac vice*)
Laurence M. Rosen (*Admitted pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Email: pkim@rosenlegal.com
          lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Movant and the Class*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Pranay K. Bajjuri, Individually and on Behalf of All Others Similarly Situated, | No. 4:20-cv-00468-JCH |
| | CLASS ACTION |
| Plaintiff, | **NOTICE OF MOTION AND MOTION OF KEE CHUN HON TO CONSOLIDATE RELATED ACTIONS, APPOINT LEAD PLAINTIFF AND APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL** |
| v. | |
| Raytheon Technologies Corporation F/K/A Raytheon Company; Thomas A. Kennedy; Anthony F. O'Brien; and Michael J. Wood, | |
| Defendants. | **JUDGE: John C. Hinderaker** |

[Additional caption below]

NOTICE OF MOTION AND MOTION OF KEE CHUN HON

| | |
|---|---|
| Daniel Norris, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>Raytheon Technologies Corporation f/k/a Raytheon Company; Thomas A. Kennedy; Anthony F. O'Brien; and Michael J. Wood,<br><br>Defendants. | No.  4:20-cv-00543-RM<br><br>**JUDGE: Rosemary Marquez** |

PLEASE TAKE NOTICE that pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Movant Kee Chun Hon ("Movant") hereby moves this Court, the Honorable John C. Hinderaker, for an order:

1.    consolidating the above-captioned related actions;

2.    appointing Movant as Lead Plaintiff; and

3.    approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel and Tiffany & Bosco, P.A. as Liaison Counsel for the Class.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Declaration of Richard G. Himelrick with exhibits, the pleadings and other files in this matter, and such other written or oral argument permitted by the Court.

Respectfully submitted,

Dated: December 29, 2020

**TIFFANY & BOSCO, P.A.**

By: */s/ Richard G. Himelrick*
Richard G. Himelrick
Seventh Floor Camelback Esplanade II
2525 E. Camelback Road
Phoenix, AZ 85016

*[Proposed] Liaison Counsel for Movant and the Class*

NOTICE OF MOTION AND MOTION OF KEE CHUN HON

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim (*Admitted pro hac vice*)
Laurence M. Rosen (*Admitted pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016

*[Proposed] Lead Counsel for Movant
and the Class*

3

NOTICE OF MOTION AND MOTION OF KEE CHUN HON

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2020, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Shelley Boettge*
Shelley Boettge

NOTICE OF MOTION AND MOTION OF KEE CHUN HON