UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Pranay K. Bajjuri, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>Raytheon Technologies Corporation f/k/a Raytheon Company, et al.,<br><br>      Defendants. | No. CV-20-00468-TUC-JCH<br><br><u>CLASS ACTION</u><br><br>(Assigned to the Honorable John C. Hinderaker) |

[Caption continued on following page.]

[PROPOSED] ORDER GRANTING MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

4810-7975-6757.v1

Daniel Norris, Individually and on Behalf of All Others Similarly Situated,

       Plaintiff,

  vs.

Raytheon Technologies Corporation f/k/a Raytheon Company, et al.,

       Defendants.

No. CV-20-00543-TUC-RM

<u>CLASS ACTION</u>

(Assigned to the Honorable Rosemary Marquez)

4810-7975-6757.v1

Having considered Heavy & General Laborers' Locals 472 & 172 Annuity Fund's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Bajjuri v. Raytheon Technologies Corporation*, No. 4:20-cv-00468-JCH; and *Norris v. Raytheon Technologies Corporation*, No. 4:20-cv-00543-RM are consolidated as:

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re RAYTHEON TECHNOLOGIES CORPORATION SECURITIES LITIGATION | ) ) ) ) Case No. 4:20-cv-00468-JCH |
| | ) CLASS ACTION |
| This Document Relates To: | ) ) ) |
| ALL ACTIONS. | ) ) |

(a) The file in Case No. 4:20-cv-00468-JCH shall constitute the master file for every action in the consolidated action. The docket in the other action shall be administratively closed. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:" When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b) All securities class actions relating to the same or substantially similar alleged wrongdoing by defendants on behalf of the same or substantially similar putative class that is subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an

- 1 -

application for relief from this Order within ten days after the action is consolidated into this action.

3.     Pursuant to 15 U.S.C. §78u-4(a)(3)(B), Heavy & General Laborers' Locals 472 & 172 Annuity Fund is appointed as Lead Plaintiff for the class; and

4.     Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Lead Plaintiff's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel is approved.

IT IS SO ORDERED.

- 2 -

4810-7975-6757.v1