ZIMMERMAN REED LLP
HART L. ROBINOVITCH (AZ SBN 020910)
14646 N. Kierland Blvd., Suite 145
Scottsdale, AZ  85254-2762
Telephone: 480/348-6400
Facsimile: 480/348-6415
Email: hart.robinovitch@zimmreed.com

Local Counsel for [Proposed] Lead Plaintiff

ROBBINS GELLER RUDMAN & DOWD LLP
DANIELLE S. MYERS
JENNIFER N. CARINGAL
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
Facsimile: 619/231-7423 (fax)
Email: dmyers@rgrdlaw.com
        jcaringal@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Pranay K. Bajjuri, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> vs.<br><br>Raytheon Technologies Corporation f/k/a Raytheon Company, et al.,<br><br>     Defendants. | No. CV-20-00468-TUC-JCH<br><br>CLASS ACTION<br><br>(Assigned to the Honorable John C. Hinderaker) |

[Caption continued on following page.]

DECLARATION OF HART L. ROBINOVITCH IN SUPPORT OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

Daniel Norris, Individually and on Behalf of All Others Similarly Situated,

                Plaintiff,

    vs.

Raytheon Technologies Corporation f/k/a Raytheon Company, et al.,

               Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

No. CV-20-00543-TUC-RM

CLASS ACTION

(Assigned to the Honorable Rosemary Marquez)

4823-8693-7813.v1

I, HART L. ROBINOVITCH, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of Arizona and this Court.  I am a member of Zimmerman Reed LLP, counsel for Heavy & General Laborers' Locals 472 & 172 Annuity Fund (the "Annuity Fund"), and proposed local counsel for the class in the above-captioned related securities class actions.  I make this declaration in support of the Annuity Fund's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:    Notice of pendency of first-filed class action published in *Business Wire*, a widely circulated national business-oriented publication or wire service, on October 30, 2020;

Exhibit B:    The Annuity Fund's Certification; and

Exhibit C:    The Annuity Fund's estimated losses, prepared by counsel.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 29th day of December, 2020.

                                                                s/ Hart L. Robinovitch
                                                                HART L. ROBINOVITCH

- 1 -

4823-8693-7813.v1