# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

HEAVY & GENERAL LABORERS' LOCALS 472 & 172 ANNUITY FUND ("Plaintiff") declares:

1.    Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.    Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5.    Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*City of Warren Police and Fire Retirement System v. Hasbro, Inc.*, et al., No.1:18-cv-00543 (D.R.I.)
*Stichting Depositary APG Developed Markets Equity Pool v. Synchrony Financial, et al.*, No. 3:18-cv-01818 (D.Conn.)
*Christakis v. Fifth Third Bancorp*, No. 1:20-cv-02176 (N.D. Ill.)

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

RAYTHEON

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _28th_ day of December, 2020.

> HEAVY & GENERAL LABORERS'
> LOCALS 472 & 172 ANNUITY FUND
>
> By: _____
> Robert Calamari, Fund Manager

## SCHEDULE A

## SECURITIES TRANSACTIONS

### RTN Stock

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 02/24/2016 | 900 | $124.38 |
| 08/15/2016 | 600 | $142.68 |
| 11/04/2016 | 400 | $133.39 |
| 11/15/2016 | 800 | $147.74 |
| 01/05/2018 | 400 | $190.92 |
| 09/21/2018 | 900 | $203.51 |
| 02/14/2019 | 200 | $181.02 |
| 03/31/2020 | 1,141 | $137.63 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 02/16/2016 | 600 | $120.94 |
| 03/07/2016 | 266 | $122.54 |
| 03/08/2016 | 33 | $122.33 |
| 03/08/2016 | 40 | $122.41 |
| 03/08/2016 | 609 | $122.70 |
| 03/09/2016 | 36 | $123.19 |
| 03/09/2016 | 532 | $123.11 |
| 03/10/2016 | 154 | $122.83 |
| 03/10/2016 | 277 | $122.02 |
| 03/11/2016 | 300 | $124.02 |
| 12/30/2016 | 500 | $142.31 |
| 01/26/2017 | 800 | $142.34 |
| 02/05/2018 | 600 | $206.39 |
| 05/01/2018 | 1,300 | $201.75 |
| 09/05/2018 | 200 | $198.37 |
| 12/06/2018 | 1,000 | $165.99 |
| 03/21/2019 | 300 | $181.96 |
| 06/13/2019 | 2,000 | $174.35 |
| 4/3/2020[A] | 1,141 | $116.96 |

[A]Shares exchanged in RTX merger valued at closing price.

*Opening position of 5,347 shares.

### UTX/RTX Common Stock

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 06/26/2019 | 600 | $75.73 |
| 10/04/2019 | 1,500 | $78.30 |
| 10/07/2019 | 600 | $78.40 |
| 10/16/2019 | 1,600 | $80.68 |

| Date | | Price |
|---|---|---|
| 10/24/2019 | 2,800 | $83.82 |
| 01/02/2020 | 1,500 | $89.42 |
| 03/31/2020 | 109 | $57.77 |
| 4/3/2020[A] | 2,664 | $49.93 |

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| 03/18/2020 | 700 | $44.04 |
| 03/19/2020 | 1,300 | $46.43 |
| 03/25/2020 | 2,200 | $51.43 |
| 04/01/2020 | 2,300 | $53.08 |
| 04/02/2020 | 4,600 | $52.22 |

*Opening position of 5,836 shares for common stock.

*Adjustment factor of 0.8456 applied to all transactions (prices) to reflect the Carrier Global 04/03/2020 spinoff.
*Adjustment factor of 0.6975 applied to all transactions (prices) to reflect the Otis 04/03/2020 spinoff.

[A]Shares exchanged in RTN merger valued at closing price.

**Bonds**

| Date Acquired | Type of Debt | Face Amount | Price |
|---|---|---|---|
| 05/14/2020 | 2.25% due 07/01/2030 | 50,000 | $99.87 |
| 05/14/2020 | 2.25% due 07/01/2030 | 454,000 | $99.87 |
| 09/25/2020 | 2.25% due 07/01/2030 | 150,000 | $105.43 |
| 05/19/2020 | 3.15% due 12/15/2024 | 10,000 | $107.64 |
| 05/19/2020 | 3.15% due 12/15/2024 | 10,000 | $107.79 |
| 02/26/2020 | 4.125% due 11/16/2028 | 950,000 | $115.94 |
| 06/10/2019 | 4.625% due 11/16/2048 | 124,000 | $114.17 |
| 09/18/2019 | 4.625% due 11/16/2048 | 235,000 | $122.99 |

| Date Sold | Type of Debt | Face Amount | Price |
|---|---|---|---|
| 10/07/2020 | 2.25% due 07/01/2030 | 114,000 | $104.99 |
| 03/04/2020 | 4.125% due 11/16/2028 | 10,000 | $118.39 |
| 07/25/2019 | 4.625% due 11/16/2048 | 124,000 | $118.04 |

*Opening position of 10,000 notes for 4.125% due 11/16/2028.
Cusip 755111BY6 exchanged into 75513EAU5 on 06/08/2020.
Cusip 75513EAU5 exchanged into 75513EBX8 on 12/08/2020.

Prices listed are rounded to two decimal places.