**TIFFANY & BOSCO, P.A.**
Richard G. Himelrick, State Bar No. 004738
Seventh Floor Camelback Esplanade II
2525 E. Camelback Road
Phoenix, AZ 85016
Telephone: (602) 255-6000
Email: rgh@tblaw.com

*[Proposed] Liaison Counsel for Movant and the Class*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim (*Admitted pro hac vice*)
Laurence M. Rosen (*Admitted pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Email: pkim@rosenlegal.com
        lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Movant and the Class*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Pranay K. Bajjuri, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Raytheon Technologies Corporation F/K/A Raytheon Company; Thomas A. Kennedy; Anthony F. O'Brien; and Michael J. Wood,<br><br>Defendants. | No. 4:20-cv-00468-JCH<br><br>CLASS ACTION<br><br>**DECLARATION OF RICHARD G. HIMELRICK IN SUPPORT OF MOTION OF KEE CHUN HON TO CONSOLIDATE RELATED ACTIONS, APPOINT LEAD PLAINTIFF, AND APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>**JUDGE: John C. Hinderaker** |

[Additional caption below]

DECLARATION OF RICHARD G. HIMELRICK

| Daniel Norris, Individually and on Behalf of All Others Similarly Situated, | No.  4:20-cv-00543-RM |
|---|---|
| Plaintiff, | **JUDGE: Rosemary Marquez** |
| vs. | |
| Raytheon Technologies Corporation f/k/a Raytheon Company; Thomas A. Kennedy; Anthony F. O'Brien; and Michael J. Wood, | |
| Defendants. | |

I, Richard G. Himelrick, declare:

1.      I am an attorney duly licensed to practice in the State of Arizona and before this Court. I am a shareholder of Tiffany & Bosco, P.A., attorneys for Kee Chun Hon ("Movant").  I make this declaration in support of Movant's motion for appointment as Lead Plaintiff and approval of Movant's selection of counsel pursuant to the Securities Exchange Act of 1934. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following documents:

Exhibit 1:    PSLRA Early Notice;

Exhibit 2:    Movant's PSLRA certification;

Exhibit 3:    Movant's loss chart;

Exhibit 4:    The firm resume of The Rosen Law Firm, P.A.; and

Exhibit 5:    The firm resume of Tiffany & Bosco, P.A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of December, 2020, at Phoenix, Arizona.

/s/Richard G. Himelrick
Richard G. Himelrick

2
DECLARATION OF RICHARD G. HIMELRICK

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2020, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Shelley Boettge*
Shelley Boettge

DECLARATION OF RICHARD G. HIMELRICK