# EXHIBIT 3

**Raytheon Technologies Corporation Loss Chart**
**Class Period: February 10, 2016 through October 27, 2020**

Lookback Price $67.8697

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kee Chun Hon | 5/17/2019 | 300 | ($179.77) | ($53,930.05) | 3/19/2020 | 25 | $107.68 | $2,692.00 | | | |
| | 1/16/2020 | 200 | ($229.18) | ($45,836.00) | 3/19/2020 | 42 | $106.38 | $4,467.96 | | | |
| | 3/4/2020 | 200 | ($197.27) | ($39,453.00) | 3/19/2020 | 50 | $103.47 | $5,173.50 | | | |
| | 3/27/2020 | 21 | ($153.77) | ($3,229.17) | 4/4/2020 | 136 | $48.75 | $6,630.00 | | | |
| | 3/27/2020 | 29 | ($153.76) | ($4,458.90) | 11/12/2020 | 150 | $63.71 | $9,556.50 | | | |
| | 4/9/2020 | 10 | ($66.30) | ($663.00) | | | | | | | |
| | 4/9/2020 | 100 | ($67.06) | ($6,706.00) | | | | | | | |
| **Totals:** | | **860** | | **($154,276.11)** | | **403** | | **$28,519.96** | **457** | **$31,016.45** | **($94,739.70)** |