# EXHIBIT 5

**TB  TIFFANY & BOSCO**
**P. A.**

### Our Firm

Tiffany & Bosco, P.A. is a 58-attorney firm that has provided a wide range of legal services to individuals, families, and the business community since 1967.  The firm's partners are comprised of experienced attorneys, each of whom concentrates in a specific area of law like securities litigation, bankruptcy, or real-estate transactions.

### Securities Litigation

The firm is especially well-known for its proficiency in securities litigation.  The firm and the head of the firm's securities department, Richard G. Himelrick, are consistently on the short list of go-to firms for investment frauds involving Arizona citizens.

We've used the securities laws to recover hundreds of millions of dollars for our clients.  We have extensive class-action experience, including representing plaintiffs in some of the highest profile securities class actions filed in Arizona.  These cases have included successful claims against accountants, law firms, and brokerage houses in lawsuits alleging securities fraud, professional negligence, and fiduciary misconduct.

### Class Actions

Class actions the firm has litigated under Mr. Himelrick's direction include:

*Facciola v. Greenberg Traurig*, District of Arizona Case No. 10-cv-01025.  Mr. Himelrick was lead counsel for a certified class of investors who lost $600 million in mortgage-backed note investments.  The case alleged that the notes were sold in what became a Ponzi scheme.  Defendants included the issuer's management and two national law firms that acted as securities counsel.  The case settled for $89 million.

*Sabet v. Olde Discount Corporation*, Maricopa County Superior Court Case No. CV96-17622.  Mr. Himelrick was lead trial counsel for the plaintiff class in an action certified on behalf of Arizona investors who purchased stocks under Olde Discount Corporation's "commission-free" programs.  After a three week trial, the case settled during jury deliberations for $21 million, which represented a return to investors of over 115% of their out-of-pocket losses.

*Grant v. Arthur Andersen*, Maricopa County Superior Court Case No. CV99-19093.  Mr. Himelrick was co-trial counsel for the plaintiffs in a class action filed on behalf of 11,000 investors who invested over $500 million with the Baptist Foundation of Arizona and its subsidiaries.  During the sixth day of trial against BFA's auditor, Arthur

Andersen, the case settled for $217 million.  The year before he was lead class counsel in a related action that led to a $21 million settlement with BFA's outside attorneys.

*In re Lehman Brothers Securities and ERISA Litigation*, District of Southern District of New York Case No. 09-MD-2017.  The firm was co-counsel for the plaintiffs in a class action in New York federal district court against UBS Financial Services, Inc.  The action alleged securities violations by UBS in selling principal-protected notes and other structured products issued by Lehman Brothers Holdings, Inc.  The case settled in 2013 for $120 million.

*Shapiro v. Matrixx Initiatives, Inc.*, District of Arizona Case No. 09-cv-01479.  The firm was liaison counsel for the plaintiffs in a federal class action for securities fraud on behalf of shareholders in a public company that manufactures Zicam Cold Remedy Products.  The case settled in 2013 for $4.5 million.

*In re Amkor Technology Inc. Securities Litigation*, District of Arizona Case No. 07-CV-278.  The firm was liaison counsel for the plaintiffs in a securities-fraud class action on behalf of public investors that settled in 2009 for $11.25 million.

*Klein v. Freedom Strategic Partners, LLC,* District Court of Nevada Case No. 08-cv-1369.  The firm was co-counsel for the plaintiffs in a federal class action for fiduciary fraud on behalf of investors in partnerships formed to finance patent litigation.  The case settled in 2010 for $9 million; caps on future expenses charged to the partnerships; annual accountings by an independent CPA firm; and other relief.

*Burritt v. Nutracea*, District Court of Arizona Case No. 09-cv-00406.  The firm was liaison counsel for the plaintiffs in a federal class action for securities fraud on behalf of shareholders in a publicly traded company that settled in 2010 for $1.5 million and certain contingent payments.

*In re Limelight Networks, Inc. Securities Litigation*, District of Arizona Case No. 07-cv-01603.  The firm was liaison counsel for the plaintiffs in a federal class action for securities fraud on behalf of shareholders in a public company that settled in 2010 for $1.9 million.

*Li v. Insys Therapeutics, Inc.,* District of Arizona Case No. 14-cv-01043.  The firm was liaison counsel for the plaintiffs in a federal class action for securities fraud by a public company that markets Subsys, a cancer-pain drug.  The case settled in 2015 for $6.125 million in cash.

2356045