**RUSING LOPEZ & LIZARDI, PLLC**
Mark D. Lammers (AZ # 010335)
6363 North Swan Road, Suite 151
Tucson, AZ 85718
Telephone: (520) 792-4800
Facsimile: (520) 529-4262
mdlammers@rllaz.com

*Local Counsel for Lead Plaintiff Movant*
*Charles M. Francisco, III*

**KAHN SWICK & FOTI, LLC**
Kim E. Miller *(pro hac vice to be submitted)*
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3732
Facsimile: (504) 455-1498
kim.miller@ksfcounsel.com

*Counsel for Lead Plaintiff Movant*
*Charles M. Francisco, III and*
*Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

|  |  |
|---|---|
| Pranay K. Bajjuri, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Raytheon Technologies Corporation F/K/A Raytheon Company; Thomas A. Kennedy; Anthony F. O'Brien; and Michael J. Wood,<br><br>Defendants. | Case No. 4:20-cv-00486-TUC-JCH<br><br>**CHARLES M. FRANCISCO, III'S NOTICE OF MOTION AND MOTION FOR CONSOLIDATION OF CASES, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL** |

NOTICE OF MOTION AND MOTION FOR CONSOLIDATION OF CASES, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

CASE No. 4:20-cv-00468-TUC-JCH

Daniel Norris, Individually and on
Behalf of All Others Similarly Situated, )

Plaintiff,

v.

Raytheon Technologies Corporation
F/K/A Raytheon Company; Thomas A.
Kennedy; Anthony F. O'Brien; and
Michael J. Wood,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 4:20-cv-00543-TUC-RM

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that Charles M. Francisco, III ("Mr. Francisco"), will and hereby does move this Court for entry of an order: (i) consolidating the above captioned matters pursuant to Fed. R. Civ. P. 42(a); (ii) appointing Mr. Francisco as Lead Plaintiff in the consolidated Action pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (iii) approving Mr. Francisco's selections of Kahn Swick & Foti, LLC ("KSF") as Lead Counsel for the Class.

This Motion is made on the grounds that Mr. Francisco believes he is the "most adequate plaintiff" as defined in the PSLRA because he: (1) possesses the largest financial interest in the relief sought by the class; (2) satisfies the typicality and adequacy requirements of Fed. R. Civ. P. 23 ("Rule 23"), and (3) will fairly and adequately represent the Class.

Mr. Francisco further requests that the Court approve his selection of KSF as Lead Counsel for the Class. KSF is a nationally recognized law firm with significant securities and class action litigation experience and has the resources to effectively prosecute this action.

This Motion is based on the Memorandum of Points and Authorities and the Declaration of Mark D. Lammers filed herewith, the pleadings and other filings on file in this Action, and such other written or oral argument as may be permitted by the Court.

DATED: December 29, 2020                    Respectfully submitted,


/s/ *Mark D. Lammers*

**RUSING LOPEZ & LIZARDI, PLLC**
Mark D. Lammers (AZ # 010335)
6363 North Swan Road, Suite 151
Tucson, AZ  85718
Telephone: (520) 792-4800
Facsimile: (520)529-4262
mdlammers@rllaz.com

*Local Counsel for Lead Plaintiff Movant
Charles M. Francisco, III*

**KAHN SWICK & FOTI, LLC**
Kim E. Miller (*pro hac vice to be submitted*)
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3732
Facsimile: (504) 455-1498
kim.miller@ksfcounsel.com

*Counsel for Lead Plaintiff Movant
Charles M. Francisco, III and Proposed
Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

 */s/ Mark D. Lammers*
Mark D. Lammers

NOTICE OF MOTION AND MOTION FOR CONSOLIDATION OF CASES, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

3

CASE NO. 4:20-cv-00468-TUC-JCH