**RUSING LOPEZ & LIZARDI, PLLC**
Mark D. Lammers (AZ # 010335)
6363 North Swan Road, Suite 151
Tucson, AZ 85718
Telephone: (520) 792-4800
Facsimile: (520)529-4262
mdlammers@rllaz.com

*Local Counsel for Lead Plaintiff Movant*
*Charles M. Francisco, III*

**KAHN SWICK & FOTI, LLC**
Kim E. Miller *(pro hac vice to be submitted)*
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3732
Facsimile: (504) 455-1498
kim.miller@ksfcounsel.com

*Counsel for Lead Plaintiff Movant*
*Charles M. Francisco, III and*
*Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

|  |  |
|---|---|
| Pranay K. Bajjuri, Individually and on Behalf of All Others Similarly Situated, | Case No. 20-CV-00468-TUC-JCH |
| Plaintiff, | |
| v. | **SUPPLEMENTAL DECLARATION OF MARK D. LAMMERS IN FURTHER SUPPORT OF CHARLES M. FRANCISCO, III'S MOTION FOR CONSOLIDATION OF CASES, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL AND IN OPPOSITION TO THE COMPETING MOTIONS** |
| Raytheon Technologies Corporation F/K/A Raytheon Company; Thomas A. Kennedy; Anthony F. O'Brien; and Michael J. Wood, | |
| Defendants. | |

SUPPLEMENTAL DECLARATION OF MARK D. LAMMERS

CASE NO. 4:20-cv-00468-TUC-JCH

|  |  |
|---|---|
| Daniel Norris, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Raytheon Technologies Corporation F/K/A Raytheon Company; Thomas A. Kennedy; Anthony F. O'Brien; and Michael J. Wood,<br><br>Defendants. | Case No. 4:20-cv-00543-TUC-RM |

I, Mark D. Lammers, hereby declare as follows:

1.      I am a member in good standing of the bar of the State of Arizona and am admitted to practice in this District.

2.      I submit this Supplemental Declaration, together with the attached exhibits, in further support of Charles M. Francisco, III's Motion for Consolidation of Cases, Appointment as Lead Plaintiff and for Approval of His Selection of Lead Counsel, and in opposition to the competing motions. I am fully familiar with the facts set forth herein and if called would competently testify thereto.

3.      Attached hereto as **Exhibit A** is a Conformed Loss Chart Charles M. Francisco, III, reflecting losses in Raytheon Technologies Corporation F/K/A Raytheon Company, ("Raytheon") securities between February 10, 2016 and October 27, 2020, inclusive (the "Class Period").

4.      Attached hereto as **Exhibit B** is a Conformed Loss Chart of Kee Chun Hon, reflecting losses in Raytheon Technologies Corporation F/K/A Raytheon Company, ("Raytheon") securities between February 10, 2016 and October 27, 2020, inclusive (the "Class Period").

5.      Attached hereto as **Exhibit C** is a Conformed Loss Chart of Heavy & General Laborers' Locals 472 &172 Annuity Fund, reflecting gains in Raytheon Technologies Corporation F/K/A Raytheon Company, ("Raytheon") securities between February 10, 2016 and October 27, 2020, inclusive (the "Class Period").

6.      Attached hereto as **Exhibit D** is a Conformed Loss Chart of State Teachers Retirement System of Ohio, reflecting gains in Raytheon Technologies Corporation F/K/A Raytheon Company, ("Raytheon") securities between February 10, 2016 and October 27, 2020, inclusive (the "Class Period").

7.      Attached hereto as **Exhibit E** is the April 3, 2020 Press Release titled "United Technologies and Raytheon Complete Merger of Equals Transaction," attached as Exhibit 99.1 to a Form 8-K filed with the United States Securities and Exchange Commission.

SUPPLEMENTAL DECLARATION OF MARK D. LAMMERS                    1                    CASE No. 4:20-CV-000468-TUC-JCH

8. Attached hereto as **Exhibit F** is a list of the Historical Daily Trading Ranges for Raytheon Company common stock, listed on the New York Stock Exchange under the ticker symbol "RTN," for the period of February 10, 2016 through April 2, 2020.

9. Attached hereto as **Exhibit G** is a list of the Historical Daily Trading Ranges for United Technologies Corporation common stock, listed on the New York Stock Exchange under the ticker symbol "UTX," for the period of February 10, 2016 through April 2, 2020.

10. Attached hereto as **Exhibit H** is a list of the Historical Daily Trading Ranges for Raytheon Technologies Corporation common stock, listed on the New York Stock Exchange under the ticker symbol "RTX," for the period of April 3, 2020 through January 11, 2021.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on Tuesday, January 12, 2021, in Tucson, Arizona.

 */s/ Mark D. Lammers*
 Mark D. Lammers