# EXHIBIT A

**Raytheon Securities Litigation**
**Conformed Class Period Losses of CHARLES M. FRANCISCO, III in Securities of Raytheon Company with Cost Basis in RTN/RTX Valued at $86.01/Share**

| | |
|---|---|
| **Class Period Begins:** | 2/10/2016 |
| **Class Period Ends:** | 10/27/2020 |
| **90-Day Lookback Expires:** | 1/25/2021 |
| **Lookback Through 12/28/2020:** | $67.8698 |

**RTN/RTX Common Stock**

| Purchases | | | | Sales | | | | |
|---|---|---|---|---|---|---|---|---|
| **Date** | **Quantity** | **Price** | **Cost** | **Date** | **Quantity** | **Price** | **Proceeds** | **(Loss)/Gain** |
| 9/24/2019 | 820 | $197.29 | $(161,776.57) | | | | | |
| 4/3/2020 | 1,914 | $ 86.01 | $(161,776.57) | HELD | 1,914 | $67.8698 | $129,902.80 | $ (31,873.77) |

**Total LIFO/*Dura* Losses:  $ (31,873.77)**

Those 820 shares of RTN Mr. Francisco retained through the 4/3/2020 merger date were exchanged for 2.3348 shares of UTX per share of RTN on 4/3/2020, prior to market open. Thus, Mr Francisco held 1,914 shares of RTX common stock as of market open 4/3/2020. In order to determine his financial interest, Mr. Francisco's cost basis in those shares is properly calculated at $86.01/share, the closing price of UTX as of 4/2/2020.