# EXHIBIT B

**Raytheon Securities Litigation**
**Conformed Class Period Losses of KEE CHUN HON in Securities of Raytheon Company with Cost Basis in RTN/RTX Valued at $86.01/Share**

| | |
|---|---|
| **Class Period Begins:** | 2/10/2016 |
| **Class Period Ends:** | 10/27/2020 |
| **90-Day Lookback Expires:** | 1/25/2021 |
| **Lookback Through 12/28/2020:** | $67.8698 |

**RTN/RTX Common Stock**

| Purchases | | | | Sales | | | | |
|---|---|---|---|---|---|---|---|---|
| **Date** | **Quantity** | **Price** | **Cost** | **Date** | **Quantity** | **Price** | **Proceeds** | **(Loss)/Gain** |
| 5/17/2019 | 300 | $ 179.77 | $ (53,931.00) | CONVERTED | | | | |
| 1/16/2020 | 200 | $ 229.18 | $ (45,836.00) | CONVERTED | | | | |
| 3/4/2020 | 83 | $ 197.27 | $ (16,373.41) | CONVERTED | | | | |
| 3/4/2020 | 117 | $ 197.27 | $ (23,080.59) | | | | | |
| | | | | 3/19/2020 | 25 | $ 107.68 | $ 2,692.00 | |
| | | | | 3/19/2020 | 42 | $ 106.38 | $ 4,467.96 | |
| | | | | 3/19/2020 | 50 | $ 103.47 | $ 5,173.50 | |
| | | | | | | | | $ (10,747.13) *Non-*Dura* Loss |
| 3/27/2020 | 21 | $ 153.77 | $ (3,229.17) | CONVERTED | | | | |
| 3/27/2020 | 29 | $ 153.76 | $ (4,459.04) | CONVERTED | | | | |
| 4/3/2020 | 1,302 | $ 86.01 | $(111,985.02) | HELD | 1,302 | $67.8698 | $88,366.48 | $ (23,618.54) |
| 4/3/2020 | 40 | $ 86.01 | $ (3,440.40) | | | | | |
| | | | | 11/12/2020 | 40 | $ 63.71 | $ 2,548.40 | |
| | | | | | | | | $ (892.00) *Post-Class Period Sale |
| 4/3/2020 | 136 | $ 86.01 | $ (11,697.36) | | | | | |
| | | | | 4/4/2020 | 136 | $ 48.75 | $ 6,630.00 | |
| | | | | | | | | $ (5,067.36) *Non-*Dura* Loss |
| 4/9/2020 | 10 | $ 66.30 | $ (663.00) | | | | | |
| 4/9/2020 | 100 | $ 67.06 | $ (6,706.00) | | | | | |
| | | | | 11/12/2020 | 110 | $ 63.71 | $ 7,008.10 | |
| | | | | | | | | $ (360.90) *Post-Class Period Sale |

> Those 663 shares of RTN Mr. Hon retained through the 4/3/2020 merger date were exchanged for 2.3348 shares of UTX per share of RTN on 4/3/2020, prior to market open. Thus, Mr. Hon held 1,478 shares of RTX common stock as of market open 4/3/2020. In order to determine his financial interest, Mr. Hon's cost basis in those shares is properly calculated at $86.01/share, the closing price of UTX as of 4/2/2020.

**Total LIFO/*Dura* (Losses) Net Gains:  $ (24,871.44)**

*Non-*Dura* Loss: Any purported loss on shares sold during the Class Period is not attributable to the fraud and therefore is not recoverable under *Dura Pharmaceuticals, Inc. v. Broudo*, 544 U.S. 336 (2005). For the same reason, such losses are not properly included in calculations of "financial interest."

*Post-Class Period Sale: For shares sold during the 90-day period immediately following the last date of the Class Period, damages have been limited by either the greater of the actual sales price received for that security, or the mean trading price for the period beginning immediately after the dissemination of corrective information and ending on the date that the security was sold. *See* 15 U.S.C. § 78u–4(e)(2).