# EXHIBIT C

**Raytheon Securities Litigation**
**Conformed Class Period Losses of the H&G FUNDS in Securities of Raytheon Company with Cost Basis in RTN/RTX Valued at $86.01/Share**

| | |
|---|---|
| **Class Period Begins:** | 2/10/2016 |
| **Class Period Ends:** | 10/27/2020 |
| **90-Day Lookback Expires:** | 1/25/2021 |
| **Lookback Through 12/28/2020:** | $67.8698 |

**RTN/RTX Common Stock**

| Purchases | | | | Sales | | | | (Loss)/Gain |
|---|---|---|---|---|---|---|---|---|
| Date | Quantity | Price | Cost | Date | Quantity | Price | Proceeds | |
| Pre-CP | 2,000 | N/A | N/A | | | | | |
| | | | | 6/13/2019 | 2,000 | $ 174.35 | $ 348,700.00 | |
| | | | | | | | | $ - |
| Pre-CP | 100 | N/A | N/A | | | | | |
| | | | | 3/21/2019 | 100 | $ 181.96 | $ 18,196.00 | |
| | | | | | | | | $ - |
| Pre-CP | 100 | N/A | N/A | | | | | |
| | | | | 12/6/2018 | 100 | $ 165.99 | $ 16,599.00 | |
| | | | | | | | | $ - |
| Pre-CP | 1,200 | N/A | N/A | | | | | |
| | | | | 5/1/2018 | 1,000 | $ 201.75 | $ 201,750.00 | |
| | | | | 9/5/2018 | 200 | $ 198.37 | $ 39,674.00 | |
| | | | | | | | | $ - |
| Pre-CP | 1,347 | N/A | N/A | | | | | |
| | | | | 3/8/2016 | 48 | $ 122.70 | $ 5,889.60 | |
| | | | | 3/9/2016 | 36 | $ 123.19 | $ 4,434.84 | |
| | | | | 3/9/2016 | 532 | $ 123.11 | $ 65,494.52 | |
| | | | | 3/10/2016 | 154 | $ 122.83 | $ 18,915.82 | |
| | | | | 3/10/2016 | 277 | $ 122.02 | $ 33,799.54 | |
| | | | | 3/11/2016 | 300 | $ 124.02 | $ 37,206.00 | |
| | | | | | | | | $ - |
| Pre-CP | 600 | N/A | N/A | | | | | |
| | | | | 2/16/2016 | 600 | $ 120.94 | $ 72,564.00 | |
| | | | | | | | | $ - |
| 2/24/2016 | 900 | $124.38 | $ (111,942.00) | | | | | |
| | | | | 3/7/2016 | 266 | $ 122.54 | $ 32,595.64 | |
| | | | | 3/8/2016 | 33 | $ 122.33 | $ 4,036.89 | |
| | | | | 3/8/2016 | 40 | $ 122.41 | $ 4,896.40 | |
| | | | | 3/8/2016 | 561 | $ 122.70 | $ 68,834.70 | |
| | | | | | | | | $ (1,578.37) *Non-*Dura* Loss |

> Because the H&G Funds did not provide a cost basis for their pre-Class Period holdings, it is impossible to determine the gain or loss on these transactions. If the H&G Funds sustained a loss on these transactions, such loss would not be recoverable under *Dura Pharmaceuticals, Inc. v. Broudo* , 544 U.S. 336 (2005) (*see* note on "*Non-*Dura* Loss" below). If the H&G Funds profited from these Class Period sales, however, such profits would and should further offset their Class Period losses as they are attributable to the alleged fraud.

| 8/15/2016 | 500 | $142.68 | $ | (71,340.00) | | | | | | | |
| | | | | | 2/5/2018 | 200 | $ 206.39 | $ | 41,278.00 | | |
| | | | | | 5/1/2018 | 300 | $ 201.75 | $ | 60,525.00 | | |
| | | | | | | | | | | $ | 30,463.00 |

| 8/15/2016 | 100 | $142.68 | $ | (14,268.00) | | | | | | | |
| 11/4/2016 | 400 | $133.39 | $ | (53,356.00) | | | | | | | |
| 11/15/2016 | 300 | $147.74 | $ | (44,322.00) | | | | | | | |
| | | | | | 1/26/2017 | 800 | $ 142.34 | $ | 113,872.00 | | |
| | | | | | | | | | | $ | 1,926.00 |

| 11/15/2016 | 500 | $147.74 | $ | (73,870.00) | | | | | | | |
| | | | | | 12/30/2016 | 500 | $ 142.31 | $ | 71,155.00 | | |
| | | | | | | | | | | $ | (2,715.00) | *Non-*Dura* Loss |

| 1/5/2018 | 400 | $190.92 | $ | (76,368.00) | | | | | | | |
| | | | | | 2/5/2018 | 400 | $ 206.39 | $ | 82,556.00 | | |
| | | | | | | | | | | $ | 6,188.00 |

