# EXHIBIT D

**Raytheon Securities Litigation**
**Conformed Class Period Losses of OHIO TEACHERS in Securities of Raytheon Company with Cost Basis in RTN/RTX Valued at $86.01/Share**

| | |
|---|---|
| **Class Period Begins:** | 2/10/2016 |
| **Class Period Ends:** | 10/27/2020 |
| **90-Day Lookback Expires:** | 1/25/2021 |
| **Lookback Through 12/28/2020:** | $67.8698 |

**RTN/RTX Common Stock**

| Purchases | | | | Sales | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Quantity | Price | Cost | Date | Quantity | Price | Proceeds | (Loss)/Gain |
| 4/3/2020 | 23,451 | $86.0100 | ($2,017,021) | HELD | (23,451) | $67.8698 | $ 1,591,614.68 | $ (425,405.83) |
| 4/3/2020 | 267,853 | $86.0100 | ($23,038,037) | | | | | |
| 4/3/2020 | 5,898 | $50.6906 | ($298,973) | | | | | |
| | | | | 4/7/2020 | (213,500) | $60.2400 | $12,861,240.00 | |
| | | | | 4/9/2020 | (0.09) | $68.2206 | $ 6.14 | |
| | | | | 4/9/2020 | (0.44) | $68.2206 | $ 30.02 | |
| | | | | 4/9/2020 | (0.15) | $68.2206 | $ 10.23 | |
| | | | | 6/17/2020 | (6,874) | $67.6551 | $ 465,061.16 | |
| | | | | 6/17/2020 | (17,181) | $66.9000 | $ 1,149,408.90 | |
| | | | | 6/19/2020 | (14,381) | $64.8900 | $ 933,183.09 | |
| | | | | 6/26/2020 | (1,039) | $59.1000 | $ 61,404.90 | |
| | | | | 6/26/2020 | (20,775) | $59.1000 | $ 1,227,802.50 | |
| | | | | | | | | $ (6,638,862.75) *Non-*Dura* Loss |
| 7/10/2020 | 7,023 | $59.2549 | ($416,147) | HELD | (7,023) | $67.8698 | $ 476,649.61 | $ 60,502.44 |
| 7/10/2020 | 23,780 | $59.2549 | ($1,409,082) | | | | | |
| | | | | 8/31/2020 | (8,488) | $61.0000 | $ 517,768.00 | |
| | | | | 9/17/2020 | (15,292) | $62.9408 | $ 962,490.71 | |
| | | | | | | | | $ 71,177.19 |
| 7/10/2020 | 35,467 | $59.2549 | ($2,101,594) | | | | | |
| | | | | 7/27/2020 | (35,467) | $60.9207 | $ 2,160,674.47 | |
| | | | | | | | | $ 59,080.93 |
| 8/5/2020 | 32,648 | $58.8476 | ($1,921,256) | | | | | |
| | | | | 8/17/2020 | (6,085) | $62.7700 | $ 381,955.45 | |
| | | | | 8/25/2020 | (11,889) | $60.9500 | $ 724,634.55 | |
| | | | | 8/31/2020 | (14,674) | $61.0000 | $ 895,114.00 | |
| | | | | | | | | $ 80,447.56 |

Those 124,766 shares of RTN Ohio Teachers purportedly purchased during the Class Period and retained through the 4/3/2020 merger date were exchanged for 2.3348 shares of UTX per share of RTN on 4/3/2020, prior to market open. Thus, Ohio Teachers held 291,304 shares of RTX common stock as of market open 4/3/2020. In order to determine its financial interest, assuming it purchased those 124,766 shares of RTN during the Class Period, Ohio Teachers' cost basis in those shares is properly calculated at $86.01/share, the closing price of UTX as of 4/2/2020.

| 9/18/2020 | 496 | $62.3500 | ($30,926) | HELD | (496) | $67.8698 | $ | 33,663.42 | $ | 2,737.82 |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/18/2020 | 5,106 | $62.3500 | ($318,359) | HELD | (5,106) | $67.8698 | $ | 346,543.20 | $ | 28,184.10 |
| 10/6/2020 | 45,286 | $59.7963 | ($2,707,935) | HELD | (45,286) | $67.8698 | $ | 3,073,551.76 | $ | 365,616.52 |

| 10/6/2020 | 5,947 | $59.7963 | ($355,609) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 10/22/2020 | (5,947) | $62.8000 | $ | 373,471.60 | | |
| | | | | | | | | | $ | 17,863.00 |

| Total LIFO/*Dura* Gains if RTN Purchased in Class Period: | $ | 260,203.73 |
|---|---|---|
| Total LIFO/*Dura* Gains if RTN *Not* Purchased in Class Period: | $ | 685,609.56 |

*Non-*Dura* Loss: Any purported loss on shares sold during the Class Period is not attributable to the fraud and therefore is not recoverable under *Dura Pharmaceuticals, Inc. v. Broudo*, 544 U.S. 336 (2005). For the same reason, such losses are not properly included in calculations of "financial interest."