# EXHIBIT H

| Date | Open(RTX) | High(RTX) | Low(RTX) | Close(RTX) |
|---|---|---|---|---|
| 4/3/2020 | 51 | 53.3 | 48.05 | 49.93 |
| 4/6/2020 | 54.48 | 58.9 | 52.64 | 57.56 |
| 4/7/2020 | 62.42 | 64.49 | 57.22 | 57.76 |
| 4/8/2020 | 58.35 | 63.98 | 57.9 | 62.62 |
| 4/9/2020 | 67 | 68.1 | 63.51 | 64.71 |
| 4/13/2020 | 64.23 | 64.4 | 60.09 | 61.83 |
| 4/14/2020 | 63.63 | 65.34 | 62.6 | 65.07 |
| 4/15/2020 | 65 | 65.105 | 61.23 | 62.33 |
| 4/16/2020 | 62.46 | 62.72 | 61.3 | 62.45 |
| 4/17/2020 | 64.75 | 66.5 | 64.1801 | 66.07 |
| 4/20/2020 | 64.5 | 66.93 | 63.72 | 64.98 |
| 4/21/2020 | 63.62 | 64.5478 | 62.15 | 62.65 |
| 4/22/2020 | 64.32 | 64.9 | 63.1004 | 63.45 |
| 4/23/2020 | 63.89 | 64.877 | 63.25 | 63.29 |
| 4/24/2020 | 63.98 | 64.08 | 62.5 | 63.43 |
| 4/27/2020 | 64.43 | 65.42 | 63.84 | 65.07 |
| 4/28/2020 | 66.52 | 67.29 | 64.81 | 65.39 |
| 4/29/2020 | 67.35 | 68.79 | 66.06 | 67.9 |
| 4/30/2020 | 67.45 | 67.45 | 64.7 | 64.81 |
| 5/1/2020 | 63.5 | 63.61 | 60.215 | 61.11 |
| 5/4/2020 | 60.02 | 60.03 | 57.57 | 58.85 |
| 5/5/2020 | 60.26 | 60.47 | 58.87 | 59 |
| 5/6/2020 | 59.3 | 59.3927 | 57.75 | 57.92 |
| 5/7/2020 | 58.63 | 59.24 | 56.44 | 57.01 |
| 5/8/2020 | 57.72 | 58.75 | 57.35 | 58.67 |
| 5/11/2020 | 57.72 | 57.9299 | 56.33 | 57.36 |
| 5/12/2020 | 57.38 | 58.44 | 56.72 | 56.72 |
| 5/13/2020 | 56.09 | 56.09 | 53.18 | 54.1 |
| 5/14/2020 | 52.67 | 53.91 | 51.13 | 53.86 |
| 5/15/2020 | 53.04 | 53.27 | 51.66 | 52.73 |
| 5/18/2020 | 55.65 | 58.62 | 55.5156 | 57.9 |
| 5/19/2020 | 57.89 | 60.14 | 57.4 | 57.94 |
| 5/20/2020 | 58.71 | 59.065 | 57.69 | 57.8 |
| 5/21/2020 | 58.3 | 60.21 | 58.2 | 60.1 |
| 5/22/2020 | 60.39 | 60.77 | 59.33 | 60 |
| 5/26/2020 | 62.56 | 65.55 | 62.36 | 64.47 |
| 5/27/2020 | 67 | 67.989 | 65.17 | 66.65 |
| 5/28/2020 | 68.78 | 68.78 | 66.14 | 67.27 |
| 5/29/2020 | 65.6 | 66.6 | 64.14 | 64.52 |
| 6/1/2020 | 65 | 66.035 | 64.07 | 64.12 |
| 6/2/2020 | 63.7 | 64.2 | 62.56 | 63.4 |
| 6/3/2020 | 64.5 | 67.73 | 64.4375 | 67.47 |
| 6/4/2020 | 67.1 | 67.83 | 66.31 | 67.51 |
| 6/5/2020 | 71.03 | 73.74 | 71 | 72.07 |
| 6/8/2020 | 72.5 | 74.93 | 72.5 | 74.16 |
| 6/9/2020 | 72.65 | 72.65 | 70.51 | 70.54 |

| | | | | |
|---|---|---|---|---|
| 6/10/2020 | 70.14 | 70.2899 | 68.05 | 68.36 |
| 6/11/2020 | 63.99 | 65.71 | 62.82 | 62.85 |
