**POMERANTZ LLP**
Jeremy A. Lieberman
600 Third Avenue
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com

*Attorney for Movant the State Teachers*
*Retirement System of Ohio*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Pranay K. Bajjuri, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> Raytheon Technologies Corporation f/k/a Anthony F. O'Brien; and Michael J. Wood, <br><br> Defendants. | Case No. CV-20-00468-JCH <br><br> Hon. John C. Hinderaker <br><br> **REPLY DECLARATION OF JEREMY A. LIEBERMAN: (1) IN FURTHER SUPPORT OF MOTION OF THE STATE TEACHERS RETIREMENT SYSTEM OF OHIO FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL; AND (2) IN OPPOSITION TO COMPETING MOTIONS** |
| Daniel Norris, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> Raytheon Technologies Corporation f/k/a Raytheon Company; Thomas A. Kennedy; Anthony F. O'Brien; and Michael J. Wood, <br><br> Defendants. | Case No. CV-20-00543-RM |

I, Jeremy A. Lieberman, hereby declare as follows:

1.    I am a partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of the State Teachers Retirement System of Ohio (the "Retirement System"), and have personal knowledge of the facts set forth herein.  I make this Reply Declaration in (a) further support of the Retirement System's motion for consolidation of the above-captioned related actions, appointment as Lead Plaintiff for the Class, and approval of its selection of Pomerantz as Lead Counsel for the Class; and (b) in opposition to competing motions.

2.    Attached hereto as Exhibit A is a true and correct copy of a Form 8-K filed by Raytheon Technologies Corporation ("Raytheon") with the U.S. Securities and Exchange Commission on April 3, 2020.

3.    Attached hereto as Exhibit B is a true and correct copy of an analyst report published by Bank of America Merrill Lynch, dated October 23, 2019.

4.    Attached hereto as Exhibit C is a true and correct copy of an analyst report published by Barclays, dated June 9, 2019.

5.    Attached hereto as Exhibit D is a true and correct copy setting forth possible calculations of the damages incurred by the movants seeking appointment as Lead Plaintiff in this litigation in connection with their Class Period purchases of Raytheon securities.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on January 19, 2021 at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy Lieberman

1