# EXHIBIT A

**CURRENT REPORT**

**Pursuant to Section 13 or 15(d) of**
**The Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported):** April 3, 2020

# RAYTHEON TECHNOLOGIES CORPORATION

(Exact name of registrant as specified in its charter)

| Delaware | 001-00812 | 06-0570975 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**870 Winter Street**
**Waltham, Massachusetts 02451**
(Address of principal executive offices, including zip code)

(Registrant's telephone number, including area code)
**(781) 522-3000**

**United Technologies Corporation**
**10 Farm Springs Road**
**Farmington, Connecticut 06032**
(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock ($1 par value) (CUSIP 75513E 101) | RTX | New York Stock Exchange |
| 2.150% Notes due 2030 (CUSIP 75513E AB7) | RTX 30 | New York Stock Exchange |
| Floating Rate Notes due 2020 (CUSIP 75513E AA9) | RTX 20B | New York Stock Exchange |

**Item 7.01**          **Regulation FD Disclosure.**

On April 3, 2020, Raytheon Technologies Corporation (formerly known as United Technologies Corporation) (the "Company" or "RTC") issued a press release announcing the completion of the Merger (as defined below) contemplated by the Agreement and Plan of Merger, dated as of June 9, 2019, and amended as of March 9, 2020, by and among the Company, Light Merger Sub Corp., a Delaware corporation and wholly owned subsidiary of the Company, and Raytheon Company, a Delaware corporation ("Raytheon"), pursuant to which Merger Sub merged with and into Raytheon (the "Merger"), with Raytheon surviving as a wholly owned subsidiary of the Company. In connection with the Merger, the Company's name was changed to Raytheon Technologies Corporation and its common stock is listed on the New York Stock Exchange under the symbol "RTX."

A copy of this press release is furnished herewith as Exhibit 99.1 to this Current Report on Form 8-K, is incorporated by reference herein and shall not be deemed filed for the purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that Section and shall not be deemed to be incorporated by reference into any filing by the Company under the Securities Act of 1933, as amended (the "Securities Act"), or the Exchange Act, except as shall be expressly set forth by specific reference in such a filing.

The Company, as a global company, is impacted by public health crises such as the global pandemic associated with COVID-19, a possibility the Company disclosed in its risk