# EXHIBIT B

Aerospace & Defense

**Bank of America**
**Merrill Lynch**

# Raytheon Technologies: UTX and RTN shareholders approved the merger

Industry Overview

Equity | 23 October 2019

## Raytheon Technologies: 3rd largest A&D player globally

As the merger of equals was approved by both United Technologies (ticker: UTX) and Raytheon (ticker: RTN) companies' shareowners earlier this month, we have seen an increased investor interest on the details of the merger agreement. In this report we summarize the key details to consider about the creation of Raytheon Technologies (ticker: RTX). In our view, if the merger goes through, it could reset the scales of corporate power in Aerospace & Defense markets. Both United Technologies and Raytheon are subsystems suppliers in their respective markets and the combined entity, as the third largest Aerospace & Defense company in the world, would have significant breadth and depth across the industry. We maintain our Buy ratings on UTX and RTN.

## Steady defense cash could boost UTX

Defense businesses tend to be steady cash generators supported by generous cash terms on most defense contracts. The expanded defense portfolio would offer a buffer to the currently more commercial aerospace oriented United Technologies portfolio. The strong steady cash flow of the combined companies would give United Technologies an edge over its competitors and better support new products such as the Geared Turbo Fan (GTF) engine, future engine development, and future product development for programs such as Boeing's 797 middle of the market jet, or the eventual replacement of Boeing and Airbus's narrowbody products, the 737 and A320 respectively.

## UTX aero is at a premium over RTN

We estimate UTX aero businesses are trading at a premium over RTN on both EV/EBITDA and FCF yield multiples. On an EV/EBITDA basis, UTX aero business is trading at 10.9x and RTN at 10.4x. On a FCF yield basis, we estimate UTX aero is currently trading at 5.0% and RTN at 6.9%. RTN benefits from the US defense spending upcycle and has less exposure to macroeconomic trends. Considering the strength of RTN's business, we are surprised that RTN's implied EV/EBITDA multiple is lower than UTX. See Table 1.

## $1bn gross cost synergies by year 4

Although synergies aside from administrative overlap and supply chain are not immediately obvious, UTX and RTN management teams are projecting $1bn+ gross cost synergies ($500mn net) with additional technology-driven revenue synergies by year 4. Management expects to extract $350mn+ supply chain and procurement, $325mn+ in corporate and segment consolidation, $175mn+ in facilities consolidation, and $150mn in IT and other SG&A.

## RTX to return $18-20bn to shareholders

Management projects double-digit free cash flow growth with an expectation of ~$8B in pro forma free cash flow by 2021. See bridge from expected unlevered FCF in the table below. The combined company expects to return ~$18-20bn of capital to shareowners in first 36 months following completion of merger.

Americas
Aerospace/Defense

**Ronald J. Epstein**
Research Analyst
BofAS
+1 646 855 5695
r.epstein@bofa.com

**Kristine T. Liwag**
Research Analyst
BofAS
+1 646 855 0156
kristine.liwag@bofa.com

**Mariana Perez Mora >>**
Research Analyst
Merrill Lynch (Argentina)
+54 11 4317 7518
mariana.perezmora@bofa.com

**Caitlin Dullanty**
Research Analyst
BofAS
+1 646 855 3146
caitlin.dullanty@bofa.com

**Natalie O'Dea**
Research Analyst
BofAS
+1 646 855 2685
natalie.odea@bofa.com

>> Employed by a non-US affiliate of BofAS and is not registered/qualified as a research analyst under the FINRA rules.
Refer to "Other Important Disclosures" for information on certain BofA Merrill Lynch entities that take responsibility for the information herein in particular jurisdictions.
**BofA Merrill Lynch does and seeks to do business with issuers covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**
**Refer to important disclosures on page 7 to 10. Analyst Certification on page 6. Price Objective Basis/Risk on page 5.** 12055591

Timestamp: 23 October 2019 12:18AM EDT

## UTX aero+ RTN = RTX in an all-stock merger of equals

On 9 June 9 2019, UTX and RTN entered into the agreement to merge UTX's aerospace businesses with Raytheon. The merger is subject to UTC successfully completing the separation of Otis and Carrier business units from the aerospace businesses. The company resulting from the all-stock merger of equals transaction will be named Raytheon Technologies Corporation (ticker: RTX). Management teams expect that the merger will be completed in 1H20. The combined company is expected to be headquartered in the greater Boston metro area.

The S-4 filing was filed to the US Securities and Exchange Commission (SEC) on 17 July 2019. It was amended twice on 15 August 2019 and on 4 September 2019. The SEC declared effective the registration statement on 9 September 2019. The companies started the Joint Proxy Statement/Prospectus to shareholders on 10 September 2019.

## Ownership structure: 43% RTN / 57% UTX

Each share of RTN will be converted into the right to receive 2.3348 fully paid and non-assessable shares of Raytheon Technologies (and cash in lieu of fractional shares, if applicable). UTX shareholders will not receive any merger consideration. UTX common stock will remain outstanding and constitute shares of the combined company. Outstanding UTX, to be later re-named RTX, will reflect the combination of the UTX's aerospace businesses and RTN, but exclude the value of Otis and Carrier businesses. Management anticipates a tax-free transaction for U.S. federal income tax purposes.

