# EXHIBIT C

CORE



Equity Research | Instant Insights

9 June 2019

| | | | | |
|---|---|---|---|---|
| Julian Mitchell | +1 212 526 1661 | julian.mitchell@barclays.com | BCI, US | Completed: 09-Jun-19, 18:53 GMT |
| David Strauss | +1 212 526 5580 | david.strauss@barclays.com | BCI, US | Released: 09-Jun-19, 18:53 GMT |
| Lee Sandquist | + 1 212 526 3717 | lee.sandquist@barclays.com | BCI, US | |
| Matt Akers, CFA | +1 212 526 9019 | matt.akers@barclays.com | BCI, US | |
| Jason Makishi | +1 212 526 5335 | jason.makishi@barclays.com | BCI, US | |
| Kate Copouls, CPA | +1 212 526 3283 | kate.copouls@barclays.com | BCI, US | |

## United Technologies Corporation / Raytheon Co

# Press reports of possible UTX – RTN merger talks; Implications for other MI and A&D names

**Stock Rating/Industry View:** Overweight/Neutral
**Price Target:** USD 149.00
**Price (07-Jun-2019):** USD 132.15
**Potential Upside/Downside:** 13%
**Tickers:** UTX

**Stock Rating/Industry View:** Equal Weight/Positive
**Price Target:** USD 205.00
**Price (07-Jun-2019):** USD 185.91
**Potential Upside/Downside:** 10%
**Tickers:** RTN

**According to the WSJ ('Raytheon, UTX in talks to merge') on June 8, UTX and RTN are in talks to merge in an all-stock deal, with UTX shareholders 'likely to own a majority of the combined company'. The WSJ states that RTN would combine with UTX RemainCo Aerospace, with the spins of Otis (see our report 'Otis deep-dive, ahead of the Spin; May 20, 2019') and Carrier (see our report 'Carrier deep-dive, ahead of the Spin; June 5, 2019') still occurring as planned. We show later in this report illustrative figures for the UTX – RTN NewCo. Such newsflow suggests the M&A wave we had expected since the start of 2019 is not cresting yet.**

---

**We see a number of benefits for the reported NewCo, which we outline below. In terms of implications, such a deal may signal an increased probability that consolidation occurs between the remaining large US MI-owned Aerospace assets (at GE and HON), and the remaining large US defense 'primes' (NOC most likely, relative to GD and LMT, given GD would bring along business jet exposure, and LMT could be too large); it may also suggest increased prospects for Buildings consolidation. Our initial impressions:**

**Regarding UTX, RTN, and the putative transaction itself:**

- Such a transaction would not be a shock given the mass of Industrial M&A we expected to occur since the start of this year (see our post ISC report 'ISC Conference Takeaways; February 25, 2019'), with $50bn+ of deals having been announced since then, and with A&D continuing to be a major area for Industrial M&A ('US Multi-Industry: Portfolio Change – M&A stepping up; Churning is not a panacea; March 8, 2019'). There is no reason in our view why these trends should slow down now (amidst low interest rates / cheap debt, slowing top-line growth, the late point of the Macro cycle we are in, and with un-levered balance sheets at many companies – in this case, RTN);

- The news should be somewhat positive for UTX, given strategic considerations (below), and the rapid de-levering which can occur given the deal structure as per the WSJ report. It may also suggest broader optionality – for instance, that transactions are possible with Carrier in the near-term (as an RTN deal would suggest that UTX management is willing to consider portfolio changes prior to the spins, which are due in early 2020);

- In terms of the specifics of this deal, it would be natural for UTX shareholders to own a majority of the NewCo, given that UTX Aero RemainCo has sales of $47bn and EBITDA of $8bn (see details in the 'Pro forma' tabs of our model 'UTX Model Link'), while RTN has sales of $29bn and EBITDA of ~$4.5bn (2019 figures);

- The scale of the combined entity may be attractive, as it would enjoy revenues of $81bn (2020 figures). These economies of scale, coupled with the end-market focus (following a spin-off of Otis and Carrier) of the NewCo on Aerospace & Defense, may provide a considerable competitive advantage against industry peers;

- A merger of RTN with UTX appears far from the most obvious fit (between primes and MI Aerospace assets), with limited overlap between the two companies' defense portfolios, although we believe such a combination is more likely to win regulatory approval as a result. The shorter cycle nature of RTN's portfolio, consisting primarily of air & missile defense systems, missiles and radars, will help to balance Pratt's longer cycle military engine business. In addition, RTN will bring a higher mix of non DoD international

business. The NewCo would have (2019 figures) 45% of sales from Commercial Aerospace (~$35bn) and 55% of sales from Defense (~$43bn);

- The higher share of NewCo sales from Defense relative to UTX RemainCo may be somewhat attractive, as it would reduce the exposure of UTX to competitive pressures from the Commercial Aero OEMs, as they seek to win more business;

- Strategically, a combination with RTN would alleviate remaining investor concerns around the periodic 'drain' on UTX RemainCo's FCF, which P&W would require for new engine development programs (upfront R&D and capex needs, and OE headwinds during the ramp-up phase) – UTX is set to 'lose' ~$3.6bn of annual FCF from spinning off Otis and Carrier, but RTN will bring $2.9bn all-in (2019) of annual FCF;

- Such a transaction structured as an MOE would allow UTX Aero RemainCo to de-lever more quickly; we estimate UTX RemainCo would have a ND/EBITDA of ~2.5X (end 2020) once Otis and Carrier are spun-off (and excluding a merger with RTN or anyone else); RTN has an under-levered balance sheet ($0.3bn of net debt at end-2020), and high and stable cash flow (90-100% FCF conversion, albeit with some pension cash requirements ahead), which UTX would have access to once the transaction closes. On our figures below, the NewCo would have little net debt within a few years of the deal closing (assuming ~$0.8bn a year of buyback spend, and a mid-30%s dividend payout ratio);

- Mr. Greg Hayes would be CEO of the combined entity according to the press reports; this would not be a surprise, as he was set to be the CEO of the UTX RemainCo for a while (and UTX would be the larger party within the merger), and he is several (~5) years younger than Mr. Tom Kennedy at RTN (who would be Chairman according to the WSJ report);

