# EXHIBIT D

| Assumptions | | | Gains (Losses) |
|---|---|---|---|
| Class Period | Converted Share Valuation | Spin-Off Adjustment? (Yes or No) | |
| 2/10/2016 – 10/27/2020 | $86.01 | N | 1) Retirement System: FIFO: ($45,288,267) LIFO: ($30,051,915) |
| | | | 2) Annuity Fund: FIFO: ($423,879) LIFO: ($423,879) |
| | | | 3) Francisco: FIFO: ($34,720) LIFO: ($34,720) |
| 2/10/2016 – 10/27/2020 | $86.01 | Y | 1) Retirement System: FIFO: ($8,411,334) LIFO: ($9,077,423) |
| | | | 2) Annuity Fund: FIFO: ($234,454) LIFO: ($234,454) |
| | | | 3) Francisco: FIFO: ($34,720) LIFO: ($34,720) |
| 2/10/2016 – 10/27/2020 | $49.93 | N | 1) Retirement System: FIFO: ($34,778,031) LIFO: ($19,541,679) |
| | | | 2) Annuity Fund: FIFO: ($327,761) LIFO: ($327,761) |
| | | | 3) Francisco: FIFO: $34,337 LIFO: $34,337 |
| 2/10/2016 – 10/27/2020 | $49.93 | Y | 1) Annuity Fund: FIFO: ($138,780) LIFO: ($138,780) |
| | | | 2) Retirement System: FIFO: $2,098,902 LIFO: $1,432,813 |
| | | | 3) Francisco: FIFO: $34,337 LIFO: $34,337 |
| 6/9/2019 – 10/27/2020 | $86.01 | N | 1) Retirement System: FIFO: ($32,431,115) LIFO: ($19,670,477) |
| | | | 2) Annuity Fund: FIFO: ($423,879) LIFO: ($423,879) |
| | | | 3) Francisco: FIFO: ($34,720) LIFO: ($34,720) |

| Assumptions | | | Gains (Losses) |
|---|---|---|---|
| Class Period | Converted Share Valuation | Spin-Off Adjustment? (Yes or No) | |
| 6/9/2019 – 10/27/2020 | $86.01 | Y | 1) Retirement System: FIFO: ($5,707,780) LIFO: ($7,839,708) 2) Annuity Fund: FIFO: ($234,454) LIFO: ($234,454) 3) Francisco: FIFO: ($34,720) LIFO: ($34,720) |
| 6/9/2019 – 10/27/2020 | $49.93 | N | 1) Retirement System: FIFO: ($21,920,879) LIFO: ($9,160,241) 2) Annuity Fund: FIFO: ($327,761) LIFO: ($327,761) 3) Francisco: FIFO: $34,337 LIFO: $34,337 |
| 6/9/2019 – 10/27/2020 | $49.93 | Y | 1) Annuity Fund: FIFO: ($138,780) LIFO: ($138,780) 2) Francisco: FIFO: $34,337 LIFO: $34,337 3) Retirement System: FIFO: $4,802,456 LIFO: $2,670,528 |
| 2/10/2016 – 10/27/2020 (excluding 'in-and-out' transactions) | $86.01 | N | 1) Francisco: FIFO: ($34,720) LIFO: ($34,720) 2) Annuity Fund: FIFO: $32,858 LIFO: $32,858 3) Retirement System: FIFO: $2,096,237 LIFO: $3,542,257 |
| 6/9/2019 – 10/27/2020 (excluding 'in-and-out' transactions) | $86.01 | N | 1) Retirement System: FIFO: ($17,610,726) LIFO: ($7,813,436) 2) Francisco: FIFO: ($34,720) LIFO: ($34,720) 3) Annuity Fund: FIFO: $32,858 LIFO: $32,858 |

| Assumptions | | | Gains (Losses) |
|---|---|---|---|
| Class Period | Converted Share Valuation | Spin-Off Adjustment? (Yes or No) | |
| 4/3/2020 – 10/27/2020 (All UTX shares held on 4/3/2020 valued at $86.01/share) | $86.01 | N | 1) Retirement System: FIFO: ($19,183,066) LIFO: ($19,183,066) 2) Francisco: FIFO: ($34,720) LIFO: ($34,720) 3) Annuity Fund: FIFO: $14,169 LIFO: $14,169 |