Index of Exhibits

Exhibit A:    E-mail from David Rosenfeld to Jeremy Lieberman dated January 5, 2021;

Exhibit B:    Ohio STRS FIFO/LIFO loss charts adjusted for spinoffs during UTX/RTX fraud period (06/09/19-10/27/20);

Exhibit C:    Ohio STRS FIFO/LIFO loss charts adjusted for spinoffs during entire Class Period; and

Exhibit D:    Excerpt of STRS Ohio Board Policies (dated December 19, 2019): Appendix E, Securities Litigation Guidelines.