# EXHIBIT A

| From: | David Rosenfeld |
|---|---|
| To: | "Jeremy Lieberman" |
| Cc: | ahood@pomlaw.com; Danielle Myers; Jennifer Caringal |
| Subject: | Raytheon Tech. Sec. Litig. |
| Date: | Tuesday, January 5, 2021 10:25:22 AM |

Jeremy:

We have reviewed your client's Certification and it only reflects transactions in UTX/RTX stock between February 10, 2016 and October 27, 2020, inclusive (the "Class Period"). Please confirm no later than 5pm eastern time on Wednesday, January 6, 2021, that the State Teachers Retirement System of Ohio ("STRS") had no Class Period transactions in the following securities:

• Raytheon Company (RTN) securities; and/or

• bonds issued by Raytheon Company, United Technologies or Raytheon Technologies Corp.

If STRS had transactions in one or more of these securities, please provide us those transactions by 5pm eastern time on Wednesday, January 6, 2021.

Thank you,

David

**David A. Rosenfeld**



58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100

