# EXHIBIT B

Movant's Purchases and Losses    Class Period: 06/09/2019 - 10/27/2020    Raytheon

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| Ohio STRS | 06/14/2019 | 7,700 | $73.89 | $568,967.74 | 04/07/2020 | 16,022 | $60.24 | $965,165.28 | |
| | 06/14/2019 | 2,300 | $73.88 | $169,931.46 | 04/09/2020 | 0.09 | $68.22 | $6.14 | |
| | 06/28/2019 | 49 | $76.79 | $3,762.90 | 04/09/2020 | 0.44 | $68.22 | $30.02 | |
| | 06/28/2019 | 35,000 | $76.79 | $2,687,785.15 | 04/09/2020 | 0.15 | $68.22 | $10.23 | |
| | 07/01/2019 | 500 | $77.45 | $38,726.05 | 06/17/2020 | 6,874 | $67.66 | $465,061.16 | |
| | 07/01/2019 | 54,523 | $77.35 | $4,217,405.38 | 06/17/2020 | 17,181 | $66.90 | $1,149,408.90 | |
| | 07/01/2019 | 72,977 | $77.41 | $5,649,367.76 | 06/19/2020 | 14,381 | $64.89 | $933,183.09 | |
| | 07/23/2019 | 30,000 | $79.78 | $2,393,374.47 | 06/26/2020 | 1,039 | $59.10 | $61,404.90 | |
| | 08/09/2019 | 25,000 | $76.81 | $1,920,268.25 | 06/26/2020 | 20,775 | $59.10 | $1,227,802.50 | |
| | 08/09/2019 | 21,000 | $76.94 | $1,615,643.76 | 07/27/2020 | 35,467 | $60.92 | $2,160,674.47 | |
| | 08/13/2019 | 2,783 | $76.17 | $211,970.15 | 08/17/2020 | 6,085 | $62.77 | $381,955.45 | |
| | 08/13/2019 | 8,345 | $76.29 | $636,679.77 | 08/25/2020 | 11,889 | $60.95 | $724,634.55 | |
| | 08/13/2019 | 20,655 | $76.18 | $1,573,527.99 | 08/31/2020 | 23,162 | $61.00 | $1,412,882.00 | |
| | 08/16/2019 | 20,000 | $73.30 | $1,466,043.18 | 09/17/2020 | 15,292 | $62.94 | $962,490.71 | |
| | 08/16/2019 | 10,075 | $73.52 | $740,725.66 | 10/22/2020 | 5,947 | $62.80 | $373,471.60 | |
| | 08/16/2019 | 9,925 | $73.64 | $730,830.80 | held | 787,220 | $67.87 | $53,428,455.68 | |
| | 09/18/2019 | 55,171 | $80.54 | $4,443,290.66 | | | | | |
| | 09/20/2019 | 606 | $79.96 | $48,456.47 | | | | | |
| | 09/20/2019 | 89 | $79.96 | $7,116.54 | | | | | |
| | 09/20/2019 | 1,402 | $79.96 | $112,105.55 | | | | | |
| | 09/25/2019 | 45 | $80.27 | $3,612.22 | | | | | |
| | 10/14/2019 | 43,809 | $80.29 | $3,517,245.77 | | | | | |
| | 11/07/2019 | 38,427 | $87.88 | $3,377,051.53 | | | | | |
| | 12/20/2019 | 94 | $88.17 | $8,288.11 | | | | | |
| | 03/12/2020 | 11,500 | $56.93 | $654,684.45 | | | | | |
| | 03/18/2020 | 30,000 | $42.77 | $1,282,991.86 | | | | | |
| | 03/20/2020 | 2,208 | $48.68 | $107,479.70 | | | | | |
| | 03/20/2020 | 303 | $48.68 | $14,749.25 | | | | | |
| | 03/30/2020 | 3,894 | $57.31 | $223,182.54 | | | | | |
| | 4/3/2020[A] | 291,304 | $49.93 | $14,544,808.72 | | | | | |
| | 04/03/2020 | 5,898 | $50.69 | $298,973.16 | | | | | |
| | 07/10/2020 | 66,270 | $59.25 | $3,926,822.22 | | | | | |
| | 08/05/2020 | 32,648 | $58.85 | $1,921,256.44 | | | | | |
| | 09/18/2020 | 496 | $62.35 | $30,925.60 | | | | | |
| | 09/18/2020 | 5,106 | $62.35 | $318,359.10 | | | | | |
| | 10/06/2020 | 51,233 | $59.80 | $3,063,543.84 | | | | | |
| **Movant's Total** | | **961,335** | | **$62,529,954.21** | | **961,335** | | **$64,246,636.68** | **$1,716,682.47** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period.  The price used is $67.87 as of December 28, 2020 for common stock.

