# EXHIBIT C

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Ohio STRS** | 03/07/2016 | 1,046 | $57.18 | $59,811.75 | 04/01/2020 | 557 | $53.92 | $30,048.70 | |
| | 03/18/2016 | 14 | $58.42 | $817.90 | 04/07/2020 | 213,500 | $60.24 | $12,861,240.00 | |
| | 06/07/2016 | 1,291 | $60.03 | $77,500.45 | 04/09/2020 | 0.09 | $68.22 | $6.14 | |
| | 11/28/2016 | 3,200 | $64.07 | $205,018.24 | 04/09/2020 | 0.44 | $68.22 | $30.02 | |
| | 12/16/2016 | 4,238 | $64.01 | $271,260.31 | 04/09/2020 | 0.15 | $68.22 | $10.23 | |
| | 03/17/2017 | 122 | $66.91 | $8,163.56 | 06/17/2020 | 6,874 | $67.66 | $465,061.16 | |
| | 06/16/2017 | 114 | $71.03 | $8,097.58 | 06/17/2020 | 17,181 | $66.90 | $1,149,408.90 | |
| | 08/30/2017 | 3,400 | $70.09 | $238,322.54 | 06/19/2020 | 14,381 | $64.89 | $933,183.09 | |
| | 09/15/2017 | 85 | $66.70 | $5,669.18 | 06/26/2020 | 1,039 | $59.10 | $61,404.90 | |
| | 02/27/2018 | 170 | $79.38 | $13,494.13 | 06/26/2020 | 20,775 | $59.10 | $1,227,802.50 | |
| | 03/16/2018 | 2,533 | $75.69 | $191,725.07 | 07/27/2020 | 35,467 | $60.92 | $2,160,674.47 | |
| | 06/15/2018 | 1,787 | $74.85 | $133,762.97 | 08/17/2020 | 6,085 | $62.77 | $381,955.45 | |
| | 06/22/2018 | 108 | $73.65 | $7,954.22 | 08/25/2020 | 11,889 | $60.95 | $724,634.55 | |
| | 06/22/2018 | 1,268 | $73.65 | $93,388.39 | 08/31/2020 | 23,162 | $61.00 | $1,412,882.00 | |
| | 11/13/2018 | 7,840 | $76.23 | $597,646.89 | 09/17/2020 | 15,292 | $62.94 | $962,490.71 | |
| | 11/21/2018 | 3,451 | $74.76 | $258,011.63 | 10/22/2020 | 5,947 | $62.80 | $373,471.60 | |
| | 11/26/2018 | 26,925 | $75.48 | $2,032,419.44 | held | 787,220 | $67.87 | $53,428,437.36 | |
| | 11/26/2018 | 672 | $75.48 | $50,725.57 | | | | | |
| | 11/26/2018 | 4,857 | $75.48 | $366,628.09 | | | | | |
| | 12/21/2018 | 3,104 | $62.63 | $194,392.70 | | | | | |
| | 12/21/2018 | 251 | $62.63 | $15,719.26 | | | | | |
| | 12/21/2018 | 14,415 | $62.63 | $902,761.21 | | | | | |
| | 02/22/2019 | 9,641 | $75.36 | $726,551.66 | | | | | |
| | 03/15/2019 | 140 | $74.66 | $10,452.34 | | | | | |
| | 03/15/2019 | 791 | $74.27 | $58,747.14 | | | | | |
| | 03/15/2019 | 1,500 | $74.27 | $111,404.18 | | | | | |
| | 03/15/2019 | 72 | $74.27 | $5,347.40 | | | | | |
| | 05/29/2019 | 105,000 | $76.04 | $7,984,016.25 | | | | | |
| | 06/14/2019 | 7,700 | $73.89 | $568,967.74 | | | | | |
| | 06/14/2019 | 2,300 | $73.88 | $169,931.46 | | | | | |
| | 06/28/2019 | 49 | $76.79 | $3,762.90 | | | | | |
| | 06/28/2019 | 35,000 | $76.79 | $2,687,785.15 | | | | | |
| | 07/01/2019 | 500 | $77.45 | $38,726.05 | | | | | |
| | 07/01/2019 | 54,523 | $77.35 | $4,217,405.38 | | | | | |
| | 07/01/2019 | 72,977 | $77.41 | $5,649,367.76 | | | | | |
| | 07/23/2019 | 30,000 | $79.78 | $2,393,374.47 | | | | | |
| | 08/09/2019 | 25,000 | $76.81 | $1,920,268.25 | | | | | |
| | 08/09/2019 | 21,000 | $76.94 | $1,615,643.76 | | | | | |
| | 08/13/2019 | 2,783 | $76.17 | $211,970.15 | | | | | |
| | 08/13/2019 | 8,345 | $76.29 | $636,679.77 | | | | | |
| | 08/13/2019 | 20,655 | $76.18 | $1,573,527.99 | | | | | |
| | 08/16/2019 | 20,000 | $73.30 | $1,466,043.18 | | | | | |
| | 08/16/2019 | 10,075 | $73.52 | $740,725.66 | | | | | |
| | 08/16/2019 | 9,925 | $73.64 | $730,830.80 | | | | | |
| | 09/18/2019 | 55,171 | $80.54 | $4,443,290.66 | | | | | |
| | 09/20/2019 | 606 | $79.96 | $48,456.47 | | | | | |
| | 09/20/2019 | 89 | $79.96 | $7,116.54 | | | | | |
| | 09/20/2019 | 1,402 | $79.96 | $112,105.55 | | | | | |

