Raytheon Technologies Corporation (RTX)
Class Period: February 10, 2016 to October 27, 2020
State Teachers Retirement System of Ohio ("Retirement System")

| Plaintff | Security Type | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 62-Day Mean Price $67.8698 Shares Retained Value | FIFO Estimated Gain (Loss) | LIFO Estimated Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Retirement System | | | | | | PreClass | 698,387 | | | | | | |
| Retirement System | Common Stock | 3/7/2016 | 1,046 | $96.9481 | ($101,408) | 2/17/2016 | (50,000) | $88.1560 | $4,407,800 | | | | |
| Retirement System | Common Stock | 3/18/2016 | 14 | $99.0500 | ($1,387) | 2/29/2016 | (31,746) | $96.6200 | $3,067,299 | | | | |
| Retirement System | Common Stock | 6/7/2016 | 1,291 | $101.7800 | ($131,398) | 3/9/2016 | (400) | $97.0925 | $38,837 | | | | |
| Retirement System | Common Stock | 11/28/2016 | 3,200 | $108.6243 | ($347,598) | 3/18/2016 | (12,500) | $100.0013 | $1,250,016 | | | | |
| Retirement System | Common Stock | 12/16/2016 | 4,238 | $108.5200 | ($459,908) | 4/14/2016 | (12,500) | $105.0420 | $1,313,025 | | | | |
| Retirement System | Common Stock | 3/17/2017 | 122 | $113.4500 | ($13,841) | 5/5/2016 | (52,500) | $100.4327 | $5,272,717 | | | | |
| Retirement System | Common Stock | 6/16/2017 | 114 | $120.4300 | ($13,729) | 6/17/2016 | (1,418) | $101.2000 | $143,502 | | | | |
| Retirement System | Common Stock | 8/30/2017 | 3,400 | $118.8422 | ($404,063) | 6/24/2016 | (34,491) | $98.8900 | $3,410,815 | | | | |
| Retirement System | Common Stock | 9/15/2017 | 85 | $113.0800 | ($9,612) | 6/24/2016 | (27,500) | $99.9450 | $2,748,488 | | | | |
| Retirement System | Common Stock | 2/27/2018 | 170 | $134.5800 | ($22,879) | 7/11/2016 | (7,359) | $104.1274 | $766,274 | | | | |
| Retirement System | Common Stock | 3/16/2018 | 2,533 | $128.3300 | ($325,060) | 9/7/2016 | (7,311) | $105.8500 | $773,869 | | | | |
| Retirement System | Common Stock | 6/15/2018 | 1,787 | $126.9100 | ($226,788) | 12/1/2016 | (4,116) | $107.5416 | $442,641 | | | | |
| Retirement System | Common Stock | 6/22/2018 | 108 | $124.8700 | ($13,486) | 1/19/2017 | (3,980) | $110.1689 | $438,472 | | | | |
| Retirement System | Common Stock | 6/22/2018 | 1,268 | $124.8700 | ($158,335) | 2/8/2017 | (3,943) | $110.9546 | $437,494 | | | | |
| Retirement System | Common Stock | 11/13/2018 | 7,840 | $129.2448 | ($1,013,279) | 2/28/2017 | (3,675) | $112.5500 | $413,621 | | | | |
| Retirement System | Common Stock | 11/21/2018 | 3,451 | $126.7590 | ($437,445) | 5/31/2017 | (3,200) | $121.2903 | $388,129 | | | | |
| Retirement System | Common Stock | 11/26/2018 | 26,925 | $127.9800 | ($3,445,862) | 6/6/2017 | (1,021) | $120.3600 | $122,888 | | | | |
| Retirement System | Common Stock | 11/26/2018 | 672 | $127.9800 | ($86,003) | 6/23/2017 | (26,231) | $122.2200 | $3,205,953 | | | | |
| Retirement System | Common Stock | 11/26/2018 | 4,857 | $127.9800 | ($621,599) | 6/27/2017 | (8,923) | $121.5900 | $1,084,948 | | | | |
| Retirement System | Common Stock | 12/21/2018 | 3,104 | $106.1800 | ($329,583) | 10/31/2017 | (3,801) | $119.5300 | $454,334 | | | | |
| Retirement System | Common Stock | 12/21/2018 | 251 | $106.1800 | ($26,651) | 11/29/2017 | (4,961) | $117.9763 | $585,280 | | | | |
| Retirement System | Common Stock | 12/21/2018 | 14,415 | $106.1800 | ($1,530,585) | 12/6/2017 | (419) | $121.2000 | $50,783 | | | | |
