## AMENDED CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      I, Stacey L. Wideman, on behalf of the State Teachers Retirement System of Ohio ("Ohio STRS"), as Chief Legal Officer of Ohio STRS, with authority to bind Ohio STRS and enter into litigation on its behalf, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA").

2.      I have reviewed a complaint on behalf of investors in the securities of Raytheon Technologies Corporation ("Raytheon" or the "Company") and authorize the filing of a motion pursuant to the PSLRA on behalf of Ohio STRS for appointment as Lead Plaintiff.

3.      Ohio STRS did not purchase or acquire Raytheon securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      Ohio STRS is willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Raytheon securities as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      To the best of my current knowledge, the attached sheet lists all of Ohio STRS's transactions in the securities of (a) Raytheon Corporation, (b) United Technologies Corporation, and (c) Raytheon Company.

6.      During the three-year period preceding the date on which this Certification is signed, Ohio STRS has served as a representative party on behalf of a class under the federal securities laws in the following action:

- *Shenk v. Mallinckrodt PLC*, 1:17-cv-00145 (D.D.C.).

1

7. During the three-year period preceding the date on which this Certification is signed, Ohio STRS has sought to serve, but was not was not appointed to serve, as a representative party on behalf of a class under the federal securities laws in the following action:

- *Owens v. FirstEnergy Corp.*, 2:20-cv-03785 (S.D. Ohio).

8. Ohio STRS agrees not to accept any payment for serving as a representative party on behalf of the Class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class as ordered or approved by the Court.

9. I declare under penalty of perjury that the foregoing is true and correct.

Executed ___January 7, 2021___
                 **(Date)**

_____Stacey L Wideman_____
**(Signature)**

Stacey L. Wideman
Chief Legal Officer
*State Teachers Retirement System of Ohio*

**Raytheon Technologies Corporation (RTX)**    **State Teachers Retirement System of Ohio**
**("Retirement System")**

**List of Purchases and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| **RTX/UTX Common Stock** | | | |
| Buy | 3/7/2016 | 1,046 | $96.9481 |
| Buy | 3/18/2016 | 14 | $99.0500 |
| Buy | 6/7/2016 | 1,291 | $101.7800 |
| Buy | 11/28/2016 | 3,200 | $108.6243 |
| Buy | 12/16/2016 | 4,238 | $108.5200 |
| Buy | 3/17/2017 | 122 | $113.4500 |
| Buy | 6/16/2017 | 114 | $120.4300 |
| Buy | 8/30/2017 | 3,400 | $118.8422 |
| Buy | 9/15/2017 | 85 | $113.0800 |
| Buy | 2/27/2018 | 170 | $134.5800 |
| Buy | 3/16/2018 | 2,533 | $128.3300 |
| Buy | 6/15/2018 | 1,787 | $126.9100 |
| Buy | 6/22/2018 | 108 | $124.8700 |
| Buy | 6/22/2018 | 1,268 | $124.8700 |
| Buy | 11/13/2018 | 7,840 | $129.2448 |
| Buy | 11/21/2018 | 3,451 | $126.7590 |
| Buy | 11/26/2018 | 26,925 | $127.9800 |
| Buy | 11/26/2018 | 672 | $127.9800 |
| Buy | 11/26/2018 | 4,857 | $127.9800 |
| Buy | 12/21/2018 | 3,104 | $106.1800 |
| Buy | 12/21/2018 | 251 | $106.1800 |
| Buy | 12/21/2018 | 14,415 | $106.1800 |
| Buy | 2/22/2019 | 9,641 | $127.7700 |
| Buy | 3/15/2019 | 140 | $126.5814 |
| Buy | 3/15/2019 | 791 | $125.9200 |
| Buy | 3/15/2019 | 1,500 | $125.9200 |
| Buy | 3/15/2019 | 72 | $125.9200 |
| Buy | 5/29/2019 | 105,000 | $128.9189 |
| Buy | 6/14/2019 | 7,700 | $125.2799 |
| Buy | 6/14/2019 | 2,300 | $125.2652 |
| Buy | 6/28/2019 | 49 | $130.2000 |
| Buy | 6/28/2019 | 35,000 | $130.2000 |
| Buy | 7/1/2019 | 500 | $131.3160 |
| Buy | 7/1/2019 | 54,523 | $131.1445 |
| Buy | 7/1/2019 | 72,977 | $131.2497 |
| Buy | 7/23/2019 | 30,000 | $135.2614 |
| Buy | 8/9/2019 | 25,000 | $130.2286 |
| Buy | 8/9/2019 | 21,000 | $130.4400 |
| Buy | 8/13/2019 | 2,783 | $129.1356 |
| Buy | 8/13/2019 | 8,345 | $129.3538 |
| Buy | 8/13/2019 | 20,655 | $129.1617 |
| Buy | 8/16/2019 | 20,000 | $124.2800 |
| Buy | 8/16/2019 | 10,075 | $124.6513 |
| Buy | 8/16/2019 | 9,925 | $124.8449 |

