Andrew S. Friedman (SBN 005425)
afriedman@bffb.com
**BONNETT FAIRBOURN FRIEDMAN
 & BALINT PC**
2325 E. Camelback Road, Suite 300
Phoenix, AZ 85016
Telephone: (602) 776-5902

*Local Counsel for Movants FNY Partners Fund LP
and FNY Managed Accounts LLC*

Andrew J. Entwistle (*admitted pro hac vice*)
aentwistle@entwistle-law.com
**ENTWISTLE & CAPPUCCI LLP**
401 Congress Avenue, Suite 1170
Austin, TX 78701
Telephone: (512) 710-5960

*Counsel for Movants FNY Partners Fund LP and
FNY Managed Accounts LLC*

**UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA**

| | |
|---|---|
| Pranay K. Bajjuri, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:20-cv-00468-JCH |
| Plaintiff, | |
| v. | **NOTICE OF FNY PARTNERS FUND LP AND FNY MANAGED ACCOUNTS LLC OF RECENT PERSUASIVE AUTHORITY** |
| Raytheon Technologies Corporation F/K/A Raytheon Company; Thomas A. Kennedy; Anthony F. O'Brien; and Michael J. Wood, | |
| Defendants. | |
| Daniel Norris, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | Case No. 4:20-cv-00543-RM |
| v. | CLASS ACTION |
| Raytheon Technologies Corporation F/K/A Raytheon Company; Thomas A. Kennedy; Anthony F. O'Brien; and Michael J. Wood, | |
| Defendants. | |

FNY Partners Fund LP and FNY Managed Accounts LLC ("First New York") respectfully submit as supplemental persuasive authority *In re Spectrum Brands Litig.*, No. 19-cv-178-jdp, 2021 WL 411445, at *1 (W.D. Wis. Feb. 5, 2021) ("*Spectrum*") (Ex. 1 hereto) relating to First New York's motion for appointment as Lead Plaintiff for the UTC Class (ECF 12) and further illustrating the need for separate representation for the UTC Class from the outset.

*Spectrum* is a merger-related securities class action arising out of the merger of HRG Group, Inc. ("HRG") and Spectrum Brands Holdings, Inc. ("Spectrum Legacy"). *Spectrum* at *1. Claims were brought on behalf of investors in the successor entity Spectrum Brands Holdings, Inc. ("Spectrum"), HRG and Spectrum Legacy. The same lead plaintiff and counsel were appointed to prosecute the claims of all of the parties despite their inherent conflicts. Following a $39 million settlement, the deeply conflicted lead plaintiffs and counsel arbitrarily imposed a 75% discount on the claims of purchasers of pre-merger HRG stock. Members of that class of investors objected and the court found the lead plaintiffs were inadequate to represent HRG stock purchasers. *Spectrum*, 2021 WL 411445, at *2. As a result, the court ordered the lead plaintiffs to either: (1) re-notice the class and provide HRG investors with the opportunity to represent their own interests; or (2) exclude HRG investors from the settlement class. *Id.* at *4.

*Spectrum* underscores the need to address these types of fundamental conflicts with separate representation from the outset. Indeed, the facts in *Raytheon* are even more compelling than those in *Spectrum* because in *Raytheon* the claims of the UTC Class are directly antagonistic to those of Old Raytheon holders. Put another way, every dollar of damage sustained by the UTC Class is a dollar of fraudulent benefit received by Old Raytheon holders. The proof to be developed in support of the claims of the UTC Class is necessarily at odds with the proof to be developed in support the claims of Old Raytheon holders. There is simply no way for the same lead plaintiff and counsel to represent both classes of investors in *Raytheon* — a fact underscored by the *Spectrum* court's adequacy findings at the end of that litigation.

Dated:  March 1, 2021          Respectfully submitted,

*/s/ Andrew S. Friedman*
Andrew S. Friedman (State Bar No. 005425)
afriedman@bffb.com
BONNETT FAIRBOURN FRIEDMAN & BALINT, PC
2325 E Camelback Road, Suite 300
Phoenix, AZ 85016
Telephone: (602) 776-5902
*Local Counsel for Movants FNY Partners Fund LP and
FNY Managed Accounts LLC*

Andrew J. Entwistle
(*admitted pro hac vice*)
aentwistle@entwistle-law.com
ENTWISTLE & CAPPUCCI LLP
401 Congress Avenue, Suite 1170
Austin, TX  78701
Telephone: (512) 710-5960

*Counsel for Movants FNY Partners Fund LP and FNY
Managed Accounts LLC*

2