Andrew S. Friedman (SBN 005425)
afriedman@bffb.com
**BONNETT FAIRBOURN FRIEDMAN**
  **& BALINT PC**
2325 E. Camelback Road, Suite 300
Phoenix, AZ 85016
Telephone: (602) 776-5902

Andrew J. Entwistle (*admitted pro hac vice*)
aentwistle@entwistle-law.com
**ENTWISTLE & CAPPUCCI LLP**
401 Congress Avenue, Suite 1170
Austin, TX  78701
Telephone: (512) 710-5960

*Counsel for Movants FNY Partners Fund LP and*
*FNY Managed Accounts LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Pranay K. Bajjuri, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Raytheon Technologies Corporation F/K/A Raytheon Company; Thomas A. Kennedy; Anthony F. O'Brien; and Michael J. Wood,<br><br>Defendants. | Case No.  4:20-cv-00468-JCH<br><br>**FNY PARTNERS FUND LP'S AND FNY MANAGED ACCOUNTS LLC'S NOTICE OF SUPPLEMENTATION [Dkt. 12]** |
| Daniel Norris, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Raytheon Technologies Corporation F/K/A Raytheon Company; Thomas A. Kennedy; Anthony F. O'Brien; and Michael J. Wood,<br><br>Defendants. | Case No.  4:20-cv-00543-RM<br><br><br>CLASS ACTION |

FNY Partners Fund LP and FNY Managed Accounts LLC (collectively "First New York") respectfully provide notice to the Court of a recent, material factual development relating to First New York's motion to separately represent a class of United Technologies Corporation ("UTC") shareholders in connection with the damages they are alleged to have suffered as a result of material misrepresentations and omissions by Raytheon Technologies Corporation ("Raytheon").  Those misrepresentations and omissions, First New York alleges, concern certain missile and defense contracts Raytheon entered into between 2011 and 2013.  (*See* Dkt 12.)

On April 27, 2021, Raytheon disclosed a significant expansion of the U.S. Department of Justice's on-going criminal probe, which now includes civil defective pricing claims for missiles and defense contracts entered into by Raytheon in 2017.[1] Those new claims are in addition to the ongoing criminal probe's examination of contracts entered into between 2011 and 2013.

First New York asserts that this development not only solidifies the depth of the alleged pre-merger misconduct by Raytheon, leading to the inflation of its share of the merged company to the direct detriment of the UTC Class,[2] but more importantly here further serves to underscore and reinforce the need for separate leadership for the UTC and Raytheon Classes in connection with this "zero-sum" transaction.

---

[1] Excerpts from Raytheon's April 27, 2021 10-Q are attached hereto as **Exhibit A** for the convenience of the Court.

[2] The alleged misrepresentations and omissions by Raytheon before and during the merger appears to have caused Raytheon's value to be inflated, resulting in the exchange ratio for the merger being skewed in favor of Raytheon shareholders.  UTC shareholders thus received a smaller share of the merged company than they would have had the truth about Raytheon's pre-merger misconduct been revealed prior to the merger.  That reality places the UTC Class that First New York seeks to represent in direct conflict with pre-merger Raytheon holders that are part of the class sought to be represented by the other lead plaintiff movants—hence First New York's motion to separately represent the UTC Class.

Dated:  April 30, 2021          Respectfully submitted,

*/s/ Andrew S. Friedman*
Andrew S. Friedman (State Bar No. 005425)
afriedman@bffb.com
BONNETT FAIRBOURN FRIEDMAN & BALINT, PC
2325 E Camelback Road, Suite 300
Phoenix, AZ 85016
Telephone: (602) 776-5902

*Local Counsel for Movants FNY Partners Fund LP and FNY Managed Accounts LLC*

Andrew J. Entwistle
(*admitted pro hac vice*)
aentwistle@entwistle-law.com
ENTWISTLE & CAPPUCCI LLP
401 Congress Avenue, Suite 1170
Austin, TX  78701
Telephone: (512) 710-5960

*Counsel for Movants FNY Partners Fund LP and FNY Managed Accounts LLC*

2