**POMERANTZ LLP**
Jeremy A. Lieberman
Emma Gilmore
600 Third Avenue
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
(admitted *pro hac vice*)
egilmore@pomlaw.com
(admitted *pro hac vice*)

*Counsel for Interim Lead Plaintiff the State
Teachers Retirement System of Ohio and
Interim Lead Counsel for the Class*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Pranay K. Bajjuri, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Raytheon Technologies Corporation F/K/A Raytheon Company; Thomas A. Kennedy; Anthony F. O'Brien; and Michael J. Wood,<br><br>Defendants. | Case No. CV-20-00468-JCH<br><br>Hon. John C. Hinderaker<br><br>**MEMORANDUM IN RESPONSE TO ORDER APPOINTING INTERIM LEAD PLAINTIFF AND LEAD COUNSEL (DKT. NO. 30)** |

On July 27, 2021, the Court entered an Order (the "Interim Leadership Order") appointing the State Teachers Retirement System of Ohio (the "Retirement System") as Interim Lead Plaintiff, and approving the Retirement System's selection of Pomerantz LLP as Interim Lead Counsel, for the Class.  Dkt. No. 30.  The Interim Leadership Order further directed the Retirement System:

> to submit a memorandum within 30 days . . . : (1) advising the Court how Plaintiffs wish to proceed regarding the filing of an amended consolidated class action complaint, the publication of a new PSLRA notice, and the filing of additional or renewed motions for appointment of non-interim lead plaintiff; (2) identifying the steps interim lead plaintiff Retirement System believes are necessary to effect how Plaintiffs wish to proceed, the publication of another PSLRA notice and the filing of additional or renewed motions for appointment of non-interim lead plaintiff; and (3) proposing a schedule.

*Id.* at 21.

The Retirement System hereby addresses the foregoing points:

1. The Retirement System intends to file a Consolidated Amended Complaint ("CAC") and requests that it be permitted to do so on or before September 27, 2021.

2. Interim Lead Counsel is in the process of investigating the facts underlying the fraud claims in this litigation.  While the Class definition in the CAC will be informed by Interim Lead Counsel's findings, Interim Lead Counsel currently anticipates that the Class definition in the CAC will include "investors who 'otherwise acquired' Raytheon Technologies securities"—*i.e.*, UTX, RTN and RTX shareholders.  *Id.* at 19.  To the extent that the Class definition in the CAC as filed ultimately does include such investors, then, pursuant to the Interim Leadership Order, Interim Lead Counsel will promptly cause to be published a notice (the "Amended Notice") "informing UTX, RTN and RTX shareholders of the opportunity to seek to be appointed lead plaintiff."  *Id.*  The Retirement System proposes that any member of

1

the putative Class as defined in the CAC be permitted to seek appointment as Lead Plaintiff within twenty-one (21) days of publication of the Amended Notice.

3.  To the extent that any new motions seeking appointment as Non-Interim Lead Plaintiff and Lead Counsel are filed pursuant to the Amended Notice, the Retirement System proposes that response and reply briefing proceed in accordance with the Local Rules of Civil Procedure of this Judicial District.

4.  In the interests of judicial efficiency, the Retirement System proposes that the Defendants not be required to respond to the CAC until after the Court has entered an Order appointing a Non-Interim Lead Plaintiff and Lead Counsel.  Following such Order, the Non-Interim Lead Plaintiff and Defendants shall promptly meet and confer and jointly submit a stipulation and proposed order setting a schedule for Defendants' response to the CAC and for all briefing associated with any motion(s) to dismiss.

Dated:  August 26, 2021

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
Emma Gilmore
600 Third Avenue
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
(admitted *pro hac vice*)
egilmore@pomlaw.com
(admitted *pro hac vice*)

*Counsel for Interim Lead Plaintiff the State Teachers Retirement System of Ohio and Interim Lead Counsel for the Class*

**KELLER ROHRBACK L.L.P.**
Gary Gotto (No. 007401)

3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
ggotto@kellerrohrback.com
Tel.: (602) 230-6322

*Liaison Counsel for Interim Lead Counsel the
State Teachers Retirement System of Ohio*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 26, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

4