IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pranay K. Bajjuri, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Raytheon Technologies Corporation, et al.,<br><br>Defendants. | No. 4:20-cv-00468-TUC-JCH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT** |

WHEREAS, the Court has considered Defendants' Request for Judicial Notice in Support of Motion to Dismiss the Consolidated Class Action Complaint,

IT IS HEREBY ORDERED THAT:

The Court GRANTS defendants' request that the Court consider under the doctrine of incorporation by reference or take judicial notice of the exhibits to the Declaration of Cory L. Braddock in Support of Defendants' Motion to Dismiss.

It is so ORDERED.