Jeffrey Willis (ASB #004870)
Cory L. Braddock (ASB #024668)
SNELL & WILMER L.L.P.
One East Washington Street, Suite 2700
Phoenix, Arizona  85004
Telephone:  602.382.6000
Email:  jwillis@swlaw.com
           cbraddock@swlaw.com

William Savitt (admitted *pro hac vice*)
Graham W. Meli (admitted *pro hac vice*)
Adam L. Goodman (admitted *pro hac vice*)
WACHTELL, LIPTON, ROSEN & KATZ
51 W. 52nd St.
New York, New York  10019
Telephone:  212.403.1000
Email:  WDSavitt@wlrk.com
           GWMeli@wlrk.com
           ALGoodman@wlrk.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

<table>
<tr><td>Pranay K. Bajjuri, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Raytheon Technologies Corporation, et al.,<br><br>Defendants.</td><td>No. 4:20-cv-00468-TUC-JCH<br><br>**SUPPLEMENTAL DECLARATION OF CORY L. BRADDOCK IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE SECOND CONSOLIDATED CLASS ACTION COMPLAINT**</td></tr>
</table>

Snell & Wilmer
L.L.P.
LAW OFFICES
One East Washington Street, Suite 2700
Phoenix, Arizona  85004-2202
602.382.6000

I, Cory L. Braddock, declare as follows:

1.      I am an attorney at the law firm of Snell & Wilmer LLP, One East Washington Street, Suite 2700, Phoenix, Arizona 85004, counsel to defendants Raytheon Technologies Corporation, Thomas A. Kennedy, Anthony F. O'Brien, and Michael J. Wood in the above-captioned case.

2.      I submit this declaration pursuant to 28 U.S.C. § 1746 to provide the Court with a document referenced in Defendants' Reply Brief in Support of their Motion to Dismiss the Second Consolidated Class Action Complaint.

3.      Attached as **Exhibit 18** is a true and correct copy of Raytheon Company's Form 10-K for the fiscal year ended December 31, 2017, filed with the Securities and Exchange Commission on February 14, 2018.

4.      I affirm, under penalty of perjury, that the foregoing is true and correct.


Executed this 14th day of March, 2023.


                                          _/s/ Cory L. Braddock_
                                          Cory L. Braddock

Snell & Wilmer
L.L.P.
LAW OFFICES
One East Washington Street, Suite 2700
Phoenix, Arizona 85004-2202
602.382.6000