| 9/21/2018 | 900 | $203.51 | $ | (183,159.00) | | | | | | | |
| | | | | | 12/6/2018 | 900 | $ 165.99 | $ | 149,391.00 | | |
| | | | | | | | | | | $ | (33,768.00) | *Non-*Dura* Loss |

| 2/14/2019 | 200 | $181.02 | $ | (36,204.00) | | | | | | | |
| | | | | | 3/21/2019 | 200 | $ 181.96 | $ | 36,392.00 | | |
| | | | | | | | | | | $ | 188.00 |

| 3/31/2020 | 1,141 | $137.63 | $ | (157,035.83) | CONVERTED | | | | | | |
| 4/3/2020 | 2,664 | $ 86.01 | $ | (229,131.22) | HELD | 2,664 | $67.8698 | $ | 180,805.15 | $ | (48,326.08) |

LIFO/*Dura* (Losses) Net Gains: $ (9,561.08)

> Those 1,141 shares of RTN the H&G Funds retained through the 4/3/2020 merger date were exchanged for 2.3348 shares of UTX per share of RTN on 4/3/2020, prior to market open. Thus, the H&G Funds held 2,664 shares of RTX common stock as of market open 4/3/2020. In order to determine its financial interest, the H&G Funds' cost basis in those shares is properly calculated at $86.01/share, the closing price of UTX as of 4/2/2020.

**RTN Bonds**
**3.15% 12/15/2024**

| Purchases | | | | Sales | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Quantity | Price | Cost | Date | Quantity | Price | | Proceeds | | (Loss)/Gain | |
| 5/19/2020 | 10,000 | $107.79 | $ (10,779.00) | HELD | 10,000 | $ 108.46 | $ | 10,846.00 | $ | 67.00 | |
| 5/19/2020 | 10,000 | $107.64 | $ (10,764.00) | HELD | 10,000 | $ 108.46 | $ | 10,846.00 | $ | 82.00 | |

Gains: $ 149.00

**4.125% 11/16/2028**

| Purchases | | | | Sales | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Date** | **Quantity** | **Price** | **Cost** | **Date** | **Quantity** | **Price** | **Proceeds** | | **(Loss)/Gain** |
| 2/26/2020 | 940,000 | $115.94 | $ (1,089,836.00) | HELD | 940,000 | $ 118.44 | $ | 1,113,336.00 | $ 23,500.00 |
| 2/26/2020 | 10,000 | $115.94 | $ (11,594.00) | | | | | | |
| | | | | 3/4/2020 | 10,000 | $ 118.39 | $ | 11,839.00 | |
| | | | | | | | | | $ 245.00 |

Gains: $ 23,745.00

**2.25% 07/01/2030**

| Purchases | | | | Sales | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Date** | **Quantity** | **Price** | **Cost** | **Date** | **Quantity** | **Price** | **Proceeds** | | **(Loss)/Gain** |
| 5/14/2020 | 2,000 | $ 99.87 | $ (1,997.40) | HELD | 2,000 | $ 105.32 | $ | 2,106.40 | $ 109.00 |
| 5/14/2020 | 48,000 | $ 99.87 | $ (47,937.60) | | | | | | |
| 5/14/2020 | 454,000 | $ 99.87 | $ (453,409.80) | | | | | | |
| 9/25/2020 | 36,000 | $105.43 | $ (37,954.80) | | | | | | |
| | | | | 10/3/2020 | 538,000 | $ 105.60 | $ | 568,128.00 | |
| | | | | | | | | | $ 28,825.80 |
| 9/25/2020 | 114,000 | $105.43 | $ (120,190.20) | | | | | | |
| | | | | 10/17/2020 | 114,000 | $ 104.99 | $ | 119,688.60 | |
| | | | | | | | | | $ (501.60) *Non-*Dura* Loss |

Gains: $ 28,934.80

**4.625% 11/16/2048**

| Purchases | | | | Sales | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Date** | **Quantity** | **Price** | **Cost** | **Date** | **Quantity** | **Price** | **Proceeds** | | **(Loss)/Gain** |
| 6/10/2019 | 124,000 | $114.17 | $ (141,570.80) | | | | | | |
| | | | | 7/25/2019 | 124,000 | $ 118.04 | $ | 146,369.60 | |
| | | | | | | | | | $ 4,798.80 |
| 9/18/2019 | 235,000 | $122.99 | $ (289,026.50) | HELD | 235,000 | $ 135.16 | $ | 317,626.00 | $ 28,599.50 |

Gains: $ 33,398.30

Total LIFO/*Dura* Gains: $ 76,666.02

*Non-*Dura* Loss: Any purported loss on shares sold during the Class Period is not attributable to the fraud and therefore is not recoverable under *Dura Pharmaceuticals, Inc. v. Broudo*, 544 U.S. 336 (2005). For the same reason, such losses are not properly included in calculations of "financial interest."