| 6/12/2020 | 65.97 | 66.0699 | 63.36 | 65.37 |
| 6/15/2020 | 63 | 67.76 | 62.4365 | 67.05 |
| 6/16/2020 | 69.62 | 70.1 | 66.045 | 67.82 |
| 6/17/2020 | 68 | 68.2 | 66.6301 | 66.9 |
| 6/18/2020 | 65.83 | 67.43 | 65.61 | 66.88 |
| 6/19/2020 | 68.36 | 68.36 | 64.47 | 64.89 |
| 6/22/2020 | 64.81 | 65.42 | 63.9333 | 65.04 |
| 6/23/2020 | 65.46 | 65.78 | 64.16 | 64.54 |
| 6/24/2020 | 63.99 | 64.01 | 61.07 | 61.72 |
| 6/25/2020 | 60.92 | 61.38 | 59.96 | 61.06 |
| 6/26/2020 | 61.02 | 61.42 | 58.94 | 59.1 |
| 6/29/2020 | 60.19 | 61.92 | 59.8 | 61.92 |
| 6/30/2020 | 61.05 | 61.86 | 60.08 | 61.62 |
| 7/1/2020 | 61.78 | 62.9 | 61.23 | 61.61 |
| 7/2/2020 | 62.67 | 63.4562 | 61.62 | 61.79 |
| 7/6/2020 | 63.06 | 63.83 | 62.12 | 63.32 |
| 7/7/2020 | 62.54 | 62.83 | 60.94 | 61.01 |
| 7/8/2020 | 60.88 | 61.6372 | 60.2 | 61.01 |
| 7/9/2020 | 60.66 | 60.88 | 58.06 | 58.11 |
| 7/10/2020 | 59.1 | 60.2 | 58.77 | 59.64 |
| 7/13/2020 | 60.28 | 60.8 | 58.7383 | 59.35 |
| 7/14/2020 | 59 | 60.56 | 58.45 | 60.47 |
| 7/15/2020 | 62.35 | 63.22 | 62.05 | 62.94 |
| 7/16/2020 | 62.3 | 62.81 | 61.45 | 62.37 |
| 7/17/2020 | 62.47 | 62.61 | 61.71 | 62.2 |
| 7/20/2020 | 61.78 | 62.03 | 60.82 | 61.41 |
| 7/21/2020 | 62 | 63.48 | 61.83 | 63.05 |
| 7/22/2020 | 62.6 | 63.73 | 62.1735 | 63.63 |
| 7/23/2020 | 63.59 | 64.33 | 62.88 | 63.12 |
| 7/24/2020 | 63.21 | 63.97 | 61.785 | 62.07 |
| 7/27/2020 | 61.65 | 61.85 | 60.65 | 61.09 |
| 7/28/2020 | 61.74 | 61.8151 | 59.75 | 61 |
| 7/29/2020 | 60.7 | 60.99 | 59.06 | 59.4 |
| 7/30/2020 | 58.62 | 58.65 | 57.27 | 57.46 |
| 7/31/2020 | 57.36 | 57.38 | 56.11 | 56.68 |
| 8/3/2020 | 56.47 | 57.52 | 55.73 | 57.51 |
| 8/4/2020 | 57.72 | 57.91 | 57.12 | 57.51 |
| 8/5/2020 | 57.85 | 60.05 | 57.7 | 60.03 |
| 8/6/2020 | 59.5 | 60.41 | 59.3 | 59.87 |
| 8/7/2020 | 59.87 | 61.29 | 59.3493 | 61.23 |
| 8/10/2020 | 61.5 | 64.435 | 61.36 | 64.23 |
| 8/11/2020 | 65.19 | 66.15 | 64.075 | 64.26 |
| 8/12/2020 | 65.13 | 65.14 | 63.38 | 64.29 |
| 8/13/2020 | 63.06 | 64.0377 | 62.65 | 63.3 |
| 8/14/2020 | 62.8 | 64.24 | 62.59 | 63.64 |

| Date | Open | High | Low | Close |
|---|---|---|---|---|
| 8/17/2020 | 63.58 | 63.88 | 62.675 | 62.77 |
| 8/18/2020 | 62.72 | 63.17 | 62.025 | 62.1 |
| 8/19/2020 | 62.02 | 62.91 | 61.5 | 61.64 |
| 8/20/2020 | 61 | 61.42 | 60.335 | 60.99 |