Based on the current number of RTN shares outstanding, UTX expects to issue ~648mn shares to RTN stockholders. The companies estimate that, after the completion of the merger, former RTN stockholders will own ~43% and pre-RTX merger, after-separation UTX stockholders will own ~57% of the combined company. The exact equity share of UTX and RTN shareholders will depend on the number of shares of issued and outstanding immediately prior to the merger.

## Raytheon Technologies' 4 business segments

Raytheon Technologies is expected to have ~$74bn in pro-forma 2019e sales and $13.5bn EBITDA. The new company will report in 4 segments; Pratt & Whitney (sales of ~$21B), Collins Aerospace (sales of ~$22B), Intelligence Space & Airborne Systems (sales of ~$18B) and Integrated Defense & Missile Systems (sales of ~$16B).

## UTX is at a premium over RTN

On an EV/EBITDA basis, UTX aero business is trading at 10.9x and RTN at 10.4x. This uses current Enterprise Value (EV) using the implied market capitalization of RTX based on RTN's market capitalization on October 22, 2019, current net debt of both entities, and 2020 EBITDA according to UTX and RTN.

On a FCF yield basis, we estimate UTX aero is currently trading at 5.0% and RTN at 6.9%. RTN benefits from the US defense spending upcycle and has less exposure to macroeconomic trends. Considering the strength of RTN's business, we are surprised that RTN's implied EV/EBITDA multiple is lower than UTX.

**Bank of America Merrill Lynch**

CR

**Table 1: RTX financial metrics**

| Raytheon Technologies - October 22th valuation | | | |
|---|---|---|---|
| *(in $bn)* | **United Technologies** | **Raytheon** | **United Technologies + Raytheon** |
| Sales 2020E | $47.7 | $30.1 | $77.7 |
| Operating profit 2020E | $6.3 | $5.1 | $11.4 |
| *Operating margin* | *13.3%* | *16.9%* | *14.7%* |
| EBITDA 2020E | $9.2 | $5.8 | $15.0 |
| *EBITDA margin* | *19.2%* | *19.4%* | *19.3%* |
| BofAML Adj EBITDA 2020E | $9.6 | $6.1 | $15.7 |
| **Unlevered free cash flow 2020E** | **$4.6** | **$4.1** | **$8.8** |
| Aero Investing* | ($0.8) | | ($0.8) |
| **Unlevered FCF excl. Aero Investing** | **$5.4** | **$4.1** | **$9.6** |
| After tax net interest expense | ($0.9) | ($0.1) | ($1.0) |
| *net interest rate* | *5%* | *5%* | *5%* |
| Other including pension and tax | | ($0.1) | ($0.1) |
| Synergies benefit, net of cost to achieve | | | $0.0 |
| Contingency / Investment flexibility** | ($1.5) | $0.0 | ($1.5) |
| *% share of contingency /inv. flexibility* | *100%* | *0%* | |
| **Pro-forma FCF (excl Aero Investing)** | **$3.1** | **$3.9** | **$7.0** |
| **Adj. FCF** *(ex Comm'l businesses separation costs)* | **$3.8** | **$3.9** | **$7.7** |
| **Enterprise value calculation** | **United Technologies** | **Raytheon** | **United Technologies + Raytheon** |
| Net debt | $24.3 | $2.0 | $26.3 |
| Market cap as of October 22nd | $75.6 | $57.0 | $132.6 |
| *% share of market cap* | *57%* | *43%* | |
| Noncontrolling interest | $0.0 | $0.4 | $0.4 |
| Pension and post-retirement benefits | $0.0 | $1.1 | $1.1 |
| **Enterprise value (EV)** | **$99.9** | **$60.5** | **$160.4** |
| *% share of EV* | **62%** | **38%** | |
| **Multiples** | | | |
| Net debt to 2020E EBITDA | 2.7x | 0.3x | 1.8x |
| 2020E EV/EBITDA multiple | 10.9x | 10.4x | 10.7x |
| 2020E EV/ BofAMLe EBITDA multiple | 10.4x | 9.9x | 10.2x |
| 2020E FCF yield multiple | 5.0% | 6.9% | 5.8% |

Source: BofA Merrill Lynch Global Research estimates, company report

* Aero Investing includes P&W spare engine pool, V2500-related payments to Rolls-Royce, and other

** Contingency / Investment flexibility includes future aero programs (eg 797, new narrowbody), UTX portfolio separation costs, other

## Targeted net debt for RTX is $26bn

Net debt for the combined company at closing expected to be ~$26bn with United Technologies expected to contribute ~$24bn. Management expects a credit rating in the "A" category.

## RTN special dividend if UTX aero debt is + than expected

UTX may notify RTN if there is excess debt, on or 10 business days prior to the completion of the merger, if:

1.  UTX aero's net debt is expected to exceed the target of $24.3bn and

2.  the total debt for borrowed money of Otis SpinCo and Carrier SpinCo after the separation would exceed $18.25bn.

After the net indebtedness notice, RTN may declare and pay a special cash dividend. This special dividend equals to RTN's share on RTX (43%/57%) on the excess UTX aero net debt (vs. target of $24.3bn). The target net debt will automatically increase to the new notified amount (whether or not RTN declared the dividend).

If aggregate RTN special dividend would total $250mn or less, UTX may:

- not notify RTN and no special dividend would be payable or

- notify RTN, and RTN may pay a special dividend in an aggregate of $250mn. In this case, the target net debt will automatically increase by $331mn.