- One concern for shareholders in the short-term might be that UTX management has many items to 'juggle' at once, with two large spins looming, the integration of COL (and BE Aerospace within that), the ongoing GTF engine ramp-up, and now another large transaction to integrate. However, we think Otis and Carrier are being run increasingly as stand-alone entities anyway as their spins approach (per the appointment of their respective two CEOs, announced a week ago), the GTF ramp is now in its 4th year (and appears to be largely on track), and the COL integration so far at least seems to be proceeding well (there is some likelihood that the synergy targets for the deal are raised at the UTX Paris Air Show presentation on June 17);

- Like the rest of defense, we expect stand-alone RTN to generate MSD-HSD revenue growth over the next several years, although we have viewed RTN's margin potential as more limited than its peers' given a fairly mature program mix, and we are concerned that FCF growth could be constrained by increasing pension contributions. Despite its underperformance vs. defense peers over the last month (RTN up 3% vs Defense Peers up 5%), we estimate that RTN trades at a ~10% premium on a pension adjusted FCF basis;

- In our view, more obvious merger of equal partners for RTN would have been with GD (~$5.4bn in 2019 EBITDA) or NOC (~$5.5bn in 2019 EBITDA). However, with all the other primes having recently done their own large deals, and with HRS/LLL merging, RTN was facing a more consolidated landscape and likely fewer options of its own to pursue in terms of potential combinations. LMT acquired Sikorsky in 2015, although most of the benefit is yet to come with the ramp in CH-53K, while GD (CSRA) and NOC (OA) are still digesting their large deals;

- In terms of potential synergies, 1.5-2% of combined NewCo Defense sales would be a reasonable aspiration in our view, with 25-50% of these being passed back to customers (the US DoD);

- It is quite possible that, given the scale of the NewCo, it could split further down the line, particularly as Mr. Hayes has shown considerable appetite to undertake acquisitions as well as divestments (we have seen other CEOs in the MI sector, such as Mr. Ed Breen, combine and split several companies in turn, for example).

**In terms of implications for Multi-Industry, we highlight the following:**
- We think such a merger would re-focus investor attention on potential transactions regarding other Aerospace assets in the sector; we had discussed some of the ongoing drivers of A&D M&A in our report 'Implications of further A&D consolidation; October 14, 2018'. As a reminder, A&D comprises at least ~10% of sales for five Multi-Industry companies today (see our note 'GE, HON, UTX: Paris Air Show Preview; June 6, 2019');

**In terms of total deal value, A&D has been one of the most active end markets for M&A**



Source: Company Data, Barclays Research

- The largest two assets are owned by HON (A&D comprises ~45% of EBITDA) and GE (Aviation is ~65% of the Industrial EV for GE RemainCo, post the current divestments). We think GE Aviation will remain a core part of the RemainCo (as we think Mr. Culp is unlikely to break up the entire company), but we continue to wonder about the future of Aerospace within HON; Third Point had pushed for a spin-off of the business two years ago, which HON rejected, but we think it is quite possible that HON exits Aerospace at some point, and focuses on Industrial controls / automation (Warehouse, Process, possibly Factory), Safety & Productivity, as well as Commercial Buildings controls / automation;

- ETN has stated that Aerospace is one of its focus areas for M&A, and it has the ability to undertake M&A given its somewhat un-levered balance sheet. We think it is more likely to acquire in Aerospace, than sell the business; an exit out of some of its Industrial assets (within Hydraulics or Vehicle) is much more probable, in our view;

**MI A&D Exposure (2019)**



Source: Company Data, Barclays Research (PH exposure is based on historical numbers)

- Beyond Aerospace, a deal would underscore the ongoing buoyancy of the Industrial M&A environment. Per our report 'M&A continues to surge, as expected; Next steps?; May 2, 2019', we think ETN, FTV, HON and ROP are the MI companies who are most likely to engage in M&A over the balance of 2019 (and FTV and ROP have announced Software M&A deals in recent weeks);

- Looking past Aerospace, and the specific names we mention above, the broader HVAC (Commercial Buildings) sector continues to offer considerable prospects for consolidation, amidst the emergence of several 'new' pure play entities (JCI, Carrier, IR ClimateCo) in 2019 / 2020. A UTX-RTN potential deal even while UTX is yet to spin off Otis and Carrier, and the fact that the announcement that IR would spin off Industrial (via an RMT with GDI) came even before its PFS deal had closed (PFS will be part of the RMT), underscore that MI management teams are not waiting for deals to settle sequentially one-by-one, but are willing to pursue several strategic moves simultaneously;

**Scenario Financial data:**
**(based on our current models for UTX and RTN, and using the midpoint of synergy assumptions)**

**UTX-RTN Pro Forma One Page Summary**



Source: Company Data, Barclays Research

**UTX-RTN Aero NewCo pro forma outlook (for Illustrative purposes only)**

| UTX Aero + RTN RemainCo | 2018 | 2019E | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|
| Total Sales | 63,093 | 76,232 | 80,620 | 85,327 | 89,593 | 94,073 |
| Y/Y change | | 20.8% | 5.8% | 5.8% | 5.0% | 5.0% |
| | | | | | | |
| Total EBIT pre-synergies | 6,940 | 9,368 | 10,329 | 11,368 | 12,274 | 13,170 |
| Margin | 11.0% | 12.3% | 12.8% | 13.3% | 13.7% | 14.0% |
| | | | | | | |
| Net synergies retained (annual, incremental) | | | 147 | 147 | 147 | 147 |
| Net synergies retained (cumulative) | | | 147 | 293 | 440 | 587 |
| Net synergies retained (cumulative) as a % of Total | | | 0.2% | 0.3% | 0.5% | 0.6% |
| | | | | | | |
| EBIT post-synergies (exc deal amort.) | | | 10,476 | 11,514 | 12,421 | 13,317 |
| Margin | | | 13.0% | 13.5% | 13.9% | 14.2% |
| Y/Y change | | | | 9.9% | 7.9% | 7.2% |
| | | | | | | |
| Total D&A (exc deal amortization) | 2,303 | 3,130 | 3,147 | 3,172 | 3,172 | 3,172 |
| % of sales | 3.7% | 4.1% | 3.9% | 3.7% | 3.5% | 3.4% |
| | | | | | | |
| Total Adj. EBITDA (post-synergy) | 9,243 | 12,498 | 13,623 | 14,686 | 15,593 | 16,489 |
| Margin | 14.6% | 16.4% | 16.9% | 17.2% | 17.4% | 17.5% |
| | | | | | | |
| Total interest | (707) | (1,065) | (1,166) | (973) | (779) | (585) |
| | | | | | | |
| UTX pension | 385 | 414 | 414 | 414 | 414 | 414 |
| | | | | | | |
| Total Adj. PTP | | | 9,724 | 10,956 | 12,057 | 13,146 |
| | | | | | | |
| Total Tax | | | (1,999) | (2,252) | (2,478) | (2,702) |
| | | | | | | |
| Total Tax rate | | | 20.6% | 20.6% | 20.6% | 20.6% |
| | | | | | | |
| Total minority | | | (254) | (278) | (300) | (322) |
| | | | | | | |
| Adj. Net Income  (exc-Deal Amort.; exc-Restructuring) | | | 7,472 | 8,426 | 9,278 | 10,122 |