*Adjustment factor of 0.8456 applied to all transactions (prices) to reflect the Carrier Global 04/03/2020 spinoff.
*Adjustment factor of 0.6975 applied to all transactions (prices) to reflect the Otis 04/03/2020 spinoff.

[A]Shares exchanged in RTN merger valued at closing price.
Prices listed are rounded to two decimal places.

Movant's Purchases and Losses

Class Period: 06/09/2019 - 10/27/2020

Raytheon

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|------|------|-----------------|-------|------------|------|-------------|-------|----------------|--------------------|
| Ohio STRS | 10/06/2020 | 5,947 | $59.80 | $355,608.60 | 10/22/2020 | 5,947 | $62.80 | $373,471.60 | |
| | 10/06/2020 | 45,286 | $59.80 | $2,707,935.24 | held | 45,286 | $67.87 | $3,073,550.04 | |
| | 09/18/2020 | 5,106 | $62.35 | $318,359.10 | held | 5,106 | $67.87 | $346,543.00 | |
| | 09/18/2020 | 496 | $62.35 | $30,925.60 | held | 496 | $67.87 | $33,663.40 | |
| | 08/05/2020 | 6,085 | $58.85 | $358,087.65 | 08/17/2020 | 6,085 | $62.77 | $381,955.45 | |
| | 08/05/2020 | 11,889 | $58.85 | $699,639.12 | 08/25/2020 | 11,889 | $60.95 | $724,634.55 | |
| | 08/05/2020 | 14,674 | $58.85 | $863,529.68 | 08/31/2020 | 14,674 | $61.00 | $895,114.00 | |
| | 07/10/2020 | 35,467 | $59.25 | $2,101,593.54 | 07/27/2020 | 35,467 | $60.92 | $2,160,674.47 | |
| | 07/10/2020 | 8,488 | $59.25 | $502,955.59 | 08/31/2020 | 8,488 | $61.00 | $517,768.00 | |
| | 07/10/2020 | 15,292 | $59.25 | $906,125.93 | 09/17/2020 | 15,292 | $62.94 | $962,490.71 | |
| | 07/10/2020 | 7,023 | $59.25 | $416,147.16 | held | 7,023 | $67.87 | $476,649.34 | |
| | 04/03/2020 | 5,898 | $50.69 | $298,973.16 | 04/07/2020 | 5,898 | $60.24 | $355,295.52 | |
| | 4/3/2020[A] | 207,602 | $49.93 | $10,365,567.86 | 04/07/2020 | 207,602 | $60.24 | $12,505,944.48 | |
| | 4/3/2020[A] | 0.09 | $49.93 | $4.49 | 04/09/2020 | 0.09 | $68.22 | $6.14 | |
| | 4/3/2020[A] | 0.44 | $49.93 | $21.97 | 04/09/2020 | 0.44 | $68.22 | $30.02 | |
| | 4/3/2020[A] | 0.15 | $49.93 | $7.49 | 04/09/2020 | 0.15 | $68.22 | $10.23 | |
| | 4/3/2020[A] | 6,874 | $49.93 | $343,218.82 | 06/17/2020 | 6,874 | $67.66 | $465,061.16 | |
| | 4/3/2020[A] | 17,181 | $49.93 | $857,847.33 | 06/17/2020 | 17,181 | $66.90 | $1,149,408.90 | |
| | 4/3/2020[A] | 14,381 | $49.93 | $718,043.33 | 06/19/2020 | 14,381 | $64.89 | $933,183.09 | |
| | 4/3/2020[A] | 1,039 | $49.93 | $51,877.27 | 06/26/2020 | 1,039 | $59.10 | $61,404.90 | |