| Date | Shares | Price | Amount | | | |
|---|---|---|---|---|---|---|
| 09/25/2019 | 45 | $80.27 | $3,612.22 | | | |
| 10/14/2019 | 43,809 | $80.29 | $3,517,245.77 | | | |
| 11/07/2019 | 38,427 | $87.88 | $3,377,051.53 | | | |
| 12/20/2019 | 94 | $88.17 | $8,288.11 | | | |
| 03/12/2020 | 11,500 | $56.93 | $654,684.45 | | | |
| 03/18/2020 | 30,000 | $42.77 | $1,282,991.86 | | | |
| 03/20/2020 | 2,208 | $48.68 | $107,479.70 | | | |
| 03/20/2020 | 303 | $48.68 | $14,749.25 | | | |
| 03/30/2020 | 3,894 | $57.31 | $223,182.54 | | | |
| 4/3/2020[A] | 291,304 | $49.93 | $14,544,808.72 | | | |
| 04/03/2020 | 5,898 | $50.69 | $298,973.16 | | | |
| 07/10/2020 | 66,270 | $59.25 | $3,926,822.22 | | | |
| 08/05/2020 | 32,648 | $58.85 | $1,921,256.44 | | | |
| 09/18/2020 | 496 | $62.35 | $30,925.60 | | | |
| 09/18/2020 | 5,106 | $62.35 | $318,359.10 | | | |
| 10/06/2020 | 51,233 | $59.80 | $3,063,543.84 | | | |
| **Movant's Total** | **1,159,370** | | **$77,159,764.24** | **1,159,370** | **$76,172,741.78** | **($987,022.46)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price
 during the 90 calendar days after the end of the class period.  The price used is $67.87 as of December 28, 2020 for common stock.

*Adjustment factor of 0.8456 applied to all transactions (prices) to reflect the Carrier Global 04/03/2020 spinoff.
*Adjustment factor of 0.6975 applied to all transactions (prices) to reflect the Otis 04/03/2020 spinoff.

[A]Shares exchanged in RTN merger valued at closing price.

Prices listed are rounded to two decimal places.