| Retirement System | Common Stock | 2/22/2019 | 9,641 | $127.7700 | ($1,231,831) | 12/13/2017 | (2,039) | $124.2730 | $253,393 | | | | |
| Retirement System | Common Stock | 3/15/2019 | 140 | $126.5814 | ($17,721) | 12/15/2017 | (4,559) | $126.1700 | $575,209 | | | | |
| Retirement System | Common Stock | 3/15/2019 | 791 | $125.9200 | ($99,603) | 1/30/2018 | (2,289) | $136.4976 | $312,443 | | | | |
| Retirement System | Common Stock | 3/15/2019 | 1,500 | $125.9200 | ($188,880) | 1/30/2018 | (100) | $136.4400 | $13,644 | | | | |
| Retirement System | Common Stock | 3/15/2019 | 72 | $125.9200 | ($9,066) | 1/30/2018 | (5,244) | $136.5000 | $715,806 | | | | |
| Retirement System | Common Stock | 5/29/2019 | 105,000 | $128.9189 | ($13,536,485) | 2/23/2018 | (2,900) | $132.3109 | $383,702 | | | | |
| Retirement System | Common Stock | 6/14/2019 | 7,700 | $125.2799 | ($964,655) | 3/5/2018 | (500) | $130.5357 | $65,268 | | | | |
| Retirement System | Common Stock | 6/14/2019 | 2,300 | $125.2652 | ($288,110) | 3/8/2018 | (310) | $130.6950 | $40,515 | | | | |
| Retirement System | Common Stock | 6/28/2019 | 49 | $130.2000 | ($6,380) | 5/16/2018 | (9,440) | $124.4851 | $1,175,139 | | | | |
| Retirement System | Common Stock | 6/28/2019 | 35,000 | $130.2000 | ($4,557,000) | 5/31/2018 | (5,017) | $124.5488 | $624,861 | | | | |
| Retirement System | Common Stock | 7/1/2019 | 500 | $131.3160 | ($65,658) | 6/27/2018 | (5,607) | $126.9552 | $711,838 | | | | |
| Retirement System | Common Stock | 7/1/2019 | 54,523 | $131.1445 | ($7,150,392) | 7/31/2018 | (7,851) | $135.7400 | $1,065,695 | | | | |
| Retirement System | Common Stock | 7/1/2019 | 72,977 | $131.2497 | ($9,578,209) | 8/28/2018 | (11,372) | $134.5000 | $1,529,534 | | | | |
| Retirement System | Common Stock | 7/23/2019 | 30,000 | $135.2614 | ($4,057,842) | 9/10/2018 | (3,824) | $133.6500 | $511,078 | | | | |
| Retirement System | Common Stock | 8/9/2019 | 25,000 | $130.2286 | ($3,255,715) | 9/21/2018 | (9,598) | $142.0800 | $1,363,684 | | | | |
| Retirement System | Common Stock | 8/9/2019 | 21,000 | $130.4400 | ($2,739,240) | 9/21/2018 | (73) | $142.0800 | $10,372 | | | | |
| Retirement System | Common Stock | 8/13/2019 | 2,783 | $129.1356 | ($359,384) | 9/21/2018 | (30) | $142.1200 | $4,264 | | | | |
| Retirement System | Common Stock | 8/13/2019 | 8,345 | $129.3538 | ($1,079,457) | 11/30/2018 | (0.0100) | $121.8400 | $1 | | | | |
| Retirement System | Common Stock | 8/13/2019 | 20,655 | $129.1617 | ($2,667,835) | 12/20/2018 | (1,474) | $112.6957 | $166,113 | | | | |
| Retirement System | Common Stock | 8/16/2019 | 20,000 | $124.2800 | ($2,485,600) | 12/31/2018 | (0.2600) | $106.4800 | $28 | | | | |
| Retirement System | Common Stock | 8/16/2019 | 10,075 | $124.6513 | ($1,255,862) | 6/21/2019 | (4,813) | $128.7500 | $619,674 | | | | |
| Retirement System | Common Stock | 8/16/2019 | 9,925 | $124.8449 | ($1,239,086) | 6/27/2019 | (312) | $128.6064 | $40,125 | | | | |
| Retirement System | Common Stock | 9/18/2019 | 55,171 | $136.5458 | ($7,533,368) | 6/28/2019 | (753) | $130.2000 | $98,041 | | | | |
| Retirement System | Common Stock | 9/20/2019 | 606 | $135.5700 | ($82,155) | 7/29/2019 | (3,975) | $136.0086 | $540,634 | | | | |
| Retirement System | Common Stock | 9/20/2019 | 89 | $135.5700 | ($12,066) | 7/31/2019 | (3,993) | $135.2776 | $540,163 | | | | |