**Raytheon Technologies Corporation (RTX)**                    **State Teachers Retirement System of Ohio**
                                                                        **("Retirement System")**

**List of Purchases and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Buy | 9/18/2019 | 55,171 | $136.5458 |
| Buy | 9/20/2019 | 606 | $135.5700 |
| Buy | 9/20/2019 | 89 | $135.5700 |
| Buy | 9/20/2019 | 1,402 | $135.5700 |
| Buy | 9/25/2019 | 45 | $136.0962 |
| Buy | 10/14/2019 | 43,809 | $136.1206 |
| Buy | 11/7/2019 | 38,427 | $148.9998 |
| Buy | 12/20/2019 | 94 | $149.4900 |
| Buy | 3/12/2020 | 11,500 | $96.5203 |
| Buy | 3/18/2020 | 30,000 | $72.5082 |
| Buy | 3/20/2020 | 2,208 | $82.5300 |
| Buy | 3/20/2020 | 303 | $82.5300 |
| Buy | 3/30/2020 | 3,894 | $97.1737 |
| Buy | 4/3/2020* | 291,304 | $49.9300 |
| Buy | 4/3/2020 | 5,898 | $50.6906 |
| Buy | 7/10/2020 | 66,270 | $59.2549 |
| Buy | 8/5/2020 | 32,648 | $58.8476 |
| Buy | 9/18/2020 | 496 | $62.3500 |
| Buy | 9/18/2020 | 5,106 | $62.3500 |
| Buy | 10/6/2020 | 51,233 | $59.7963 |
| Sell | 2/17/2016 | (50,000) | $88.1560 |
| Sell | 2/29/2016 | (31,746) | $96.6200 |
| Sell | 3/9/2016 | (400) | $97.0925 |
| Sell | 3/18/2016 | (12,500) | $100.0013 |
| Sell | 4/14/2016 | (12,500) | $105.0420 |
| Sell | 5/5/2016 | (52,500) | $100.4327 |
| Sell | 6/17/2016 | (1,418) | $101.2000 |
| Sell | 6/24/2016 | (34,491) | $98.8900 |
| Sell | 6/24/2016 | (27,500) | $99.9450 |
| Sell | 7/11/2016 | (7,359) | $104.1274 |
| Sell | 9/7/2016 | (7,311) | $105.8500 |
| Sell | 12/1/2016 | (4,116) | $107.5416 |
| Sell | 1/19/2017 | (3,980) | $110.1689 |
| Sell | 2/8/2017 | (3,943) | $110.9546 |
| Sell | 2/28/2017 | (3,675) | $112.5500 |
| Sell | 5/31/2017 | (3,200) | $121.2903 |
| Sell | 6/6/2017 | (1,021) | $120.3600 |
| Sell | 6/23/2017 | (26,231) | $122.2200 |
| Sell | 6/27/2017 | (8,923) | $121.5900 |
| Sell | 10/31/2017 | (3,801) | $119.5300 |
| Sell | 11/29/2017 | (4,961) | $117.9763 |
| Sell | 12/6/2017 | (419) | $121.2000 |
| Sell | 12/13/2017 | (2,039) | $124.2730 |
| Sell | 12/15/2017 | (4,559) | $126.1700 |
| Sell | 1/30/2018 | (2,289) | $136.4976 |
| Sell | 1/30/2018 | (100) | $136.4400 |

**Raytheon Technologies Corporation (RTX)**          **State Teachers Retirement System of Ohio**
                                                                          **("Retirement System")**