| 8/21/2020 | 60.67 | 61.28 | 60.23 | 60.27 |
| 8/24/2020 | 60.4 | 62.04 | 60.13 | 61.88 |
| 8/25/2020 | 61.36 | 61.4 | 59.64 | 60.95 |
| 8/26/2020 | 60.64 | 60.9238 | 59.985 | 60.77 |
| 8/27/2020 | 60.76 | 61.96 | 60.375 | 60.9 |
| 8/28/2020 | 61.12 | 62.53 | 60.63 | 62.24 |
| 8/31/2020 | 62.19 | 63.57 | 60.92 | 61 |
| 9/1/2020 | 60.69 | 61.35 | 60.12 | 60.68 |
| 9/2/2020 | 61 | 62.15 | 60.76 | 62 |
| 9/3/2020 | 62.19 | 63.2 | 60.42 | 60.86 |
| 9/4/2020 | 61.49 | 62.2066 | 59.94 | 61.17 |
| 9/8/2020 | 60.38 | 60.59 | 58.82 | 59.25 |
| 9/9/2020 | 59.77 | 60.31 | 58.89 | 59.58 |
| 9/10/2020 | 60.3 | 61.68 | 59.38 | 59.52 |
| 9/11/2020 | 59.5 | 60.9 | 59.4 | 60.65 |
| 9/14/2020 | 61.28 | 62.23 | 61.08 | 61.97 |
| 9/15/2020 | 61.74 | 62.44 | 60.955 | 61.44 |
| 9/16/2020 | 61.24 | 63.73 | 60.91 | 62.92 |
| 9/17/2020 | 62.23 | 64.01 | 61.56 | 62.81 |
| 9/18/2020 | 62.57 | 63.33 | 62.1 | 62.35 |
| 9/21/2020 | 61.58 | 62.5688 | 59.63 | 60.02 |
| 9/22/2020 | 59.94 | 60.78 | 58.9301 | 59.79 |
| 9/23/2020 | 59.82 | 60.88 | 58.3 | 58.33 |
| 9/24/2020 | 58.05 | 58.32 | 56.62 | 57.38 |
| 9/25/2020 | 56.87 | 57.74 | 56.34 | 57.49 |
| 9/28/2020 | 58.09 | 59.57 | 58.09 | 58.89 |
| 9/29/2020 | 58.68 | 58.79 | 57.4889 | 57.6 |
| 9/30/2020 | 57.61 | 58.605 | 57.1 | 57.54 |
| 10/1/2020 | 57.82 | 58.45 | 57.09 | 57.46 |
| 10/2/2020 | 56.52 | 59.38 | 56.51 | 59.34 |
| 10/5/2020 | 59.85 | 60.33 | 59.17 | 59.51 |
| 10/6/2020 | 59.81 | 60.58 | 58.43 | 58.45 |
| 10/7/2020 | 59.31 | 59.94 | 58.95 | 59.69 |
| 10/8/2020 | 59.82 | 60.85 | 59.6816 | 60.8 |
| 10/9/2020 | 61.22 | 61.33 | 59.89 | 59.91 |
| 10/12/2020 | 59.84 | 60.68 | 59.56 | 60.53 |
| 10/13/2020 | 59.75 | 60.1 | 58.53 | 59.52 |
| 10/14/2020 | 59.28 | 60.34 | 59.21 | 59.94 |
| 10/15/2020 | 59.37 | 60.5 | 58.92 | 60.49 |
| 10/16/2020 | 61 | 62.04 | 60.64 | 61.75 |
| 10/19/2020 | 61.6 | 62.67 | 61 | 61.46 |
| 10/20/2020 | 61.98 | 62.3126 | 61.04 | 61.24 |
| 10/21/2020 | 60.42 | 61.1 | 60.19 | 60.35 |

| | | | |
|---|---|---|---|
| 10/22/2020 | 60.23 | 62.97 | 60.22 | 62.8 |
| 10/23/2020 | 63.07 | 63.79 | 62.42 | 62.57 |
| 10/26/2020 | 61.65 | 61.75 | 59.88 | 60.81 |
| 10/27/2020 | 59.77 | 59.8 | 56.44 | 56.53 |
| 10/28/2020 | 55.2 | 56.07 | 52.25 | 52.34 |
| 10/29/2020 | 52.5 | 53.48 | 51.92 | 53.14 |