If aggregate RTN special dividend would total more than $2bn, UTC may not notify RTN and no special dividend would be payable.

## Management: Hayes CEO & Kennedy Chairman for 2 years

Thomas A. Kennedy, currently Chairman and CEO of RTN, will become the Executive Chairman of the combined company. Gregory J. Hayes, currently Chairman and CEO of UTX, will become CEO of the combined company for two years after the completion of the merger. Hayes will become Chairman and CEO two years following completion of the deal.

The board of directors of the combined company will consist of 15 directors, including 8 UTX designees and 7 RTN designees. 13 of the 15 director will be independent and 7 will be women and people of color.

## The merger needs clearance by the US and 10+ others

Given that there is virtually no overlap between the two companies' businesses and that both companies are on very strong financial footing, we would expect little regulatory and US Department of Defense scrutiny. UTX and RTN each filed their respective HSR Act notification forms to the Antitrust Division of the United States Department of Justice and the United States Federal Trade Commission (FTC) on June 21, 2019. Completion of the merger is subject to the expiration or earlier termination of the applicable waiting periods.

The merger is also subject to competition clearance from other foreign jurisdictions including European Union, Australia, Canada, Common Market for Eastern and Southern Africa, Israel, Japan, Republic of Korea, Taiwan and Turkey, and to foreign investment approvals from Australia, France and Germany.

## Termination fees: UTX to pay $2.4, RTN to pay $1.8bn

The merger agreement may be terminated by mutual written consent of RTN and UTX at any time before the completion of the merger.

Additionally, either RTN or UTX could terminate the agreement if one of the following triggering events occurs:

- if the merger has not been completed by July 1, 2020 (subject to some automatic extensions),

- if either RTN or UTX stockholders approval have not been obtained,

- if anti-trust approvals block the Otis/Carrier separation or the RTN/UTX merger,

- if UTX or RTN fails to comply with covenants and other agreements in the merger deal, or,

- at any time before the voting meetings, if management changes its recommendation.

RTN should pay a termination fee of $1.785bn to UTX and/or UTX should pay a termination fee of $2.365bn to RTN if:

- the other company (payee) terminates the merger as a result of a triggering event or the agreement is terminated because of that company's (payer) stockholder

Bank of America
Merrill Lynch

CR

approval not been obtained at a time when the other (payee) could have terminated the agreement under a triggering event, or

- the agreement is terminated because of lack of payer's stockholders approval or failure to perform/comply with the agreement by the payer, and, in each case, the payer completes or enters into a definite agreement to an alternative transaction (50%+ of the voting power, revenues, net income or assets) within 12 months of the termination.

## Dividends to continue until merge closes

UTX may declare and pay a regular quarterly cash dividend of up to $0.735 per share. Any dividend with a record date after separation and before merge should be capped by the after separation proportion of the quarterly dividend.

RTN may declare and pay a regular quarterly cash dividend of up to $0.9425 per share. According to the supplemental disclosures released October 2, 2019, equity value ranges for RTN were reduced by ~$1.6bn to account for expected cash dividends and share repurchases (expected to occur from April 1, 2019 to June 30, 2020).

## Share repurchases limited to vesting of equity awards

Until the closure of the agreement, neither RTN nor UTX shall purchase, redeem or acquire any shares of capital stock (or rights, warrants or options to acquire). This restriction excludes the acquisition of shares upon the vesting or settlement of an equity awards.

## Price objective basis & risk

### Raytheon Co. (RTN, B-1-7, $204.71)

We derive our PO of $265 using a discount rate of 7.5%, 6% next five-year CAGR, and 1.8% terminal growth rate. The US Defense Budget Authorization has grown at a 1.8% CAGR in constant dollars since post World War II. In our view, considering the increased global demand for deterrence, we expect RTN's long-term growth to meet the historical growth of the US defense budget.

Downside risks to our PO are: Execution risk on defense programs could result in cost overruns and margin contractions. We are forecasting a growing defense budget. However, a more negative outlook from the Trump administration could provide downside risk. Orders from international programs are difficult to time due to the complexity of the process. Thus, we could see some lumpiness with regard to international orders. Unexpected cancellations to programs in both commercial and military could materially impact RTN.

Upside risks to our PO are: If the company executes on existing programs better than expected, gains share in the international market or makes a materially accretive acquisition, there could be greater-than-anticipated upside in the shares. Increased political uncertainty in the Middle East, particularly in Iran, could increase sales for missile defense and provide a headline boost to shares.

### United Tech (UTX, B-1-7, $141.41)

We derive our PO of $195 using a 11x EV/EBITDA on 2020e earnings plus the after-tax net present value for the GTF engine of $31. GTF engine earnings are negative today. As order trends improve, we expect UTX to trade at a slight premium to the company's segment peer group. Our valuation factors in 11x EV/EBITDA for Otis, 10x EV/EBITDA for Carrier, 12x EV/EBITDA for Pratt & Whitney, and 12x EV/EBITDA for Collins

Aerospace.