Source: Company Data, Barclays Research

**UTX-RTN Aero NewCo pro forma cash flow and balance sheet (for Illustrative purposes only)**

| Cash Flow | 2018 | 2019E | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|
| Total FCF | | | 6,725 | 7,836 | 8,814 | 9,616 |
| Y/Y change | | | | 17% | 12% | 9% |
| % of sales | | | 8% | 9% | 10% | 10% |
| | | | | | | |
| Total FCF conversion | | | 90% | 93% | 95% | 95% |
| | | | | | | |
| Dividend Payout % of NI | | | 36% | 36% | 36% | 36% |
| Dividends | | | 2,690 | 3,033 | 3,340 | 3,644 |
| | | | | | | |
| Cash Walk | | | | | | |
| Start Cash | | | 7,500 | 8,775 | 7,818 | 7,532 |
| FCF | | | 6,725 | 7,836 | 8,814 | 9,616 |
| Regular Dividend | | | (2,690) | (3,033) | (3,340) | (3,644) |
| Proceeds from Debt | | | - | - | - | - |
| Payments of Debt | | | (18,500) | (5,000) | (5,000) | (5,000) |
| Buyback | | | (760) | (760) | (760) | (760) |
| Spin Dividends (from Otis, Carrier) | | | 16,500 | - | - | - |
| End Cash | | | 8,775 | 7,818 | 7,532 | 7,744 |
| % of sales | | | 10.9% | 9.2% | 8.4% | 8.2% |

| Balance Sheet | 2018 | 2019E | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|
| UTX Cash | | 3,707 | | - | - | - |
| RTN Cash | | 3,793 | | | | |
| UTX Debt | | 43,537 | 25,037 | | | |
| RTN Debt | | 5,056 | 5,056 | | | |
| Total Debt | | 48,593 | 30,093 | 25,093 | 20,093 | 15,093 |
| Net Debt | | 41,093 | 21,318 | 17,275 | 12,561 | 7,349 |
| | | | | | | |
| Cross Debt / EBITDA | | | 2.2x | 1.7x | 1.3x | 0.9x |
| Net Debt / EBITDA | | | 1.6x | 1.2x | 0.8x | 0.4x |

Source: Company Data, Barclays Research

**UTX-RTN Aero NewCo pro forma valuation (for Illustrative purposes only)**

| Valuation | 2018 | 2019E | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|
| EV of NewCo | | 162,023 | 142,248 | 138,205 | 133,491 | 128,279 |
| Net debt | | 41,093 | 21,318 | 17,275 | 12,561 | 7,349 |
| MV of NewCo | | 120,930 | 120,930 | 120,930 | 120,930 | 120,930 |
| | | | | | | |
| EV/Sales | | | 1.8x | 1.6x | 1.5x | 1.4x |
| EV/EBITDA | | | 10.4x | 9.4x | 8.6x | 7.8x |
| P/E | | | 16.2x | 14.4x | 13.0x | 11.9x |
| P/FCF | | | 18.0x | 15.4x | 13.7x | 12.6x |
| Dividend Yield | | | 2.2% | 2.5% | 2.8% | 3.0% |
| FCF Yield | | | 5.6% | 6.5% | 7.3% | 8.0% |

Source: Company Data, Barclays Research

**Background Financial data:**

**UTX Aero RemainCo pro forma outlook**

| Aero RemainCo | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|
| Sales (exc. Elims) | 49,749 | 52,471 | 54,933 | 57,663 |
| Y/Y change | 5.3% | 5.5% | 4.7% | 5.0% |
| | | | | |
| Adj. EBIT (within UTX) | 6,588 | 7,210 | 7,860 | 8,442 |
| Margin | 13% | 14% | 14% | 15% |
| | | | | |
| Total corporate cost | (696) | (630) | (604) | (577) |
| % of Sales | 1.4% | 1.2% | 1.1% | 1.0% |
| | | | | |
| Adj. EBIT (Inc Corporate, New Savings) | 5,892 | 6,581 | 7,255 | 7,865 |
| Margin | 11.8% | 12.5% | 13.2% | 13.6% |
| Change in EBIT | | 11.7% | 10.3% | 8.4% |
| | | | | |
| D&A | 2,587 | 2,612 | 2,612 | 2,612 |
| % of sales | 5.2% | 5.0% | 4.8% | 4.5% |
| | | | | |
| Adj. EBITDA (Inc Corporate) | 8,479 | 9,193 | 9,867 | 10,477 |
| Margin | 17.0% | 17.5% | 18.0% | 18.2% |
| | | | | |
| Interest (Calculated from Debt) | (970) | (893) | (815) | (738) |
| | | | | |
| Pension | 414 | 414 | 414 | 414 |
| | | | | |
| Adj. PTP | 5,336 | 6,102 | 6,854 | 7,542 |
| | | | | |
| Tax | (1,254) | (1,434) | (1,611) | (1,772) |
| Tax Rate | 23.5% | 23.5% | 23.5% | 23.5% |
| | | | | |
| Minority | (244) | (272) | (300) | (325) |
| | | | | |
| Adj. Net Income (inc-Pension; exc-Restructuring) | 3,838 | 4,396 | 4,944 | 5,444 |
| Adj. Net Income (exc-Pension; inc-Restructuring) | 3,213 | 3,803 | 4,389 | 4,984 |
| | | | | |
| Adj. EPS (inc-Pension; exc-Restructuring) | $4.38 | $5.02 | $5.65 | $6.22 |