| | 4/3/2020[A] | 20,775 | $49.93 | $1,037,295.75 | 06/26/2020 | 20,775 | $59.10 | $1,227,802.50 | |
| | 4/3/2020[A] | 23,451 | $49.93 | $1,170,924.42 | held | 23,451 | $67.87 | $1,591,635.53 | |
| | 03/30/2020 | 3,894 | $57.31 | $223,182.54 | 03/31/2020 | 3,894 | $57.43 | $223,625.35 | |
| | 03/20/2020 | 303 | $48.68 | $14,749.25 | 03/31/2020 | 303 | $57.43 | $17,400.74 | |
| | 03/20/2020 | 2,208 | $48.68 | $107,479.70 | 03/31/2020 | 2,208 | $57.43 | $126,801.43 | |
| | 03/18/2020 | 84 | $42.77 | $3,592.38 | 03/18/2020 | 84 | $41.48 | $3,484.46 | |
| | 03/18/2020 | 29,916 | $42.77 | $1,279,399.48 | 03/31/2020 | 29,916 | $57.43 | $1,718,021.54 | |
| | 03/12/2020 | 11,500 | $56.93 | $654,684.45 | 03/31/2020 | 11,500 | $57.43 | $660,424.11 | |
| | 12/20/2019 | 94 | $88.17 | $8,288.11 | 12/20/2019 | 94 | $88.17 | $8,288.11 | |
| | 11/07/2019 | 2,896 | $87.88 | $254,507.02 | 11/20/2019 | 2,896 | $87.27 | $252,722.05 | |
| | 11/07/2019 | 2,912 | $87.88 | $255,913.14 | 11/21/2019 | 2,912 | $86.50 | $251,878.46 | |
| | 11/07/2019 | 1,925 | $87.88 | $169,173.35 | 11/26/2019 | 1,925 | $87.56 | $168,557.96 | |
| | 11/07/2019 | 28,000 | $87.88 | $2,460,703.23 | 11/26/2019 | 28,000 | $87.54 | $2,451,007.38 | |
| | 11/07/2019 | 2,694 | $87.88 | $236,754.80 | 12/10/2019 | 2,694 | $85.94 | $231,531.73 | |
| | 10/14/2019 | 1,147 | $80.29 | $92,087.95 | 12/10/2019 | 1,147 | $85.94 | $98,577.17 | |
| | 10/14/2019 | 1,923 | $80.29 | $154,389.82 | 12/11/2019 | 1,923 | $86.73 | $166,790.29 | |
| | 10/14/2019 | 1,917 | $80.29 | $153,908.10 | 12/12/2019 | 1,917 | $87.84 | $168,397.25 | |
| | 10/14/2019 | 3,112 | $80.29 | $249,849.78 | 12/20/2019 | 3,112 | $88.17 | $274,389.35 | |
| | 10/14/2019 | 3,434 | $80.29 | $275,701.84 | 12/20/2019 | 3,434 | $88.17 | $302,780.54 | |
| | 10/14/2019 | 3,728 | $80.29 | $299,305.90 | 12/30/2019 | 3,728 | $88.60 | $330,303.01 | |
| | 10/14/2019 | 1,876 | $80.29 | $150,616.38 | 12/31/2019 | 1,876 | $88.25 | $165,561.55 | |
| | 10/14/2019 | 1,877 | $80.29 | $150,696.67 | 12/31/2019 | 1,877 | $88.05 | $165,267.64 | |
| | 10/14/2019 | 3,631 | $80.29 | $291,518.17 | 01/22/2020 | 3,631 | $91.15 | $330,977.24 | |
| | 10/14/2019 | 21,164 | $80.29 | $1,699,171.16 | 02/10/2020 | 21,164 | $91.96 | $1,946,297.62 | |
| | 09/25/2019 | 45 | $80.27 | $3,612.22 | 02/10/2020 | 45 | $91.96 | $4,138.32 | |
| | 09/20/2019 | 1,402 | $79.96 | $112,105.55 | 02/10/2020 | 1,402 | $91.96 | $128,931.64 | |
| | 09/20/2019 | 89 | $79.96 | $7,116.54 | 02/10/2020 | 89 | $91.96 | $8,184.68 | |