Movant's Purchases and Losses

Class Period: 02/10/2016 - 10/27/2020

Raytheon

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| Ohio STRS | 10/06/2020 | 5,947 | $59.80 | $355,608.60 | 10/22/2020 | 5,947 | $62.80 | $373,471.60 | |
| | 10/06/2020 | 45,286 | $59.80 | $2,707,935.24 | held | 45,286 | $67.87 | $3,073,550.04 | |
| | 09/18/2020 | 5,106 | $62.35 | $318,359.10 | held | 5,106 | $67.87 | $346,543.00 | |
| | 09/18/2020 | 496 | $62.35 | $30,925.60 | held | 496 | $67.87 | $33,663.40 | |
| | 08/05/2020 | 6,085 | $58.85 | $358,087.65 | 08/17/2020 | 6,085 | $62.77 | $381,955.45 | |
| | 08/05/2020 | 11,889 | $58.85 | $699,639.12 | 08/25/2020 | 11,889 | $60.95 | $724,634.55 | |
| | 08/05/2020 | 14,674 | $58.85 | $863,529.68 | 08/31/2020 | 14,674 | $61.00 | $895,114.00 | |
| | 07/10/2020 | 35,467 | $59.25 | $2,101,593.54 | 07/27/2020 | 35,467 | $60.92 | $2,160,674.47 | |
| | 07/10/2020 | 8,488 | $59.25 | $502,955.59 | 08/31/2020 | 8,488 | $61.00 | $517,768.00 | |
| | 07/10/2020 | 15,292 | $59.25 | $906,125.93 | 09/17/2020 | 15,292 | $62.94 | $962,490.71 | |
| | 07/10/2020 | 7,023 | $59.25 | $416,147.16 | held | 7,023 | $67.87 | $476,649.34 | |
| | 04/03/2020 | 5,898 | $50.69 | $298,973.16 | 04/07/2020 | 5,898 | $60.24 | $355,295.52 | |
| | 4/3/2020$^A$ | 207,602 | $49.93 | $10,365,567.86 | 04/07/2020 | 207,602 | $60.24 | $12,505,944.48 | |
| | 4/3/2020$^A$ | 0.09 | $49.93 | $4.49 | 04/09/2020 | 0.09 | $68.22 | $6.14 | |
| | 4/3/2020$^A$ | 0.44 | $49.93 | $21.97 | 04/09/2020 | 0.44 | $68.22 | $30.02 | |
| | 4/3/2020$^A$ | 0.15 | $49.93 | $7.49 | 04/09/2020 | 0.15 | $68.22 | $10.23 | |
| | 4/3/2020$^A$ | 6,874 | $49.93 | $343,218.82 | 06/17/2020 | 6,874 | $67.66 | $465,061.16 | |
| | 4/3/2020$^A$ | 17,181 | $49.93 | $857,847.33 | 06/17/2020 | 17,181 | $66.90 | $1,149,408.90 | |
| | 4/3/2020$^A$ | 14,381 | $49.93 | $718,043.33 | 06/19/2020 | 14,381 | $64.89 | $933,183.09 | |
| | 4/3/2020$^A$ | 1,039 | $49.93 | $51,877.27 | 06/26/2020 | 1,039 | $59.10 | $61,404.90 | |
| | 4/3/2020$^A$ | 20,775 | $49.93 | $1,037,295.75 | 06/26/2020 | 20,775 | $59.10 | $1,227,802.50 | |
| | 4/3/2020$^A$ | 23,451 | $49.93 | $1,170,924.42 | held | 23,451 | $67.87 | $1,591,635.53 | |
| | 03/30/2020 | 3,894 | $57.31 | $223,182.54 | 03/31/2020 | 3,894 | $57.43 | $223,625.35 | |