| Retirement System | Common Stock | 9/20/2019 | 1,402 | $135.5700 | ($190,069) | 11/20/2019 | (2,896) | $147.9548 | $428,477 | | | | |
| Retirement System | Common Stock | 9/25/2019 | 45 | $136.0962 | ($6,124) | 11/21/2019 | (2,912) | $146.6507 | $427,047 | | | | |
| Retirement System | Common Stock | 10/14/2019 | 43,809 | $136.1206 | ($5,963,307) | 11/26/2019 | (1,925) | $148.4578 | $285,781 | | | | |
| Retirement System | Common Stock | 11/7/2019 | 38,427 | $148.9998 | ($5,725,615) | 11/26/2019 | (28,000) | $148.4127 | $4,155,556 | | | | |
| Retirement System | Common Stock | 12/20/2019 | 94 | $149.4900 | ($14,052) | 12/10/2019 | (3,841) | $145.7127 | $559,682 | | | | |
| Retirement System | Common Stock | 3/12/2020 | 11,500 | $96.5203 | ($1,109,983) | 12/11/2019 | (1,923) | $147.0537 | $282,784 | | | | |
| Retirement System | Common Stock | 3/18/2020 | 30,000 | $72.5082 | ($2,175,246) | 12/12/2019 | (1,917) | $148.9352 | $285,509 | | | | |
| Retirement System | Common Stock | 3/20/2020 | 2,208 | $82.5300 | ($182,226) | 12/20/2019 | (3,206) | $149.4900 | $479,265 | | | | |
| Retirement System | Common Stock | 3/20/2020 | 303 | $82.5300 | ($25,007) | 12/20/2019 | (3,434) | $149.4900 | $513,349 | | | | |
| Retirement System | Common Stock | 3/30/2020 | 3,894 | $97.1737 | ($378,394) | 12/30/2019 | (3,728) | $150.2177 | $560,012 | | | | |
| Retirement System | Common Stock | 4/3/2020** | 291,304 | $49.9300 | ($14,544,792) | 12/31/2019 | (1,876) | $149.6274 | $280,701 | | | | |
| Retirement System | Common Stock | 4/3/2020 | 5,898 | $50.6906 | ($298,973) | 12/31/2019 | (1,877) | $149.2822 | $280,203 | | | | |
| Retirement System | Common Stock | 7/10/2020 | 66,270 | $59.2549 | ($3,926,822) | 1/22/2020 | (3,631) | $154.5455 | $561,155 | | | | |
| Retirement System | Common Stock | 8/5/2020 | 32,648 | $58.8476 | ($1,921,256) | 2/10/2020 | (23,075) | $155.9179 | $3,597,806 | | | | |
| Retirement System | Common Stock | 9/18/2020 | 496 | $62.3500 | ($30,926) | 2/18/2020 | (3,551) | $150.8637 | $535,717 | | | | |
| Retirement System | Common Stock | 9/18/2020 | 5,106 | $62.3500 | ($318,359) | 3/18/2020 | (84) | $70.3300 | $5,908 | | | | |
| Retirement System | Common Stock | 10/6/2020 | 51,233 | $59.7963 | ($3,063,544) | 3/31/2020 | (135,020) | $97.3665 | $13,146,425 | | | | |
| Retirement System | Common Stock | | | | | 3/31/2020 | (16,977) | $97.7016 | $1,658,680 | | | | |
| Retirement System | Common Stock | | | | | 3/31/2020 | (300) | $94.8767 | $28,463 | | | | |
| Retirement System | Common Stock | | | | | 3/31/2020 | (4,900) | $94.3108 | $462,123 | | | | |
| Retirement System | Common Stock | | | | | 4/1/2020 | (61,503) | $90.0731 | $5,539,766 | | | | |

*Average Closing Prices from October 28 to December 14
**RTN shares were converted to RTX shares. Shares are valued at the April 3, 2020 Closing Price

Raytheon Technologies Corporation (RTX)
Class Period: February 10, 2016 to October 27, 2020
State Teachers Retirement System of Ohio ("Retirement System")

| Plaintff | Security Type | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 62-Day Mean Price $67.8698 Shares Retained Value | FIFO Estimated Gain (Loss) | LIFO Estimated Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Retirement System | Common Stock | | | | | 4/1/2020 | (4,300) | $91.4207 | $393,109 | | | | |