**List of Purchases and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Sell | 1/30/2018 | (5,244) | $136.5000 |
| Sell | 2/23/2018 | (2,900) | $132.3109 |
| Sell | 3/5/2018 | (500) | $130.5357 |
| Sell | 3/8/2018 | (310) | $130.6950 |
| Sell | 5/16/2018 | (9,440) | $124.4851 |
| Sell | 5/31/2018 | (5,017) | $124.5488 |
| Sell | 6/27/2018 | (5,607) | $126.9552 |
| Sell | 7/31/2018 | (7,851) | $135.7400 |
| Sell | 8/28/2018 | (11,372) | $134.5000 |
| Sell | 9/10/2018 | (3,824) | $133.6500 |
| Sell | 9/21/2018 | (9,598) | $142.0800 |
| Sell | 9/21/2018 | (73) | $142.0800 |
| Sell | 9/21/2018 | (30) | $142.1200 |
| Sell | 11/30/2018 | (0.010) | $121.8400 |
| Sell | 12/20/2018 | (1,474) | $112.6957 |
| Sell | 12/31/2018 | (0.260) | $106.4800 |
| Sell | 6/21/2019 | (4,813) | $128.7500 |
| Sell | 6/27/2019 | (312) | $128.6064 |
| Sell | 6/28/2019 | (753) | $130.2000 |
| Sell | 7/29/2019 | (3,975) | $136.0086 |
| Sell | 7/31/2019 | (3,993) | $135.2776 |
| Sell | 11/20/2019 | (2,896) | $147.9548 |
| Sell | 11/21/2019 | (2,912) | $146.6507 |
| Sell | 11/26/2019 | (1,925) | $148.4578 |
| Sell | 11/26/2019 | (28,000) | $148.4127 |
| Sell | 12/10/2019 | (3,841) | $145.7127 |
| Sell | 12/11/2019 | (1,923) | $147.0537 |
| Sell | 12/12/2019 | (1,917) | $148.9352 |
| Sell | 12/20/2019 | (3,206) | $149.4900 |
| Sell | 12/20/2019 | (3,434) | $149.4900 |
| Sell | 12/30/2019 | (3,728) | $150.2177 |
| Sell | 12/31/2019 | (1,876) | $149.6274 |
| Sell | 12/31/2019 | (1,877) | $149.2822 |
| Sell | 1/22/2020 | (3,631) | $154.5455 |
| Sell | 2/10/2020 | (23,075) | $155.9179 |
| Sell | 2/18/2020 | (3,551) | $150.8637 |
| Sell | 3/18/2020 | (84) | $70.3300 |
| Sell | 3/31/2020 | (135,020) | $97.3665 |
| Sell | 3/31/2020 | (16,977) | $97.7016 |
| Sell | 3/31/2020 | (300) | $94.8767 |
| Sell | 3/31/2020 | (4,900) | $94.3108 |
| Sell | 4/1/2020 | (61,503) | $90.0731 |
| Sell | 4/1/2020 | (4,300) | $91.4207 |
| Sell | 4/7/2020 | (213,500) | $60.2400 |
| Sell | 4/9/2020 | (0.0900) | $68.2206 |
| Sell | 4/9/2020 | (0.4400) | $68.2206 |

**Raytheon Technologies Corporation (RTX)**                    **State Teachers Retirement System of Ohio**
                                                                            **("Retirement System")**

**List of Purchases and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Sell | 4/9/2020 | (0.1500) | $68.2206 |
| Sell | 6/17/2020 | (6,874) | $67.6551 |
| Sell | 6/17/2020 | (17,181) | $66.9000 |
| Sell | 6/19/2020 | (14,381) | $64.8900 |
| Sell | 6/26/2020 | (1,039) | $59.1000 |
| Sell | 6/26/2020 | (20,775) | $59.1000 |
| Sell | 7/27/2020 | (35,467) | $60.9207 |
| Sell | 8/17/2020 | (6,085) | $62.7700 |
| Sell | 8/25/2020 | (11,889) | $60.9500 |
| Sell | 8/31/2020 | (23,162) | $61.0000 |
| Sell | 9/17/2020 | (15,292) | $62.9408 |
| Sell | 10/22/2020 | (5,947) | $62.8000 |

*RTN common stock were converted to RTX common stock. Shares are valued at the April 3, 2020 Closing Price