| 10/30/2020 | 53.12 | 54.45 | 52.92 | 54.32 |
| 11/2/2020 | 55.4 | 56 | 53.91 | 55.75 |
| 11/3/2020 | 56.51 | 57.51 | 56.34 | 57.04 |
| 11/4/2020 | 57.36 | 58.59 | 56.14 | 56.82 |
| 11/5/2020 | 57.11 | 58.82 | 56.87 | 58.28 |
| 11/6/2020 | 57.63 | 58.85 | 57.24 | 58.56 |
| 11/9/2020 | 65.12 | 66.39 | 62.49 | 64.99 |
| 11/10/2020 | 66.1 | 68.15 | 65.75 | 67.89 |
| 11/11/2020 | 67.65 | 67.7 | 65.12 | 65.85 |
| 11/12/2020 | 63.88 | 64.6378 | 63.27 | 63.99 |
| 11/13/2020 | 64.78 | 66.4 | 64.52 | 66.15 |
| 11/16/2020 | 67.56 | 69.044 | 67.15 | 68.66 |
| 11/17/2020 | 67.52 | 69.62 | 67.355 | 68.87 |
| 11/18/2020 | 69.665 | 71.315 | 69.33 | 69.51 |
| 11/19/2020 | 68.65 | 71.23 | 68.2 | 71.11 |
| 11/20/2020 | 70.8 | 71.12 | 69.65 | 69.76 |
| 11/23/2020 | 70.82 | 72.84 | 70.34 | 72.64 |
| 11/24/2020 | 74.09 | 75.32 | 73.8 | 74.36 |
| 11/25/2020 | 73.55 | 74.19 | 72.9 | 73.81 |
| 11/27/2020 | 73.77 | 74.4 | 73.3901 | 73.91 |
| 11/30/2020 | 73.09 | 73.55 | 71.36 | 71.72 |
| 12/1/2020 | 72.72 | 72.94 | 71.21 | 71.23 |
| 12/2/2020 | 71.19 | 72.345 | 70.69 | 71.94 |
| 12/3/2020 | 72.11 | 74.39 | 71.91 | 73.29 |
| 12/4/2020 | 73.38 | 74.6578 | 73.38 | 73.91 |
| 12/7/2020 | 73.38 | 73.75 | 72.55 | 73.04 |
| 12/8/2020 | 73.19 | 74.51 | 72.79 | 74.48 |
| 12/9/2020 | 74.47 | 74.815 | 73.28 | 73.54 |
| 12/10/2020 | 72.97 | 73.74 | 72.45 | 72.98 |
| 12/11/2020 | 72.66 | 73.58 | 72.36 | 72.89 |
| 12/14/2020 | 73.4 | 73.834 | 70.71 | 70.8 |
| 12/15/2020 | 71.5 | 71.8 | 70.1 | 71.04 |
| 12/16/2020 | 71.15 | 71.175 | 70.4522 | 70.57 |
| 12/17/2020 | 71.39 | 71.49 | 70.51 | 70.64 |
| 12/18/2020 | 70.57 | 70.76 | 69.81 | 70.17 |
| 12/21/2020 | 68.69 | 70.24 | 67.78 | 69.67 |
| 12/22/2020 | 69.49 | 70.11 | 68.97 | 69.25 |
| 12/23/2020 | 69.79 | 71.41 | 69.59 | 70.72 |
| 12/24/2020 | 70.95 | 70.95 | 69.89 | 70.27 |
| 12/28/2020 | 70.7 | 71.46 | 70.3422 | 70.63 |
| 12/29/2020 | 71 | 71.1 | 69.67 | 70.34 |

| | | | | |
|---|---|---|---|---|
| 12/30/2020 | 70.5 | 71.64 | 70.34 | 71.36 |
| 12/31/2020 | 71.35 | 71.7 | 70.94 | 71.51 |
| 1/4/2021 | 71.38 | 71.56 | 68.31 | 68.43 |
| 1/5/2021 | 68.76 | 69.88 | 68.4 | 69.42 |
| 1/6/2021 | 68.5 | 71.49 | 68.4499 | 70.28 |
| 1/7/2021 | 70.35 | 70.87 | 69.69 | 69.78 |
| 1/8/2021 | 69.96 | 70.08 | 68.7 | 69.86 |
| 1/11/2021 | 68.79 | 69.71 | 68.52 | 69.51 |