Downside risks to our PO are: Since UTX is exposed to late-cycle businesses, including commercial construction and commercial aviation, if the economy does not improve UTX could be negatively affected. A strong USD could negatively impact UTX given its exposure to non-US end markets. A downturn in commercial aviation due to the natural business cycle or an exogenous event such as a terrorist attack could negatively affect the company. A severe global economic slowdown would affect UTX's top-line growth as 60 percent of sales are generated outside the U.S. Any slowdown in China would affect Otis given the segment's success in China. The installed base of large civil aircraft with P&W engines continues to age and we expect P&W aftermarket revenue to decline over time until the Geared Turbofan generates aftermarket business. UTX is dependent on raw materials, particularly metals, so variations in raw materials can unfavorably affect operating margins.

## Analyst Certification

I, Ronald J. Epstein, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject securities and issuers.  I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or view expressed in this research report.

Bank of America
Merrill Lynch

CR

**US - Aerospace and Defense Coverage Cluster**

| Investment rating | Company | BofA Merrill Lynch ticker | Bloomberg symbol | Analyst |
|---|---|---|---|---|
| **BUY** | | | | |
| | AerCap Holdings N.V. | AER | AER US | Kristine T. Liwag |
| | Air Lease Corporation | AL | AL US | Kristine T. Liwag |
| | Albany International | AIN | AIN US | Kristine T. Liwag |
| | Bombardier Inc. | YBBD B | BBD/B CN | Ronald J. Epstein |
| | CAE Inc. | YCAE | CAE CN | Ronald J. Epstein |
| | Crane Co | CR | CR US | Kristine T. Liwag |
| | Embraer | ERJ | ERJ US | Ronald J. Epstein |
| | General Dynamics | GD | GD US | Ronald J. Epstein |
| | Huntington Ingalls Industries | HII | HII US | Ronald J. Epstein |
| | Lockheed Martin | LMT | LMT US | Ronald J. Epstein |
| | Moog Inc. | MOGA | MOG/A US | Kristine T. Liwag |
| | Northrop Grumman | NOC | NOC US | Ronald J. Epstein |
| | Raytheon Co. | RTN | RTN US | Ronald J. Epstein |
| | Spirit AeroSys-A | SPR | SPR US | Ronald J. Epstein |
| | TransDigm Group Inc. | TDG | TDG US | Ronald J. Epstein |
| | Triumph Group | TGI | TGI US | Ronald J. Epstein |
| | United Tech | UTX | UTX US | Ronald J. Epstein |
| **NEUTRAL** | | | | |
| | Boeing | BA | BA US | Ronald J. Epstein |
| | Curtiss-Wright Corporation | CW | CW US | Kristine T. Liwag |
| | Mercury Systems | MRCY | MRCY US | Ronald J. Epstein |
| | Parsons Corporation | PSN | PSN US | Ronald J. Epstein |
| | RBC Bearings Inc | ROLL | ROLL US | Kristine T. Liwag |
| | Textron | TXT | TXT US | Ronald J. Epstein |
| **UNDERPERFORM** | | | | |
| | Aircastle LTD | AYR | AYR US | Kristine T. Liwag |
| | Booz Allen Hamilton | BAH | BAH US | Ronald J. Epstein |
| | BWX Technologies, Inc. | BWXT | BWXT US | Ronald J. Epstein |
| | Garmin | GRMN | GRMN US | Ronald J. Epstein |
| | HEICO Corporation | HEI | HEI US | Ronald J. Epstein |
| | Hexcel Corporation | HXL | HXL US | Ronald J. Epstein |

# Disclosures
## Important Disclosures

**RTN Price Chart**



B: Buy, N: Neutral, U: Underperform, PO: Price Objective, NA: No longer valid, NR: No Rating

The Investment Opinion System is contained at the end of the report under the heading "Fundamental Equity Opinion Key". Dark grey shading indicates the security is restricted with the opinion suspended. Medium grey shading indicates the security is under review with the opinion withdrawn. Light grey shading indicates the security is not covered. Chart is current as of September 30, 2019 or such later date as indicated.

CR

**UTX Price Chart**



B: Buy, N: Neutral, U: Underperform, PO: Price Objective, NA: No longer valid, NR: No Rating

The Investment Opinion System is contained at the end of the report under the heading "Fundamental Equity Opinion Key". Dark grey shading indicates the security is restricted with the opinion suspended. Medium grey shading indicates the security is under review with the opinion withdrawn. Light grey shading indicates the security is not covered. Chart is current as of September 30, 2019 or such later date as indicated.

**Equity Investment Rating Distribution: Aerospace/Defense Electronics Group (as of 30 Sep 2019)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships* | Count | Percent |
|---|---|---|---|---|---|
| Buy | 26 | 61.90% | Buy | 19 | 73.08% |
| Hold | 8 | 19.05% | Hold | 6 | 75.00% |
| Sell | 8 | 19.05% | Sell | 5 | 62.50% |

**Equity Investment Rating Distribution: Global Group (as of 30 Sep 2019)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships* | Count | Percent |
|---|---|---|---|---|---|
| Buy | 1517 | 50.30% | Buy | 964 | 63.55% |
| Hold | 680 | 22.55% | Hold | 434 | 63.82% |
| Sell | 819 | 27.16% | Sell | 408 | 49.82% |

* Issuers that were investment banking clients of BofA Merrill Lynch or one of its affiliates within the past 12 months. For purposes of this Investment Rating Distribution, the coverage universe includes only stocks. A stock rated Neutral is included as a Hold, and a stock rated Underperform is included as a Sell.