Source: Company Data, Barclays Research

**UTX Aero RemainCo pro forma cash flow and balance sheet**

| Cash Flow | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|
| P&W | | | | |
| Collins Aerospace | | | | |
| FCF Conversion | 85% | 88% | 91% | 91% |
| P&W | | | | |
| Collins Aerospace | | | | |
| FCF | 3,262 | 3,869 | 4,499 | 4,954 |
| FCF (Y-o-Y %) | | 19% | 16% | 10% |
| | | | | |
| Dividend Payout % | 36% | 36% | 36% | 36% |
| Dividends | 1,382 | 1,583 | 1,780 | 1,960 |
| | | | | |
| Cash Walk | | | | |
| Start Cash | 3,707 | 3,197 | 3,093 | 3,422 |
| FCF | 3,262 | 3,869 | 4,499 | 4,954 |
| Regular Dividend | (1,382) | (1,583) | (1,780) | (1,960) |
| Proceeds from Debt | - | - | - | - |
| Payments of Debt | (18,500) | (2,000) | (2,000) | (2,000) |
| Buyback | (390) | (390) | (390) | (390) |
| Spin Dividends | 16,500 | - | - | - |
| End Cash | 3,197 | 3,093 | 3,422 | 4,026 |
| % of sales | 6.4% | 5.9% | 6.2% | 7.0% |

| Balance Sheet | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|
| Cash | 3,197 | 3,093 | 3,422 | 4,026 |
| Debt | 25,037 | 23,037 | 21,037 | 19,037 |
| Net Debt | 21,840 | 19,944 | 17,615 | 15,011 |
| | | | | |
| Gross Debt / EBITDA | 3.0x | 2.5x | 2.1x | 1.8x |
| Net Debt / EBITDA | 2.6x | 2.2x | 1.8x | 1.4x |

Source: Company Data, Barclays Research

**Our SOTP analysis shows a ~$117bn EV for the UTX Aero RemainCo**

| UTX 2020 SOTP | EBITDA | EV/EBITDA | EV $bn | MV $/sh | Rationale |
|---|---|---|---|---|---|
| Otis | 2,217 | 13.3x | 29,572 | $27 | In-line with peers |
| Carrier | 3,700 | 11.7x | 43,400 | $39 | In-line with IR |
| GTF engine | (793) | -13.6x | 10,811 | $12 | 75% of DCF Value |
| Non-CTF P&W | 3,784 | 8.9x | 33,525 | $30 | 20% discount with NB peers |
| Pratt & Whitney | 2,992 | 14.8x | 44,336 | $40 | Implied |
| Collins Aerospace Systems | 6,184 | 12.4x | 76,436 | $69 | 10% premium to peers |
| Total Segment | 15,092 | 12.8x | 193,743 | $175 | |
| Eliminations | (304) | 12.8x | (3,907) | ($4) | Segment average |
| Otis stand-up costs | (150) | 13.3x | (2,001) | ($2) | In-line with Otis |
| Carrier stand-up costs | (175) | 11.7x | (2,053) | ($2) | In-line with Carrier |
| Otis accelerated savings | 50 | 13.3x | 667 | $1 | In-line with Otis |
| Carrier accelerated savings | 60 | 11.7x | 704 | $1 | In-line with Carrier |
| Total consolidated* | 14,462 | 12.9x | 187,153 | $168 | |
| *Includes Restructuring Spend | | | | | |
| Minorities | (579) | 12.8x | (7,432) | ($9) | Segment average |
| | | Net Debt (2019) | 39,830 | | |
| | | Market Cap | 139,892 | | |
| | | Diluted NOSH | 870 | | |
| | | SOTP Implied Price | $161 | | |

| UTX 2020 SOTP | EBITDA | EV/EBITDA | EV $bn | MV $/sh |
|---|---|---|---|---|
| UTX Aero RemainCo | 8,552 | 13.7x | 116,865 | 106 |

Source: Company Data, Barclays Research, Refinitiv

Restricted - External

**Analyst(s) Certification(s):**

We, Julian Mitchell and David Strauss, hereby certify (1) that the views expressed in this research report accurately reflect our personal views about any or all of the subject securities or issuers referred to in this research report and (2) no part of our compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this research report.

**Important Disclosures:**

Barclays Capital Inc. and/or one of its affiliates does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Barclays Research is produced by the Investment Bank of Barclays Bank PLC and its affiliates (collectively and each individually, "Barclays"). All authors contributing to this research report are Research Analysts unless otherwise indicated. The publication date at the top of the report reflects the local time where the report was produced and may differ from the release date provided in GMT.

**Availability of Disclosures:**

Where any companies are the subject of this research report, for current important disclosures regarding those companies please refer to https://publicresearch.barclays.com or alternatively send a written request to: Barclays Research Compliance, 745 Seventh Avenue, 13th Floor, New York, NY 10019 or call +1-212-526-1072.

The analysts responsible for preparing this research report have received compensation based upon various factors including the firm's total revenues, a portion of which is generated by investment banking activities, the profitability and revenues of the Markets business and the potential interest of the firm's investing clients in research with respect to the asset class covered by the analyst.

Analysts regularly conduct site visits to view the material operations of covered companies, but Barclays policy prohibits them from accepting payment or reimbursement by any covered company of their travel expenses for such visits.

Barclays Research Department produces various types of research including, but not limited to, fundamental analysis, equity-linked analysis, quantitative analysis, and trade ideas. Recommendations contained in one type of Barclays Research may differ from those contained in other types of Barclays Research, whether as a result of differing time horizons, methodologies, or otherwise.

In order to access Barclays Statement regarding Research Dissemination Policies and Procedures, please refer to

https://publicresearch.barcap.com/S/RD.htm. In order to access Barclays Research Conflict Management Policy Statement, please refer to: https://publicresearch.barcap.com/S/CM.htm.