Movant's Purchases and Losses   Class Period: 06/09/2019 - 10/27/2020   Raytheon

| Date | Shares | Price | Amount | Date | Shares | Price | Amount | Loss |
|---|---|---|---|---|---|---|---|---|
| 09/20/2019 | 375 | $79.96 | $29,985.44 | 02/10/2020 | 375 | $91.96 | $34,486.00 | |
| 09/20/2019 | 231 | $79.96 | $18,471.03 | 02/18/2020 | 231 | $88.98 | $20,554.75 | |
| 09/18/2019 | 3,320 | $80.54 | $267,381.87 | 02/18/2020 | 3,320 | $88.98 | $295,418.96 | |
| 09/18/2019 | 51,851 | $80.54 | $4,175,908.79 | 03/31/2020 | 51,851 | $57.43 | $2,977,708.75 | |
| 08/16/2019 | 9,925 | $73.64 | $730,830.80 | 03/31/2020 | 9,925 | $57.43 | $569,974.72 | |
| 08/16/2019 | 10,075 | $73.52 | $740,725.66 | 03/31/2020 | 10,075 | $57.43 | $578,588.95 | |
| 08/16/2019 | 15,348 | $73.30 | $1,125,041.54 | 03/31/2020 | 15,348 | $57.43 | $881,407.76 | |
| 08/16/2019 | 4,652 | $73.30 | $341,001.64 | 03/31/2020 | 4,652 | $57.63 | $268,075.36 | |
| 08/13/2019 | 12,325 | $76.18 | $938,936.46 | 03/31/2020 | 12,325 | $57.63 | $710,238.36 | |
| 08/13/2019 | 300 | $76.18 | $22,854.44 | 03/31/2020 | 300 | $55.96 | $16,787.90 | |
| 08/13/2019 | 4,900 | $76.18 | $373,289.14 | 03/31/2020 | 4,900 | $55.63 | $272,566.85 | |
| 08/13/2019 | 3,130 | $76.18 | $238,447.96 | 04/01/2020 | 3,130 | $53.13 | $166,285.73 | |
| 08/13/2019 | 8,345 | $76.29 | $636,679.77 | 04/01/2020 | 8,345 | $53.13 | $443,340.06 | |
| 08/13/2019 | 2,783 | $76.17 | $211,970.15 | 04/01/2020 | 2,783 | $53.13 | $147,850.85 | |
| 08/09/2019 | 21,000 | $76.94 | $1,615,643.76 | 04/01/2020 | 21,000 | $53.13 | $1,115,655.03 | |
| 08/09/2019 | 25,000 | $76.81 | $1,920,268.25 | 04/01/2020 | 25,000 | $53.13 | $1,328,160.75 | |
| 07/23/2019 | 3,975 | $79.78 | $317,122.12 | 07/29/2019 | 3,975 | $80.22 | $318,873.94 | |
| 07/23/2019 | 3,993 | $79.78 | $318,558.14 | 07/31/2019 | 3,993 | $79.79 | $318,596.30 | |
| 07/23/2019 | 1,245 | $79.78 | $99,325.04 | 04/01/2020 | 1,245 | $53.13 | $66,142.41 | |
| 07/23/2019 | 4,300 | $79.78 | $343,050.34 | 04/01/2020 | 4,300 | $53.92 | $231,861.44 | |
| 07/23/2019 | 16,487 | $79.78 | $1,315,318.83 | held | 16,487 | $67.87 | $1,118,968.76 | |
| 07/01/2019 | 72,977 | $77.41 | $5,649,367.76 | held | 72,977 | $67.87 | $4,952,931.61 | |
| 07/01/2019 | 54,523 | $77.35 | $4,217,405.38 | held | 54,523 | $67.87 | $3,700,463.03 | |
| 07/01/2019 | 500 | $77.45 | $38,726.05 | held | 500 | $67.87 | $33,934.88 | |
| 06/28/2019 | 753 | $76.79 | $57,825.78 | 06/28/2019 | 753 | $76.79 | $57,825.78 | |
| 06/28/2019 | 34,247 | $76.79 | $2,629,959.37 | held | 34,247 | $67.87 | $2,324,335.74 | |
| 06/28/2019 | 49 | $76.79 | $3,762.90 | held | 49 | $67.87 | $3,325.62 | |
| 06/14/2019 | 2,300 | $73.88 | $169,931.46 | 06/21/2019 | 2,300 | $75.94 | $174,658.85 | |
| 06/14/2019 | 2,513 | $73.89 | $185,690.38 | 06/21/2019 | 2,513 | $75.94 | $190,833.78 | |
| 06/14/2019 | 312 | $73.89 | $23,054.28 | 06/27/2019 | 312 | $75.85 | $23,666.43 | |
| 06/14/2019 | 4,875 | $73.89 | $360,223.08 | held | 4,875 | $67.87 | $330,865.09 | |
| **Movant's Total** | **961,335** | | **$62,529,954.23** | | **961,335** | | **$62,115,021.06** | **($414,933.17)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price
 during the 90 calendar days after the end of the class period.  The price used is $67.87 as of December 28, 2020 for common stock.

*Adjustment factor of 0.8456 applied to all transactions (prices) to reflect the Carrier Global 04/03/2020 spinoff.
*Adjustment factor of 0.6975 applied to all transactions (prices) to reflect the Otis 04/03/2020 spinoff.

[A]Shares exchanged in RTN merger valued at closing price.

Prices listed are rounded to two decimal places.