| | 03/20/2020 | 303 | $48.68 | $14,749.25 | 03/31/2020 | 303 | $57.43 | $17,400.74 | |
| | 03/20/2020 | 2,208 | $48.68 | $107,479.70 | 03/31/2020 | 2,208 | $57.43 | $126,801.43 | |
| | 03/18/2020 | 84 | $42.77 | $3,592.38 | 03/18/2020 | 84 | $41.48 | $3,484.46 | |
| | 03/18/2020 | 29,916 | $42.77 | $1,279,399.48 | 03/31/2020 | 29,916 | $57.43 | $1,718,021.54 | |
| | 03/12/2020 | 11,500 | $56.93 | $654,684.45 | 03/31/2020 | 11,500 | $57.43 | $660,424.11 | |
| | 12/20/2019 | 94 | $88.17 | $8,288.11 | 12/20/2019 | 94 | $88.17 | $8,288.11 | |
| | 11/07/2019 | 2,896 | $87.88 | $254,507.02 | 11/20/2019 | 2,896 | $87.27 | $252,722.05 | |
| | 11/07/2019 | 2,912 | $87.88 | $255,913.14 | 11/21/2019 | 2,912 | $86.50 | $251,878.46 | |
| | 11/07/2019 | 1,925 | $87.88 | $169,173.35 | 11/26/2019 | 1,925 | $87.56 | $168,557.96 | |
| | 11/07/2019 | 28,000 | $87.88 | $2,460,703.23 | 11/26/2019 | 28,000 | $87.54 | $2,451,007.38 | |
| | 11/07/2019 | 2,694 | $87.88 | $236,754.80 | 12/10/2019 | 2,694 | $85.94 | $231,531.73 | |
| | 10/14/2019 | 1,147 | $80.29 | $92,087.95 | 12/10/2019 | 1,147 | $85.94 | $98,577.17 | |
| | 10/14/2019 | 1,923 | $80.29 | $154,389.82 | 12/11/2019 | 1,923 | $86.73 | $166,790.29 | |
| | 10/14/2019 | 1,917 | $80.29 | $153,908.10 | 12/12/2019 | 1,917 | $87.84 | $168,397.25 | |
| | 10/14/2019 | 3,112 | $80.29 | $249,849.78 | 12/20/2019 | 3,112 | $88.17 | $274,389.35 | |
| | 10/14/2019 | 3,434 | $80.29 | $275,701.84 | 12/20/2019 | 3,434 | $88.17 | $302,780.54 | |
| | 10/14/2019 | 3,728 | $80.29 | $299,305.90 | 12/30/2019 | 3,728 | $88.60 | $330,303.01 | |
| | 10/14/2019 | 1,876 | $80.29 | $150,616.38 | 12/31/2019 | 1,876 | $88.25 | $165,561.55 | |
| | 10/14/2019 | 1,877 | $80.29 | $150,696.67 | 12/31/2019 | 1,877 | $88.05 | $165,267.64 | |
| | 10/14/2019 | 3,631 | $80.29 | $291,518.17 | 01/22/2020 | 3,631 | $91.15 | $330,977.24 | |
| | 10/14/2019 | 21,164 | $80.29 | $1,699,171.16 | 02/10/2020 | 21,164 | $91.96 | $1,946,297.62 | |
| | 09/25/2019 | 45 | $80.27 | $3,612.22 | 02/10/2020 | 45 | $91.96 | $4,138.32 | |
| | 09/20/2019 | 1,402 | $79.96 | $112,105.55 | 02/10/2020 | 1,402 | $91.96 | $128,931.64 | |
| | 09/20/2019 | 89 | $79.96 | $7,116.54 | 02/10/2020 | 89 | $91.96 | $8,184.68 | |