| Retirement System | Common Stock | | | | | 4/7/2020 | (213,500) | $60.2400 | $12,861,240 | | | | |
| Retirement System | Common Stock | | | | | 4/9/2020 | (0.09) | $68.2206 | $6 | | | | |
| Retirement System | Common Stock | | | | | 4/9/2020 | (0.44) | $68.2206 | $30 | | | | |
| Retirement System | Common Stock | | | | | 4/9/2020 | (0.15) | $68.2206 | $10 | | | | |
| Retirement System | Common Stock | | | | | 6/17/2020 | (6,874) | $67.6551 | $465,061 | | | | |
| Retirement System | Common Stock | | | | | 6/17/2020 | (17,181) | $66.9000 | $1,149,409 | | | | |
| Retirement System | Common Stock | | | | | 6/19/2020 | (14,381) | $64.8900 | $933,183 | | | | |
| Retirement System | Common Stock | | | | | 6/26/2020 | (1,039) | $59.1000 | $61,405 | | | | |
| Retirement System | Common Stock | | | | | 6/26/2020 | (20,775) | $59.1000 | $1,227,803 | | | | |
| Retirement System | Common Stock | | | | | 7/27/2020 | (35,467) | $60.9207 | $2,160,674 | | | | |
| Retirement System | Common Stock | | | | | 8/17/2020 | (6,085) | $62.7700 | $381,955 | | | | |
| Retirement System | Common Stock | | | | | 8/25/2020 | (11,889) | $60.9500 | $724,635 | | | | |
| Retirement System | Common Stock | | | | | 8/31/2020 | (23,162) | $61.0000 | $1,412,882 | | | | |
| Retirement System | Common Stock | | | | | 9/17/2020 | (15,292) | $62.9408 | $962,491 | | | | |
| Retirement System | Common Stock | | | | | 10/22/2020 | (5,947) | $62.8000 | $373,472 | | | | |
| **Retirement System** | **Common Stock** | | **1,159,370** | | **($114,056,794)** | | **(1,070,537)** | | **$99,360,178** | **787,219** | **$53,428,367** | **($37,863,250)** | **($22,626,898)** |
| **Retirement System** | **RTX 3.1% due 6/1/2022 (CUSIP: 913017BV0)** | | | | | PreClass 2/28/2020 | 10,000,000 **(10,000,000)** | **$103.9870** | **$10,398,700** | | | | |
| **Retirement System** | **RTX 4.625% due 11/16/2048 (CUSIP: 913017CX5)** | **8/13/2018** | **5,000,000** | **$99.6830** | **($4,984,150)** | | | | | **5,000,000** | $135.1555 **$6,757,776** | **$1,773,626** | **$1,773,626** |
| **Retirement System** | **RTX 4.125% due 11/16/2028 (CUSIP: 913017CY3)** | **8/13/2018** | **7,000,000** | **$99.9640** | **($6,997,480)** | | | | | **7,000,000** | $118.4433 **$8,291,034** | **$1,293,554** | **$1,293,554** |
| Retirement System | RTX 1.9% due 5/4/2020 (CUSIP: 913017CM9) | 5/1/2017 | 5,000,000 | $99.9510 | ($4,997,550) | 1/9/2020 | (10,000,000) | $100.0170 | $10,001,700 | | | | |
| Retirement System | RTX 1.9% due 5/4/2020 (CUSIP: 913017CM9) | 5/4/2017 | 5,962,000 | $99.9570 | ($5,959,436) | 2/28/2020 | (6,013,000) | $100.0300 | $6,014,804 | | | | |
| Retirement System | RTX 1.9% due 5/4/2020 (CUSIP: 913017CM9) | 5/10/2017 | 2,506,000 | $99.8130 | ($2,501,314) | | | | | | | | |
| Retirement System | RTX 1.9% due 5/4/2020 (CUSIP: 913017CM9) | 5/10/2017 | 2,545,000 | $99.8100 | ($2,540,165) | | | | | | | | |
| **Retirement System** | **RTX 1.9% due 5/4/2020 (CUSIP: 913017CM9)** | | **16,013,000** | | **($15,998,465)** | | **(16,013,000)** | | **$16,016,504** | **0** | | **$18,039** | **$18,039** |
| **Retirement System** | **Bonds** | | | | | | | | | | | **$3,085,219** | **$3,085,219** |
| **Retirement System** | **Total Loss** | | | | | | | | | | | **($34,778,031)** | **($19,541,679)** |

*Average Closing Prices from October 28 to December 14
**RTN shares were converted to RTX shares. Shares are valued at the April 3, 2020 Closing Price