RTN common stock

| | | | |
|---|---|---|---|
| Buy | 3/7/2016 | 404 | $124.2103 |
| Buy | 5/11/2016 | 4,300 | $130.5311 |
| Buy | 6/7/2016 | 206 | $133.9700 |
| Buy | 7/5/2016 | 5,200 | $136.8108 |
| Buy | 12/16/2016 | 561 | $141.8200 |
| Buy | 3/7/2017 | 97 | $154.4800 |
| Buy | 3/17/2017 | 863 | $156.9700 |
| Buy | 6/16/2017 | 1,166 | $162.5600 |
| Buy | 9/15/2017 | 92 | $182.5000 |
| Buy | 12/11/2017 | 4,400 | $187.0418 |
| Buy | 12/15/2017 | 1,702 | $191.3800 |
| Buy | 2/7/2018 | 1,687 | $206.5448 |
| Buy | 2/27/2018 | 73 | $220.6966 |
| Buy | 3/16/2018 | 1,568 | $210.0800 |
| Buy | 4/3/2018 | 2,600 | $211.3385 |
| Buy | 5/22/2018 | 450 | $207.9522 |
| Buy | 5/22/2018 | 950 | $208.0155 |
| Buy | 5/22/2018 | 100 | $208.1350 |
| Buy | 6/13/2018 | 4,800 | $206.2524 |
| Buy | 6/15/2018 | 6,703 | $201.5300 |
| Buy | 11/21/2018 | 6,018 | $173.2990 |
| Buy | 12/21/2018 | 89 | $151.5200 |
| Buy | 12/21/2018 | 1,100 | $151.5200 |
| Buy | 3/15/2019 | 1,177 | $177.9500 |
| Buy | 3/15/2019 | 26 | $177.9500 |
| Buy | 3/15/2019 | 531 | $177.9500 |
| Buy | 9/20/2019 | 461 | $194.9300 |
| Buy | 9/20/2019 | 30 | $194.9300 |
| Buy | 9/20/2019 | 484 | $194.9300 |
| Buy | 9/25/2019 | 166 | $197.8131 |

**Raytheon Technologies Corporation (RTX)**                    **State Teachers Retirement System of Ohio**
                                                                            **("Retirement System")**

**List of Purchases and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Buy | 12/20/2019 | 6,144 | $217.4000 |
| Buy | 12/20/2019 | 33 | $217.4000 |
| Buy | 3/18/2020 | 1,627 | $107.3851 |
| Buy | 3/20/2020 | 104 | $124.1400 |
| Buy | 3/20/2020 | 761 | $124.1400 |
| Sell | 3/18/2016 | (1,412) | $124.4600 |
| Sell | 6/17/2016 | (4,354) | $134.6600 |
| Sell | 6/24/2016 | (4,515) | $135.7500 |
| Sell | 6/29/2016 | (10,000) | $134.4412 |
| Sell | 7/11/2016 | (2,814) | $139.2007 |
| Sell | 8/30/2016 | (9,000) | $140.2093 |
| Sell | 9/7/2016 | (2,637) | $140.0000 |
| Sell | 9/16/2016 | (24) | $136.7600 |
| Sell | 11/28/2016 | (1,900) | $149.0291 |
| Sell | 12/1/2016 | (1,574) | $148.8487 |
| Sell | 1/19/2017 | (1,522) | $146.2166 |
| Sell | 2/8/2017 | (1,507) | $148.1455 |
| Sell | 2/28/2017 | (1,406) | $154.1500 |
| Sell | 4/27/2017 | (7,000) | $157.4711 |
| Sell | 6/6/2017 | (349) | $161.1000 |
| Sell | 6/23/2017 | (6,919) | $162.3600 |
| Sell | 6/27/2017 | (3,480) | $161.1600 |
| Sell | 10/31/2017 | (300) | $180.5700 |
| Sell | 10/31/2017 | (1,182) | $180.5869 |
| Sell | 11/13/2017 | (9,000) | $184.4258 |
| Sell | 11/29/2017 | (1,934) | $189.0846 |
| Sell | 12/6/2017 | (160) | $185.2000 |
| Sell | 12/13/2017 | (796) | $190.0479 |
| Sell | 1/30/2018 | (892) | $207.3701 |
| Sell | 1/30/2018 | (300) | $207.7900 |
| Sell | 1/30/2018 | (1,784) | $209.1800 |
| Sell | 1/31/2018 | (1,192) | $211.7000 |
| Sell | 1/31/2018 | (2,308) | $210.9712 |
| Sell | 2/28/2018 | (4,400) | $219.4058 |
| Sell | 3/8/2018 | (119) | $212.9873 |
| Sell | 3/27/2018 | (8,500) | $215.1100 |
| Sell | 3/28/2018 | (3,500) | $209.3461 |
| Sell | 5/31/2018 | (49,500) | $210.2701 |
| Sell | 5/31/2018 | (1,957) | $211.4145 |
| Sell | 6/22/2018 | (12) | $193.3800 |
| Sell | 6/22/2018 | (1,870) | $193.3800 |
| Sell | 6/27/2018 | (1,472) | $195.9337 |
| Sell | 7/31/2018 | (3,011) | $198.0300 |
| Sell | 8/28/2018 | (4,360) | $200.0700 |
| Sell | 9/10/2018 | (1,466) | $199.1800 |
| Sell | 9/21/2018 | (17) | $203.4600 |