FUNDAMENTAL EQUITY OPINION KEY: Opinions include a Volatility Risk Rating, an Investment Rating and an Income Rating. *VOLATILITY RISK RATINGS,* indicators of potential price fluctuation, are: A - Low, B - Medium and C - High. *INVESTMENT RATINGS* reflect the analyst's assessment of a stock's: (i) absolute total return potential and (ii) attractiveness for investment relative to other stocks within its *Coverage Cluster* (defined below). There are three investment ratings: 1 - Buy stocks are expected to have a total return of at least 10% and are the most attractive stocks in the coverage cluster; 2 - Neutral stocks are expected to remain flat or increase in value and are less attractive than Buy rated stocks and 3 - Underperform stocks are the least attractive stocks in a coverage cluster. Analysts assign investment ratings considering, among other things, the 0-12 month total return expectation for a stock and the firm's guidelines for ratings dispersions (shown in the table below). The current price objective for a stock should be referenced to better understand the total return expectation at any given time. The price objective reflects the analyst's view of the potential price appreciation (depreciation).

| Investment rating | Total return expectation (within 12-month period of date of initial rating) | Ratings dispersion guidelines for coverage cluster* |
|---|---|---|
| Buy | ≥ 10% | ≤ 70% |
| Neutral | ≥ 0% | ≤ 30% |
| Underperform | N/A | ≥ 20% |

* Ratings dispersions may vary from time to time where BofA Merrill Lynch Research believes it better reflects the investment prospects of stocks in a Coverage Cluster.

**INCOME RATINGS, indicators of potential cash dividends, are: 7 - same/higher (dividend considered to be secure), 8 - same/lower (dividend not considered to be secure) and 9 - pays no cash dividend.** *Coverage Cluster* is comprised of stocks covered by a single analyst or two or more analysts sharing a common industry, sector, region or other classification(s). A stock's coverage cluster is included in the most recent BofA Merrill Lynch report referencing the stock.

Price charts for the securities referenced in this research report are available at https://pricecharts.baml.com, or call 1-800-MERRILL to have them mailed.
BofAS or one of its affiliates acts as a market maker for the equity securities recommended in the report: Raytheon Co., United Tech.
The issuer is or was, within the last 12 months, an investment banking client of BofAS and/or one or more of its affiliates: Raytheon Co., United Tech.
BofAS or an affiliate has received compensation from the issuer for non-investment banking services or products within the past 12 months: Raytheon Co., United Tech.
The issuer is or was, within the last 12 months, a non-securities business client of BofAS and/or one or more of its affiliates: Raytheon Co., United Tech.
An officer, director or employee of BofAS or one of its affiliates is an officer or director of this issuer: United Tech.
BofAS or an affiliate has received compensation for investment banking services from this issuer within the past 12 months: Raytheon Co., United Tech.
BofAS or an affiliate expects to receive or intends to seek compensation for investment banking services from this issuer or an affiliate of the issuer within the next three months: Raytheon Co., United Tech.
BofAS together with its affiliates beneficially owns one percent or more of the common stock of this issuer. If this report was issued on or after the 9th day of the month, it reflects the ownership position on the last day of the previous month. Reports issued before the 9th day of a month reflect the ownership position at the end of the second month preceding the date of the report: Raytheon Co., United Tech.
BofAS or one of its affiliates is willing to sell to, or buy from, clients the common equity of the issuer on a principal basis: Raytheon Co., United Tech.
The issuer is or was, within the last 12 months, a securities business client (non-investment banking) of BofAS and/or one or more of its affiliates: Raytheon Co., United Tech.
BofA Merrill Lynch Research Personnel (including the analyst(s) responsible for this report) receive compensation based upon, among other factors, the overall profitability of Bank of America Corporation, including profits derived from investment banking. The analyst(s) responsible for this report may also receive compensation based upon, among other factors, the overall profitability of the Bank's sales and trading businesses relating to the class of securities or financial instruments for which such analyst is responsible.

Bank of America
Merrill Lynch

CR

# Other Important Disclosures

From time to time research analysts conduct site visits of covered issuers. BofA Merrill Lynch policies prohibit research analysts from accepting payment or reimbursement for travel expenses from the issuer for such visits.

Prices are indicative and for information purposes only. Except as otherwise stated in the report, for the purpose of any recommendation in relation to: (i) an equity security, the price referenced is the publicly traded price of the security as of close of business on the day prior to the date of the report or, if the report is published during intraday trading, the price referenced is indicative of the traded price as of the date and time of the report; or (ii) a debt security (including equity preferred and CDS), prices are indicative as of the date and time of the report and are from various sources including Bank of America Merrill Lynch trading desks.

The date and time of completion of the production of any recommendation in this report shall be the date and time of dissemination of this report as recorded in the report timestamp.

Recipients who are not institutional investors or market professionals should seek the advice of their independent financial advisor before considering information in this report in connection with any investment decision, or for a necessary explanation of its contents.

Officers of BofAS or one or more of its affiliates (other than research analysts) may have a financial interest in securities of the issuer(s) or in related investments.