**Risk Disclosure(s)**

Master limited partnerships (MLPs) are pass-through entities structured as publicly listed partnerships. For tax purposes, distributions to MLP unit holders may be treated as a return of principal. Investors should consult their own tax advisors before investing in MLP units.

**Mentioned Stocks (Ticker, Date, Price)**

**Raytheon Co** (RTN, 07-Jun-2019, USD 185.91), Equal Weight/Positive, CD/CE/D/J/K/L/M/N

**Valuation Methodology:** Our $205 target price is based on a 50/50 blend of the following methodologies: DCF value (7.75% WACC and 3% terminal growth) and a 17x multiple on our 2020 pension-adjusted EPS estimate of $10.65.
**Risks which May Impede the Achievement of the Barclays Research Valuation and Price Target:** Defense stocks could be impacted by a downturn in defense spending, as well as cancellation of large individual programs, either of which could decrease sales. In addition, margins for the defense companies could be impacted by performance on fixed-price contracts where they are responsible for cost overruns.

**Ratings and Price Target History:**
Raytheon Co
Currency=USD



Source: IDC, Barclays Research

| Publication Date | Closing Price | Rating | Adjusted Price Target |
|---|---|---|---|
| 08-Mar-2019 | 180.76 | | 205.00 |
| 04-Dec-2018 | 165.68 | | 195.00 |
| 28-Mar-2018 | 211.06 | Equal Weight | 239.00 |
| 06-Jul-2017 | 163.56 | Coverage Dropped | |
| 10-Nov-2016 | 147.71 | | 157.00 |
| 15-Aug-2016 | 142.52 | | 150.00 |

On 09-Jun-2016, prior to any intra-day change that may have been published, the rating for this security was Equal Weight, and the adjusted price target was 127.00.
Source: Refinitiv, Barclays Research
Historical stock prices and price targets may have been adjusted for stock splits and dividends.

**United Technologies Corporation** (UTX, 07-Jun-2019, USD 132.15), Overweight/Neutral, A/CD/CE/D/FA/FB/J/K/L/M/N

**Valuation Methodology:** Our Overweight rating and $149 target price are predicated upon the following methodology: DCF (4% change, 15% OM, WACC 8%); EV/EBITDA (~11x 2020); P/E (~17x 2020); FCF (~5.5% 2020 Yield); and our SotP valuation.
**Risks which May Impede the Achievement of the Barclays Research Valuation and Price Target:** Investors are getting more excited about the story now that a turn in both commercial and aerospace businesses seems to be on the horizon; a pushout of growth could cause investors to lose faith

**Ratings and Price Target History:**
United Technologies Corporation

Currency=USD



Source: IDC, Barclays Research

| Publication Date | Closing Price | Rating | Adjusted Price Target |
|---|---|---|---|
| 23-Apr-2019 | 140.02 | | 149.00 |
| 23-Jan-2019 | 117.04 | | 142.00 |
| 11-Jan-2019 | 109.95 | | 140.00 |
| 17-Dec-2018 | 115.31 | | 145.00 |
| 24-Oct-2018 | 122.07 | | 153.00 |
| 25-Feb-2018 | 133.15 | | 159.00 |
| 14-Feb-2018 | 126.70 | Overweight | 157.00 |
| 06-Jul-2017 | 121.89 | Coverage Dropped | |
| 26-Apr-2017 | 118.20 | | 121.00 |
| 25-Jan-2017 | 110.96 | | 114.00 |
| 15-Dec-2016 | 108.13 | | 111.00 |
| 25-Oct-2016 | 101.36 | | 107.00 |
| 26-Jul-2016 | 107.89 | | 110.00 |

On 09-Jun-2016, prior to any intra-day change that may have been published, the rating for this security was Equal Weight, and the adjusted price target was 108.00.

Source: Refinitiv, Barclays Research

Historical stock prices and price targets may have been adjusted for stock splits and dividends.

Prices are sourced from Refinitiv as of the last available closing price in the relevant trading market, unless another time and source is indicated.

**Disclosure Legend:**
**A:** Barclays Bank PLC and/or an affiliate has been lead manager or co-lead manager of a publicly disclosed offer of securities of the issuer in the previous 12 months.
**B:** An employee or non-executive director of Barclays PLC is a director of this issuer.
**CD:** Barclays Bank PLC and/or an affiliate is a market-maker in debt securities issued by this issuer.
**CE:** Barclays Bank PLC and/or an affiliate is a market-maker in equity securities issued by this issuer.
**D:** Barclays Bank PLC and/or an affiliate has received compensation for investment banking services from this issuer in the past 12 months.
**E:** Barclays Bank PLC and/or an affiliate expects to receive or intends to seek compensation for investment banking services from this issuer within the next 3 months.
**FA:** Barclays Bank PLC and/or an affiliate beneficially owns 1% or more of a class of equity securities of this issuer, as calculated in accordance with US regulations.
**FB:** Barclays Bank PLC and/or an affiliate beneficially owns a long position of more than 0.5% of a class of equity securities of this issuer, as calculated in accordance with EU regulations.
**FC:** Barclays Bank PLC and/or an affiliate beneficially owns a short position of more than 0.5% of a class of equity securities of this issuer, as calculated in accordance with EU regulations.
**GD:** One of the analysts on the fundamental credit coverage team (or a member of his or her household) has a financial interest in the debt or equity securities of this issuer.
**GE:** One of the analysts on the fundamental equity coverage team (or a member of his or her household) has a financial interest in the debt or equity securities of this issuer.
**H:** This issuer beneficially owns more than 5% of any class of common equity securities of Barclays PLC.
**I:** Barclays Bank PLC and/or an affiliate is party to an agreement with this issuer for the provision of financial services to Barclays Bank PLC and/or an affiliate.
**J:** Barclays Bank PLC and/or an affiliate is a liquidity provider and/or trades regularly in the securities of this issuer and/or in any related derivatives.

**K:** Barclays Bank PLC and/or an affiliate has received non-investment banking related compensation (including compensation for brokerage services, if applicable) from this issuer within the past 12 months.