| Date | Shares | Price | Amount | Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|
| 09/20/2019 | 375 | $79.96 | $29,985.44 | 02/10/2020 | 375 | $91.96 | $34,486.00 |
| 09/20/2019 | 231 | $79.96 | $18,471.03 | 02/18/2020 | 231 | $88.98 | $20,554.75 |
| 09/18/2019 | 3,320 | $80.54 | $267,381.87 | 02/18/2020 | 3,320 | $88.98 | $295,418.96 |
| 09/18/2019 | 51,851 | $80.54 | $4,175,908.79 | 03/31/2020 | 51,851 | $57.43 | $2,977,708.75 |
| 08/16/2019 | 9,925 | $73.64 | $730,830.80 | 03/31/2020 | 9,925 | $57.43 | $569,974.72 |
| 08/16/2019 | 10,075 | $73.52 | $740,725.66 | 03/31/2020 | 10,075 | $57.43 | $578,588.95 |
| 08/16/2019 | 15,348 | $73.30 | $1,125,041.54 | 03/31/2020 | 15,348 | $57.43 | $881,407.76 |
| 08/16/2019 | 4,652 | $73.30 | $341,001.64 | 03/31/2020 | 4,652 | $57.63 | $268,075.36 |
| 08/13/2019 | 12,325 | $76.18 | $938,936.46 | 03/31/2020 | 12,325 | $57.63 | $710,238.36 |
| 08/13/2019 | 300 | $76.18 | $22,854.44 | 03/31/2020 | 300 | $55.96 | $16,787.90 |
| 08/13/2019 | 4,900 | $76.18 | $373,289.14 | 03/31/2020 | 4,900 | $55.63 | $272,566.85 |
| 08/13/2019 | 3,130 | $76.18 | $238,447.96 | 04/01/2020 | 3,130 | $53.13 | $166,285.73 |
| 08/13/2019 | 8,345 | $76.29 | $636,679.77 | 04/01/2020 | 8,345 | $53.13 | $443,340.06 |
| 08/13/2019 | 2,783 | $76.17 | $211,970.15 | 04/01/2020 | 2,783 | $53.13 | $147,850.85 |
| 08/09/2019 | 21,000 | $76.94 | $1,615,643.76 | 04/01/2020 | 21,000 | $53.13 | $1,115,655.03 |
| 08/09/2019 | 25,000 | $76.81 | $1,920,268.25 | 04/01/2020 | 25,000 | $53.13 | $1,328,160.75 |
| 07/23/2019 | 3,975 | $79.78 | $317,122.12 | 07/29/2019 | 3,975 | $80.22 | $318,873.94 |
| 07/23/2019 | 3,993 | $79.78 | $318,558.14 | 07/31/2019 | 3,993 | $79.79 | $318,596.30 |
| 07/23/2019 | 1,245 | $79.78 | $99,325.04 | 04/01/2020 | 1,245 | $53.13 | $66,142.41 |
| 07/23/2019 | 4,300 | $79.78 | $343,050.34 | 04/01/2020 | 4,300 | $53.92 | $231,861.44 |
| 07/23/2019 | 16,487 | $79.78 | $1,315,318.83 | held | 16,487 | $67.87 | $1,118,968.76 |
| 07/01/2019 | 72,977 | $77.41 | $5,649,367.76 | held | 72,977 | $67.87 | $4,952,931.61 |
| 07/01/2019 | 54,523 | $77.35 | $4,217,405.38 | held | 54,523 | $67.87 | $3,700,463.03 |
| 07/01/2019 | 500 | $77.45 | $38,726.05 | held | 500 | $67.87 | $33,934.88 |
| 06/28/2019 | 753 | $76.79 | $57,825.78 | 06/28/2019 | 753 | $76.79 | $57,825.78 |
| 06/28/2019 | 34,247 | $76.79 | $2,629,959.37 | held | 34,247 | $67.87 | $2,324,335.74 |
| 06/28/2019 | 49 | $76.79 | $3,762.90 | held | 49 | $67.87 | $3,325.62 |
| 06/14/2019 | 2,300 | $73.88 | $169,931.46 | 06/21/2019 | 2,300 | $75.94 | $174,658.85 |
| 06/14/2019 | 2,513 | $73.89 | $185,690.38 | 06/21/2019 | 2,513 | $75.94 | $190,833.78 |
| 06/14/2019 | 312 | $73.89 | $23,054.28 | 06/27/2019 | 312 | $75.85 | $23,666.43 |
| 06/14/2019 | 4,875 | $73.89 | $360,223.08 | held | 4,875 | $67.87 | $330,865.09 |
| 05/29/2019 | 105,000 | $76.04 | $7,984,016.25 | held | 105,000 | $67.87 | $7,126,325.00 |
| 03/15/2019 | 72 | $74.27 | $5,347.40 | held | 72 | $67.87 | $4,886.62 |
| 03/15/2019 | 1,500 | $74.27 | $111,404.18 | held | 1,500 | $67.87 | $101,804.64 |
| 03/15/2019 | 791 | $74.27 | $58,747.14 | held | 791 | $67.87 | $53,684.98 |
| 03/15/2019 | 140 | $74.66 | $10,452.34 | held | 140 | $67.87 | $9,501.77 |
| 02/22/2019 | 9,641 | $75.36 | $726,551.66 | held | 9,641 | $67.87 | $654,332.37 |
| 12/21/2018 | 0 | $62.63 | $16.28 | 12/31/2018 | 0 | $62.80 | $16.33 |
| 12/21/2018 | 14,415 | $62.63 | $902,744.94 | held | 14,415 | $67.87 | $978,324.99 |
| 12/21/2018 | 251 | $62.63 | $15,719.26 | held | 251 | $67.87 | $17,035.31 |
| 12/21/2018 | 3,104 | $62.63 | $194,392.70 | held | 3,104 | $67.87 | $210,667.74 |
| 11/26/2018 | 0 | $75.48 | $0.75 | 11/30/2018 | 0 | $71.86 | $0.72 |
| 11/26/2018 | 1,474 | $75.48 | $111,264.11 | 12/20/2018 | 1,474 | $66.47 | $97,976.15 |
| 11/26/2018 | 3,383 | $75.48 | $255,363.22 | held | 3,383 | $67.87 | $229,602.73 |
| 11/26/2018 | 672 | $75.48 | $50,725.57 | held | 672 | $67.87 | $45,608.48 |
| 11/26/2018 | 26,925 | $75.48 | $2,032,419.44 | held | 26,925 | $67.87 | $1,827,393.34 |
| 11/21/2018 | 3,451 | $74.76 | $258,011.63 | held | 3,451 | $67.87 | $234,218.55 |
| 11/13/2018 | 7,840 | $76.23 | $597,646.89 | held | 7,840 | $67.87 | $532,098.93 |
| 06/22/2018 | 1,268 | $73.65 | $93,388.39 | 06/27/2018 | 1,268 | $74.88 | $94,947.88 |
| 06/22/2018 | 108 | $73.65 | $7,954.22 | 06/27/2018 | 108 | $74.88 | $8,087.04 |
| 06/15/2018 | 1,787 | $74.85 | $133,762.97 | 06/27/2018 | 1,787 | $74.88 | $133,810.62 |