**Raytheon Technologies Corporation (RTX)**                    **State Teachers Retirement System of Ohio**
                                                                           **("Retirement System")**

**List of Purchases and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Sell | 9/21/2018 | (2,155) | $203.4600 |
| Sell | 9/24/2018 | (3,700) | $202.0754 |
| Sell | 12/20/2018 | (532) | $160.3655 |
| Sell | 12/21/2018 | (12,631) | $151.5200 |
| Sell | 3/15/2019 | (160) | $179.1731 |
| Sell | 6/21/2019 | (538) | $183.1300 |
| Sell | 6/27/2019 | (46) | $178.0100 |
| Sell | 6/28/2019 | (71) | $173.8800 |
| Sell | 6/28/2019 | (3,694) | $173.8800 |
| Sell | 7/29/2019 | (1,371) | $189.3918 |
| Sell | 7/31/2019 | (1,377) | $183.6154 |
| Sell | 9/10/2019 | (1,227) | $192.6309 |
| Sell | 9/20/2019 | (15,883) | $196.1276 |
| Sell | 9/27/2019 | (6,728) | $197.2711 |
| Sell | 10/15/2019 | (11,613) | $200.7533 |
| Sell | 10/22/2019 | (4,467) | $205.8841 |
| Sell | 11/20/2019 | (999) | $217.7430 |
| Sell | 11/21/2019 | (1,004) | $216.5512 |
| Sell | 11/26/2019 | (663) | $217.3314 |
| Sell | 12/10/2019 | (1,325) | $217.7980 |
| Sell | 12/11/2019 | (663) | $218.2002 |
| Sell | 12/12/2019 | (661) | $218.2354 |
| Sell | 12/20/2019 | (334) | $217.4000 |
| Sell | 12/30/2019 | (1,286) | $220.6632 |
| Sell | 12/31/2019 | (646) | $220.2217 |
| Sell | 12/31/2019 | (647) | $219.3869 |
| Sell | 1/22/2020 | (1,252) | $229.5946 |
| Sell | 2/18/2020 | (1,225) | $223.4367 |
| Sell | 3/30/2020 | (1,705) | $138.0049 |
| Sell | 4/2/2020 | (9,899) | $116.9600 |
| Conversion | 4/3/2020 | (124,766) | |

RTX 3.1% due 6/1/2022 (CUSIP: 913017BV0)

| | | | |
|---|---|---|---|
| Sell | 2/28/2020 | (10,000,000) | $103.9870 |

RTX 4.625% due 11/16/2048 (CUSIP: 913017CX5)

| | | | |
|---|---|---|---|
| Buy | 8/13/2018 | 5,000,000 | $99.6830 |

RTX 4.125% due 11/16/2028 (CUSIP: 913017CY3)

| | | | |
|---|---|---|---|
| Buy | 8/13/2018 | 7,000,000 | $99.9640 |

RTX 1.9% due 5/4/2020 (CUSIP: 913017CM9)

| | | | |
|---|---|---|---|
| Buy | 5/1/2017 | 5,000,000 | $99.9510 |
| Buy | 5/4/2017 | 5,962,000 | $99.9570 |
| Buy | 5/10/2017 | 2,506,000 | $99.8130 |
| Buy | 5/10/2017 | 2,545,000 | $99.8100 |

**Raytheon Technologies Corporation (RTX)**          **State Teachers Retirement System of Ohio**
                                                            **("Retirement System")**

**List of Purchases and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Sell | 1/9/2020 | (10,000,000) | $100.0170 |
| Sell | 2/28/2020 | (6,013,000) | $100.0300 |