BofA Merrill Lynch Global Research policies relating to conflicts of interest are described at https://rsch.baml.com/coi

**"BofA Merrill Lynch" includes BofA Securities, Inc. ("BofAS") and its affiliates. Investors should contact their BofA Merrill Lynch representative or Merrill Lynch Global Wealth Management financial advisor if they have questions concerning this report or concerning the appropriateness of any investment idea described herein for such investor. "BofA Merrill Lynch" and "Merrill Lynch" are each global brands for BofA Merrill Lynch Global Research.**

**Information relating to Non-US affiliates of BofA Merrill Lynch and Distribution of Affiliate Research Reports:**

BofAS and/or MLPF&S or may in the future distribute, information of the following non-US affiliates in the US (short name: legal name, regulator): Merrill Lynch (South Africa): Merrill Lynch South Africa (Pty) Ltd., regulated by The Financial Service Board; MLI (UK): Merrill Lynch International, regulated by the Financial Conduct Authority (FCA) and the Prudential Regulation Authority (PRA); BofASE (France): BofA Securities Europe SA is authorized by the Autorité de Contrôle Prudentiel et de Résolution (ACPR) and regulated by the ACPR and the Autorité des Marchés Financiers (AMF); BAMLI DAC (Milan): Bank of America Merrill Lynch International DAC, Milan Branch, regulated by the Bank of Italy, the European Central Bank (ECB) and the Central Bank of Ireland (CBI); Merrill Lynch (Australia): Merrill Lynch Equities (Australia) Limited, regulated by the Australian Securities and Investments Commission; Merrill Lynch (Hong Kong): Merrill Lynch (Asia Pacific) Limited, regulated by the Hong Kong Securities and Futures Commission (HKSFC); Merrill Lynch (Singapore): Merrill Lynch (Singapore) Pte Ltd, regulated by the Monetary Authority of Singapore (MAS); Merrill Lynch (Canada): Merrill Lynch Canada Inc, regulated by the Investment Industry Regulatory Organization of Canada; Merrill Lynch (Mexico): Merrill Lynch Mexico, SA de CV, Casa de Bolsa, regulated by the Comisión Nacional Bancaria y de Valores; Merrill Lynch (Argentina): Merrill Lynch Argentina SA, regulated by Comisión Nacional de Valores; Merrill Lynch (Japan): Merrill Lynch Japan Securities Co., Ltd., regulated by the Financial Services Agency; Merrill Lynch (Seoul): Merrill Lynch International, LLC Seoul Branch, regulated by the Financial Supervisory Service; Merrill Lynch (Taiwan): Merrill Lynch Securities (Taiwan) Ltd., regulated by the Securities and Futures Bureau; DSP Merrill Lynch (India): DSP Merrill Lynch Limited, regulated by the Securities and Exchange Board of India; Merrill Lynch (Indonesia): PT Merrill Lynch Sekuritas Indonesia, regulated by Otoritas Jasa Keuangan (OJK); Merrill Lynch (Israel): Merrill Lynch Israel Limited, regulated by Israel Securities Authority; Merrill Lynch (Russia): OOO Merrill Lynch Securities, Moscow, regulated by the Central Bank of the Russian Federation; Merrill Lynch (DIFC): Merrill Lynch International (DIFC Branch), regulated by the Dubai Financial Services Authority (DFSA); Merrill Lynch (Spain): Merrill Lynch Capital Markets Espana, S.A.S.V., regulated by Comisión Nacional del Mercado De Valores; Merrill Lynch (Brazil): Bank of America Merrill Lynch Banco Multiplo S.A., regulated by Comissão de Valores Mobiliários; Merrill Lynch KSA Company: Merrill Lynch Kingdom of Saudi Arabia Company, regulated by the Capital Market Authority.

This information: has been approved for publication and is distributed in the United Kingdom (UK) to professional clients and eligible counterparties (as each is defined in the rules of the FCA and the PRA) by MLI (UK), which is authorized by the PRA and regulated by the FCA and the PRA - details about the extent of our regulation by the FCA and PRA are available from us on request; has been approved for publication and is distributed in the European Economic Area (EEA) by BofASE (France), which is authorized by the ACPR and regulated by the ACPR and the AMF; has been considered and distributed in Japan by Merrill Lynch (Japan), a registered securities dealer under the Financial Instruments and Exchange Act in Japan, or its permitted affiliates; is issued and distributed in Hong Kong by Merrill Lynch (Hong Kong) which is regulated by HKSFC; is issued and distributed in Taiwan by Merrill Lynch (Taiwan); is issued and distributed in India by DSP Merrill Lynch (India); and is issued and distributed in Singapore to institutional investors and/or accredited investors (each as defined under the Financial Advisers Regulations) by Merrill Lynch (Singapore) (Company Registration No 198602883D). Merrill Lynch (Singapore) is regulated by MAS. Bank of America N.A., Australian Branch (ARBN 064 874 531), AFS License 412901 (BANA Australia) and Merrill Lynch Equities (Australia) Limited (ABN 65 006 276 795), AFS License 235132 (MLEA) distribute this information in Australia only to 'Wholesale' clients as defined by s.761G of the Corporations Act 2001. With the exception of BANA Australia, neither MLEA nor any of its affiliates involved in preparing this information is an Authorised Deposit-Taking Institution under the Banking Act 1959 nor regulated by the Australian Prudential Regulation Authority. No approval is required for publication or distribution of this information in Brazil and its local distribution is by Merrill Lynch (Brazil) in accordance with applicable regulations. Merrill Lynch (DIFC) is authorized and regulated by the DFSA. Information prepared and issued by Merrill Lynch (DIFC) is done so in accordance with the requirements of the DFSA conduct of business rules. Bank of America Merrill Lynch International DAC, Frankfurt Branch (BAMLI DAC (Frankfurt)) distributes this information in Germany and is regulated by BaFin, the ECB and the CBI. BofA Merrill Lynch entities, including BAMLI DAC and BofASE (France), may outsource/delegate the marketing and/or provision of certain research services or aspects of research services to other branches or members of the BofA Merrill Lynch group. You may be contacted by a different BofA Merrill Lynch entity acting for and on behalf of your service provider where permitted by applicable law. This does not change your service provider. Please use this link http://www.bankofamerica.com/emaildisclaimer for further information.