**L:** This issuer is, or during the past 12 months has been, an investment banking client of Barclays Bank PLC and/or an affiliate.

**M:** This issuer is, or during the past 12 months has been, a non-investment banking client (securities related services) of Barclays Bank PLC and/or an affiliate.

**N:** This issuer is, or during the past 12 months has been, a non-investment banking client (non-securities related services) of Barclays Bank PLC and/or an affiliate.

**O:** Not in use.

**P:** A partner, director or officer of Barclays Capital Canada Inc. has, during the preceding 12 months, provided services to the subject company for remuneration, other than normal course investment advisory or trade execution services.

**Q:** Barclays Bank PLC and/or an affiliate is a Corporate Broker to this issuer.

**R:** Barclays Capital Canada Inc. and/or an affiliate has received compensation for investment banking services from this issuer in the past 12 months.

**S:** This issuer is a Corporate Broker to Barclays PLC.

**T:** Barclays Bank PLC and/or an affiliate is providing equity advisory services to this issuer.

**U:** The equity securities of this Canadian issuer include subordinate voting restricted shares.

**V:** The equity securities of this Canadian issuer include non-voting restricted shares.

**Guide to the Barclays Fundamental Equity Research Rating System:**

Our coverage analysts use a relative rating system in which they rate stocks as Overweight, Equal Weight or Underweight (see definitions below) relative to other companies covered by the analyst or a team of analysts that are deemed to be in the same industry ("the industry coverage universe"). To see a list of companies that comprise a particular industry coverage universe, please go to https://publicresearch.barclays.com.

In addition to the stock rating, we provide industry views which rate the outlook for the industry coverage universe as Positive, Neutral or Negative (see definitions below). A rating system using terms such as buy, hold and sell is not the equivalent of our rating system. Investors should carefully read the entire research report including the definitions of all ratings and not infer its contents from ratings alone.

**Stock Rating**

**Overweight** - The stock is expected to outperform the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.

**Equal Weight** - The stock is expected to perform in line with the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.

**Underweight** - The stock is expected to underperform the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.

**Rating Suspended** - The rating and target price have been suspended temporarily due to market events that made coverage impracticable or to comply with applicable regulations and/or firm policies in certain circumstances including where the Investment Bank of Barclays Bank PLC is acting in an advisory capacity in a merger or strategic transaction involving the company.

**Industry View**

**Positive** - industry coverage universe fundamentals/valuations are improving.

**Neutral** - industry coverage universe fundamentals/valuations are steady, neither improving nor deteriorating.

**Negative** - industry coverage universe fundamentals/valuations are deteriorating.

**Distribution of Ratings:**

Barclays Equity Research has 1512 companies under coverage.

45% have been assigned an Overweight rating which, for purposes of mandatory regulatory disclosures, is classified as a Buy rating; 54% of companies with this rating are investment banking clients of the Firm; 76% of the issuers with this rating have received financial services from the Firm.

38% have been assigned an Equal Weight rating which, for purposes of mandatory regulatory disclosures, is classified as a Hold rating; 47% of companies with this rating are investment banking clients of the Firm; 66% of the issuers with this rating have received financial services from the Firm.

15% have been assigned an Underweight rating which, for purposes of mandatory regulatory disclosures, is classified as a Sell rating; 35% of companies with this rating are investment banking clients of the Firm; 66% of the issuers with this rating have received financial services from the Firm.

**Guide to the Barclays Research Price Target:**

Each analyst has a single price target on the stocks that they cover. The price target represents that analyst's expectation of where the stock will trade in the next 12 months. Upside/downside scenarios, where provided, represent potential upside/potential downside to each analyst's price target over the same 12-month period.

**Top Picks:**

Barclays Equity Research's "Top Picks" represent the single best alpha-generating investment idea within each industry (as defined by the relevant "industry coverage universe"), taken from among the Overweight-rated stocks within that industry. Barclays Equity Research publishes "Top Picks" reports every quarter and analysts may also publish intra-quarter changes to their Top Picks, as necessary. While analysts may highlight other Overweight-rated stocks in their published research in addition to their Top Pick, there can only be one "Top Pick" for each industry. To view the current list of Top Picks, go to the Top Picks page on Barclays Live (https://live.barcap.com/go/keyword/TopPicks).

To see a list of companies that comprise a particular industry coverage universe, please go to https://publicresearch.barclays.com.

**Types of investment recommendations produced by Barclays Equity Research:**

In addition to any ratings assigned under Barclays' formal rating systems, this publication may contain investment recommendations

in the form of trade ideas, thematic screens, scorecards or portfolio recommendations that have been produced by analysts within Equity Research. Any such investment recommendations shall remain open until they are subsequently amended, rebalanced or closed in a future research report.

**Disclosure of other investment recommendations produced by Barclays Equity Research:**
Barclays Equity Research may have published other investment recommendations in respect of the same securities/instruments recommended in this research report during the preceding 12 months. To view all investment recommendations published by Barclays Equity Research in the preceding 12 months please refer to https://live.barcap.com/go/research/Recommendations.

**Legal entities involved in producing Barclays Research:**
Barclays Bank PLC (Barclays, UK)
Barclays Capital Inc. (BCI, US)
Barclays Bank Ireland PLC, Frankfurt Branch (BBI, Frankfurt)
Barclays Bank Ireland PLC, Paris Branch (BBI, Paris)
Barclays Bank Ireland PLC, Milan Branch (BBI, Milan)
Barclays Securities Japan Limited (BSJL, Japan)
Barclays Bank PLC, Hong Kong branch (Barclays Bank, Hong Kong)
Barclays Capital Canada Inc. (BCCI, Canada)
Barclays Bank Mexico, S.A. (BBMX, Mexico)
Barclays Securities (India) Private Limited (BSIPL, India)
Barclays Bank PLC, India branch (Barclays Bank, India)
Barclays Bank PLC, Singapore branch (Barclays Bank, Singapore)