| Date | Shares | Price | Amount | Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|
| 03/16/2018 | 2,533 | $75.69 | $191,725.07 | 05/16/2018 | 2,533 | $73.42 | $185,980.79 |
| 02/27/2018 | 170 | $79.38 | $13,494.13 | 03/05/2018 | 170 | $76.99 | $13,088.62 |
| 09/15/2017 | 85 | $66.70 | $5,669.18 | 10/31/2017 | 85 | $70.50 | $5,992.55 |
| 08/30/2017 | 3,400 | $70.09 | $238,322.54 | 10/31/2017 | 3,400 | $70.50 | $239,701.83 |
| 06/16/2017 | 114 | $71.03 | $8,097.58 | 06/23/2017 | 114 | $72.09 | $8,217.93 |
| 03/17/2017 | 122 | $66.91 | $8,163.56 | 05/31/2017 | 122 | $71.54 | $8,727.73 |
| 12/16/2016 | 3,980 | $64.01 | $254,746.59 | 01/19/2017 | 3,980 | $64.98 | $258,617.32 |
| 12/16/2016 | 258 | $64.01 | $16,513.72 | 02/08/2017 | 258 | $65.44 | $16,884.20 |
| 11/28/2016 | 3,200 | $64.07 | $205,018.24 | 12/01/2016 | 3,200 | $63.43 | $202,974.74 |
| 06/07/2016 | 1,291 | $60.03 | $77,500.45 | 06/17/2016 | 1,291 | $59.69 | $77,058.81 |
| 03/18/2016 | 14 | $58.42 | $817.90 | 03/18/2016 | 14 | $58.98 | $825.75 |
| 03/07/2016 | 400 | $57.18 | $22,872.56 | 03/09/2016 | 400 | $57.27 | $22,906.63 |
| 03/07/2016 | 646 | $57.18 | $36,939.19 | 03/18/2016 | 646 | $58.98 | $38,102.52 |
| **Movant's Total** | **1,159,370** | | **$77,159,764.27** | | **1,159,370** | | **$75,554,424.66**   **($1,605,339.61)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price
 during the 90 calendar days after the end of the class period.  The price used is $67.87 as of December 28, 2020 for common stock.

*Adjustment factor of 0.8456 applied to all transactions (prices) to reflect the Carrier Global 04/03/2020 spinoff.
*Adjustment factor of 0.6975 applied to all transactions (prices) to reflect the Otis 04/03/2020 spinoff.

[A]Shares exchanged in RTN merger valued at closing price.

Prices listed are rounded to two decimal places.