This information has been prepared and issued by BofAS and/or one or more of its non-US affiliates. The author(s) of this information may not be licensed to carry on regulated activities in your jurisdiction and, if not licensed, do not hold themselves out as being able to do so. BofAS and/or MLPF&S is the distributor of this information in the US and accepts full responsibility for information distributed to BofAS and/or MLPF&S clients in the US by its non-US affiliates. Any US person receiving this information and wishing to effect any transaction in any security discussed herein should do so through BofAS and/or MLPF&S and not such foreign affiliates. Hong Kong recipients of this information should contact Merrill Lynch (Asia Pacific) Limited in respect of any matters relating to dealing in securities or provision of specific advice on securities or any other matters arising from, or in connection with, this information. Singapore recipients of this information should contact Merrill Lynch (Singapore) Pte Ltd in respect of any matters arising from, or in connection with, this information.

**General Investment Related Disclosures:**

Taiwan Readers: Neither the information nor any opinion expressed herein constitutes an offer or a solicitation of an offer to transact in any securities or other financial instrument. No part of this report may be used or reproduced or quoted in any manner whatsoever in Taiwan by the press or any other person without the express written consent of BofA Merrill Lynch.

This document provides general information only, and has been prepared for, and is intended for general distribution to, BofA Merrill Lynch clients. Neither the information nor any opinion expressed constitutes an offer or an invitation to make an offer, to buy or sell any securities or other financial instrument or any derivative related to such securities or instruments (e.g., options, futures, warrants, and contracts for differences). This document is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of, and is not directed to, any specific person(s). This document and its content do not constitute, and should not be considered to constitute, investment advice for purposes of ERISA, the US tax code, the Investment Advisers Act or otherwise. Investors should seek financial advice regarding the appropriateness of investing in financial instruments and implementing investment strategies discussed or recommended in this document and should understand that statements regarding future prospects may not be realized. Any decision to purchase or subscribe for securities in any offering must be based solely on existing public information on such security or the information in the prospectus or other offering document issued in connection with such offering, and not on this document.

Securities and other financial instruments referred to herein, or recommended, offered or sold by BofA Merrill Lynch, are not insured by the Federal Deposit Insurance Corporation and are not deposits or other obligations of any insured depository institution (including, Bank of America, N.A.). Investments in general and, derivatives, in particular, involve numerous risks, including, among others, market risk, counterparty default risk and liquidity risk. No security, financial instrument or derivative is suitable for all investors. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. Investors should note that income from such securities and other financial instruments, if any, may fluctuate and that price or value of such securities and instruments may rise or fall and, in some cases, investors may lose their entire principal investment. Past performance is not necessarily a guide to future performance. Levels and basis for taxation may change.

This report may contain a short-term trading idea or recommendation, which highlights a specific near-term catalyst or event impacting the issuer or the market that is anticipated to have a short-term price impact on the equity securities of the issuer. Short-term trading ideas and recommendations are different from and do not affect a stock's fundamental equity rating, which reflects both a longer term total return expectation and attractiveness for investment relative to other stocks within its Coverage Cluster. Short-term trading ideas and recommendations may be more or less positive than a stock's fundamental equity rating.

CR

BofA Merrill Lynch is aware that the implementation of the ideas expressed in this report may depend upon an investor's ability to "short" securities or other financial instruments and that such action may be limited by regulations prohibiting or restricting "shortselling" in many jurisdictions. Investors are urged to seek advice regarding the applicability of such regulations prior to executing any short idea contained in this report.

Foreign currency rates of exchange may adversely affect the value, price or income of any security or financial instrument mentioned herein. Investors in such securities and instruments, including ADRs, effectively assume currency risk.

UK Readers: The protections provided by the U.K. regulatory regime, including the Financial Services Scheme, do not apply in general to business coordinated by BofA Merrill Lynch entities located outside of the United Kingdom.

BofAS or one of its affiliates is a regular issuer of traded financial instruments linked to securities that may have been recommended in this report. BofAS or one of its affiliates may, at any time, hold a trading position (long or short) in the securities and financial instruments discussed in this report.

BofA Merrill Lynch, through business units other than BofA Merrill Lynch Global Research, may have issued and may in the future issue trading ideas or recommendations that are inconsistent with, and reach different conclusions from, the information presented herein. Such ideas or recommendations may reflect different time frames, assumptions, views and analytical methods of the persons who prepared them, and BofA Merrill Lynch is under no obligation to ensure that such other trading ideas or recommendations are brought to the attention of any recipient of this information.