**Disclaimer:**

This publication has been produced by Barclays Research Department in the Investment Bank of Barclays Bank PLC and/or one or more of its affiliates (collectively and each individually, "Barclays"). It has been prepared for institutional investors only and not for retail investors. It has been distributed by one or more Barclays affiliated legal entities listed below. It is provided to our clients for information purposes only, and Barclays makes no express or implied warranties, and expressly disclaims all warranties of merchantability or fitness for a particular purpose or use with respect to any data included in this publication. To the extent that this publication states on the front page that it is intended for institutional investors and is not subject to all of the independence and disclosure standards applicable to debt research reports prepared for retail investors under U.S. FINRA Rule 2242, it is an "institutional debt research report" and distribution to retail investors is strictly prohibited. Barclays also distributes such institutional debt research reports to various issuers, media, regulatory and academic organisations for their own internal informational news gathering, regulatory or academic purposes and not for the purpose of making investment decisions regarding any debt securities. Media organisations are prohibited from re-publishing any opinion or recommendation concerning a debt issuer or debt security contained in any Barclays institutional debt research report. Any such recipients that do not want to continue receiving Barclays institutional debt research reports should contact debtresearch@barclays.com. Barclays will not treat unauthorized recipients of this report as its clients and accepts no liability for use by them of the contents which may not be suitable for their personal use. Prices shown are indicative and Barclays is not offering to buy or sell or soliciting offers to buy or sell any financial instrument.

Without limiting any of the foregoing and to the extent permitted by law, in no event shall Barclays, nor any affiliate, nor any of their respective officers, directors, partners, or employees have any liability for (a) any special, punitive, indirect, or consequential damages; or (b) any lost profits, lost revenue, loss of anticipated savings or loss of opportunity or other financial loss, even if notified of the possibility of such damages, arising from any use of this publication or its contents.

Other than disclosures relating to Barclays, the information contained in this publication has been obtained from sources that Barclays Research believes to be reliable, but Barclays does not represent or warrant that it is accurate or complete. Barclays is not responsible for, and makes no warranties whatsoever as to, the information or opinions contained in any written, electronic, audio or video presentations of third parties that are accessible via a direct hyperlink in this publication or via a hyperlink to a third-party web site ('Third-Party Content'). Any such Third-Party Content has not been adopted or endorsed by Barclays, does not represent the views or opinions of Barclays, and is not incorporated by reference into this publication. Third-Party Content is provided for information purposes only and Barclays has not independently verified its accuracy or completeness.

The views in this publication are solely and exclusively those of the authoring analyst(s) and are subject to change, and Barclays Research has no obligation to update its opinions or the information in this publication. Unless otherwise disclosed herein, the analysts who authored this report have not received any compensation from the subject companies in the past 12 months. If this publication contains recommendations, they are general recommendations that were prepared independently of any other interests, including those of Barclays and/or its affiliates, and/or the subject companies. This publication does not contain personal investment recommendations or investment advice or take into account the individual financial circumstances or investment objectives of the clients who receive it. The securities and other investments discussed herein may not be suitable for all investors. Barclays is not a fiduciary to any recipient of this publication. Investors must independently evaluate the merits and risks of the investments discussed herein, consult any independent advisors they believe necessary, and exercise independent judgment with regard to any investment decision. The value of and income from any investment may fluctuate from day to day as a result of changes in relevant economic markets (including changes in market liquidity). The information herein is not intended to predict actual results, which may differ substantially from those reflected. Past performance is not necessarily indicative of future results. The information provided does not constitute a financial benchmark and should not be used as a submission or contribution of input data for the purposes of determining a financial benchmark.

**United Kingdom:** This document is being distributed (1) only by or with the approval of an authorised person (Barclays Bank PLC) or (2) to, and is directed at (a) persons in the United Kingdom having professional experience in matters relating to investments and who fall within the definition of "investment professionals" in Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order"); or (b) high net worth companies, unincorporated associations and partnerships and trustees of high value trusts as described in Article 49(2) of the Order; or (c) other persons to whom it may otherwise lawfully be

communicated (all such persons being "Relevant Persons"). Any investment or investment activity to which this communication relates is only available to and will only be engaged in with Relevant Persons. Any other persons who receive this communication should not rely on or act upon it. Barclays Bank PLC is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority and is a member of the London Stock Exchange.

**European Economic Area:** This material is being distributed to any "Authorised User" located in a Restricted EEA Country by Barclays Bank Ireland PLC. The Restricted EEA Countries are Finland, Austria, Luxembourg, Portugal, Liechtenstein, Iceland, Slovenia, Malta, Lithuania, Slovakia, Hungary, Romania and Bulgaria. For any other "Authorised User" located in a country of the European Economic Area, this material is being distributed by Barclays Bank PLC. Barclays Bank Ireland PLC is a bank authorised by the Central Bank of Ireland whose registered office is at 1 Molesworth Street, Dublin 2, Ireland. Barclays Bank PLC is not registered in France with the Autorité des marches financiers or the Autorité de contrôle prudentiel.

**Americas:** The Investment Bank of Barclays Bank PLC undertakes U.S. securities business in the name of its wholly owned subsidiary Barclays Capital Inc., a FINRA and SIPC member. Barclays Capital Inc., a U.S. registered broker/dealer, is distributing this material in the United States and, in connection therewith accepts responsibility for its contents. Any U.S. person wishing to effect a transaction in any security discussed herein should do so only by contacting a representative of Barclays Capital Inc. in the U.S. at 745 Seventh Avenue, New York, New York 10019.

Non-U.S. persons should contact and execute transactions through a Barclays Bank PLC branch or affiliate in their home jurisdiction unless local regulations permit otherwise.

This material is distributed in Canada by Barclays Capital Canada Inc., a registered investment dealer, a Dealer Member of IIROC (www.iiroc.ca), and a Member of the Canadian Investor Protection Fund (CIPF).

This material is distributed in Mexico by Barclays Bank Mexico, S.A.

**Japan:** This material is being distributed to institutional investors in Japan by Barclays Securities Japan Limited. Barclays Securities Japan Limited is a joint-stock company incorporated in Japan with registered office of 6-10-1 Roppongi, Minato-ku, Tokyo 106-6131, Japan. It is a subsidiary of Barclays Bank PLC and a registered financial instruments firm regulated by the Financial Services Agency of Japan. Registered Number: Kanto Zaimukyokucho (kinsho) No. 143.