In the event that the recipient received this information pursuant to a contract between the recipient and BofAS for the provision of research services for a separate fee, and in connection therewith BofAS may be deemed to be acting as an investment adviser, such status relates, if at all, solely to the person with whom BofAS has contracted directly and does not extend beyond the delivery of this report (unless otherwise agreed specifically in writing by BofAS If such recipient uses the services of BofAS in connection with the sale or purchase of a security referred to herein, BofAS may act as principal for its own account or as agent for another person. BofAS is and continues to act solely as a broker-dealer in connection with the execution of any transactions, including transactions in any securities referred to herein.

**Copyright and General Information:**

Copyright 2019 Bank of America Corporation. All rights reserved. iQprofile℠, iQmethod℠ are service marks of Bank of America Corporation. iQdatabase® is a registered service mark of Bank of America Corporation. This information is prepared for the use of BofA Merrill Lynch clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of BofA Merrill Lynch. BofA Merrill Lynch Global Research information is distributed simultaneously to internal and client websites and other portals by BofA Merrill Lynch and is not publicly-available material. Any unauthorized use or disclosure is prohibited. Receipt and review of this information constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information contained herein (including any investment recommendations, estimates or price targets) without first obtaining express permission from an authorized officer of BofA Merrill Lynch.

Materials prepared by BofA Merrill Lynch Global Research personnel are based on public information. Facts and views presented in this material have not been reviewed by, and may not reflect information known to, professionals in other business areas of BofA Merrill Lynch, including investment banking personnel. BofA Merrill Lynch has established information barriers between BofA Merrill Lynch Global Research and certain business groups. As a result, BofA Merrill Lynch does not disclose certain client relationships with, or compensation received from, such issuers. To the extent this material discusses any legal proceeding or issues, it has not been prepared as nor is it intended to express any legal conclusion, opinion or advice. Investors should consult their own legal advisers as to issues of law relating to the subject matter of this material. BofA Merrill Lynch Global Research personnel's knowledge of legal proceedings in which any BofA Merrill Lynch entity and/or its directors, officers and employees may be plaintiffs, defendants, co-defendants or co-plaintiffs with or involving issuers mentioned in this material is based on public information. Facts and views presented in this material that relate to any such proceedings have not been reviewed by, discussed with, and may not reflect information known to, professionals in other business areas of BofA Merrill Lynch in connection with the legal proceedings or matters relevant to such proceedings.

This information has been prepared independently of any issuer of securities mentioned herein and not in connection with any proposed offering of securities or as agent of any issuer of any securities. None of BofAS any of its affiliates or their research analysts has any authority whatsoever to make any representation or warranty on behalf of the issuer(s). BofA Merrill Lynch Global Research policy prohibits research personnel from disclosing a recommendation, investment rating, or investment thesis for review by an issuer prior to the publication of a research report containing such rating, recommendation or investment thesis.

Any information relating to the tax status of financial instruments discussed herein is not intended to provide tax advice or to be used by anyone to provide tax advice. Investors are urged to seek tax advice based on their particular circumstances from an independent tax professional.

The information herein (other than disclosure information relating to BofA Merrill Lynch and its affiliates) was obtained from various sources and we do not guarantee its accuracy. This information may contain links to third-party websites. BofA Merrill Lynch is not responsible for the content of any third-party website or any linked content contained in a third-party website. Content contained on such third-party websites is not part of this information and is not incorporated by reference. The inclusion of a link does not imply any endorsement by or any affiliation with BofA Merrill Lynch. Access to any third-party website is at your own risk, and you should always review the terms and privacy policies at third-party websites before submitting any personal information to them. BofA Merrill Lynch is not responsible for such terms and privacy policies and expressly disclaims any liability for them.

All opinions, projections and estimates constitute the judgment of the author as of the date of publication and are subject to change without notice. Prices also are subject to change without notice. BofA Merrill Lynch is under no obligation to update this information and BofA Merrill Lynch's ability to publish information on the subject issuer(s) in the future is subject to applicable quiet periods. You should therefore assume that BofA Merrill Lynch will not update any fact, circumstance or opinion contained herein.

Subject to the quiet period applicable under laws of the various jurisdictions in which we distribute research reports and other legal and BofA Merrill Lynch policy-related restrictions on the publication of research reports, fundamental equity reports are produced on a regular basis as necessary to keep the investment recommendation current.

Certain outstanding reports or investment opinions relating to securities, financial instruments and/or issuers may no longer be current. Always refer to the most recent research report relating to an issuer prior to making an investment decision.

In some cases, an issuer may be classified as Restricted or may be Under Review or Extended Review. In each case, investors should consider any investment opinion relating to such issuer (or its security and/or financial instruments) to be suspended or withdrawn and should not rely on the analyses and investment opinion(s) pertaining to such issuer (or its securities and/or financial instruments) nor should the analyses or opinion(s) be considered a solicitation of any kind. Sales persons and financial advisors affiliated with BofAS or any of its affiliates may not solicit purchases of securities or financial instruments that are Restricted or Under Review and may only solicit securities under Extended Review in accordance with firm policies.

Neither BofA Merrill Lynch nor any officer or employee of BofA Merrill Lynch accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this information.

**Bank of America**
**Merrill Lynch**

CR