**Asia Pacific (excluding Japan):** Barclays Bank PLC, Hong Kong Branch is distributing this material in Hong Kong as an authorised institution regulated by the Hong Kong Monetary Authority. Registered Office: 41/F, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

All Indian securities-related research and other equity research produced by Barclays' Investment Bank are distributed in India by Barclays Securities (India) Private Limited (BSIPL). BSIPL is a company incorporated under the Companies Act, 1956 having CIN U67120MH2006PTC161063. BSIPL is registered and regulated by the Securities and Exchange Board of India (SEBI) as a Research Analyst: INH000001519; Portfolio Manager INP000002585; Stock Broker/Trading and Clearing Member: National Stock Exchange of India Limited (NSE) Capital Market INB231292732, NSE Futures & Options INF231292732, NSE Currency derivatives INE231450334, Bombay Stock Exchange Limited (BSE) Capital Market INB011292738, BSE Futures & Options INF011292738; Depository Participant (DP) with the National Securities & Depositories Limited (NSDL): DP ID: IN-DP-NSDL-299-2008; Investment Adviser: INA000000391. The registered office of BSIPL is at 208, Ceejay House, Shivsagar Estate, Dr. A. Besant Road, Worli, Mumbai – 400 018, India. Telephone No: +91 2267196000. Fax number: +91 22 67196100. Any other reports produced by Barclays' Investment Bank are distributed in India by Barclays Bank PLC, India Branch, an associate of BSIPL in India that is registered with Reserve Bank of India (RBI) as a Banking Company under the provisions of The Banking Regulation Act, 1949 (Regn No BOM43) and registered with SEBI as Merchant Banker (Regn No INM000002129) and also as Banker to the Issue (Regn No INBI00000950). Barclays Investments and Loans (India) Limited, registered with RBI as Non Banking Financial Company (Regn No RBI CoR-07-00258), and Barclays Wealth Trustees (India) Private Limited, registered with Registrar of Companies (CIN U93000MH2008PTC188438), are associates of BSIPL in India that are not authorised to distribute any reports produced by Barclays' Investment Bank.

This material is distributed in Singapore by the Singapore branch of Barclays Bank PLC, a bank licensed in Singapore by the Monetary Authority of Singapore. For matters in connection with this material, recipients in Singapore may contact the Singapore branch of Barclays Bank PLC, whose registered address is 10 Marina Boulevard, #23-01 Marina Bay Financial Centre Tower 2, Singapore 018983.

This material is distributed to persons in Australia by Barclays Bank PLC. None of Barclays Bank PLC, nor any other Barclays group entity, holds an Australian financial services licence and instead relies on an exemption from the requirement to hold such a licence. This material is intended to only be distributed to "wholesale clients" as defined by the Australian Corporations Act 2001.

**Middle East:** Nothing herein should be considered investment advice as defined in the Israeli Regulation of Investment Advisory, Investment Marketing and Portfolio Management Law, 1995 ("Advisory Law"). This document is being made to eligible clients (as defined under the Advisory Law) only. Barclays Israeli branch previously held an investment marketing license with the Israel Securities Authority but it cancelled such license on 30/11/2014 as it solely provides its services to eligible clients pursuant to available exemptions under the Advisory Law, therefore a license with the Israel Securities Authority is not required. Accordingly, Barclays does not maintain an insurance coverage pursuant to the Advisory Law.

This material is distributed in the United Arab Emirates (including the Dubai International Financial Centre) and Qatar by Barclays Bank PLC. Barclays Bank PLC in the Dubai International Financial Centre (Registered No. 0060) is regulated by the Dubai Financial Services Authority (DFSA). Principal place of business in the Dubai International Financial Centre: The Gate Village, Building 4, Level 4, PO Box 506504, Dubai, United Arab Emirates. Barclays Bank PLC-DIFC Branch, may only undertake the financial services activities that fall within the scope of its existing DFSA licence. Related financial products or services are only available to Professional Clients, as defined by the Dubai Financial Services Authority. Barclays Bank PLC in the UAE is regulated by the Central Bank of the UAE and is licensed to conduct business activities as a branch of a commercial bank incorporated outside the UAE in Dubai (Licence No.: 13/1844/2008, Registered Office: Building No. 6, Burj Dubai Business Hub, Sheikh Zayed Road, Dubai City) and Abu Dhabi (Licence No.: 13/952/2008, Registered Office: Al Jazira Towers, Hamdan Street, PO Box 2734, Abu Dhabi). Barclays Bank PLC in the Qatar Financial Centre (Registered No. 00018) is authorised by the Qatar Financial Centre Regulatory Authority (QFCRA). Barclays Bank PLC-QFC Branch may only undertake the regulated activities that fall within the scope of its existing QFCRA licence. Principal place of business in Qatar: Qatar Financial Centre, Office 1002, 10th Floor, QFC Tower, Diplomatic Area, West Bay, PO Box 15891, Doha, Qatar. Related financial products or services are only available to Business Customers as defined by the Qatar Financial Centre

Regulatory Authority.

**Russia:** This material is not intended for investors who are not Qualified Investors according to the laws of the Russian Federation as it might contain information about or description of the features of financial instruments not admitted for public offering and/or circulation in the Russian Federation and thus not eligible for non-Qualified Investors. If you are not a Qualified Investor according to the laws of the Russian Federation, please dispose of any copy of this material in your possession.

**IRS Circular 230 Prepared Materials Disclaimer:** Barclays does not provide tax advice and nothing contained herein should be construed to be tax advice. Please be advised that any discussion of U.S. tax matters contained herein (including any attachments) (i) is not intended or written to be used, and cannot be used, by you for the purpose of avoiding U.S. tax-related penalties; and (ii) was written to support the promotion or marketing of the transactions or other matters addressed herein. Accordingly, you should seek advice based on your particular circumstances from an independent tax advisor.

© Copyright Barclays Bank PLC (2019). All rights reserved. No part of this publication may be reproduced or redistributed in any manner without the prior written permission of Barclays. Barclays Bank PLC is registered in England No. 1026167. Registered office 1 Churchill Place, London, E14 5HP. Additional information regarding this publication will be furnished upon request.