Jeffrey Willis (ASB #004870)
Cory L. Braddock (ASB #024668)
SNELL & WILMER L.L.P.
One East Washington Street, Suite 2700
Phoenix, Arizona  85004-2202
Telephone:  602.382.6000
Email:  jwillis@swlaw.com
           cbraddock@swlaw.com

William Savitt (admitted *pro hac vice*)
Graham W. Meli (admitted *pro hac vice*)
Adam L. Goodman (admitted *pro hac vice*)
WACHTELL, LIPTON, ROSEN & KATZ
51 W. 52nd St.
New York, New York  10019
Telephone:  212.403.1000
Email:  WDSavitt@wlrk.com
           GWMeli@wlrk.com
           ALGoodman@wlrk.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pranay K. Bajjuri, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Raytheon Technologies Corporation, et al.,<br><br>Defendants. | No. 4:20-cv-00468-TUC-JCH<br><br>**DEFENDANTS' SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS THE SECOND CONSOLIDATED CLASS ACTION COMPLAINT** |

Snell & Wilmer
L.L.P.
LAW OFFICES
One East Washington Street, Suite 2700
Phoenix, Arizona  85004-2202
602.382.6000

In support of Defendants' Reply Brief in Support of their Motion to Dismiss the Second Consolidated Class Action Complaint, defendants Raytheon Technologies Corporation, Thomas A. Kennedy, Anthony F. O'Brien, and Michael J. Wood respectfully request that the Court consider under the doctrine of incorporation by reference or take judicial notice of Exhibit 18 to the Supplemental Declaration of Cory L. Braddock, submitted herewith.

Exhibit 18 is Raytheon Company's Form 10-K for the fiscal year ended December 31, 2017, filed with the Securities and Exchange Commission on February 14, 2018. It is incorporated by reference and subject to judicial notice for the same reasons set forth with respect to the 10-Ks identified in Defendants' Request for Judicial Notice filed in connection with defendants' opening motion on January 19, 2023. *See* Dkt. 60.

Dated this 14th day of March, 2023.

SNELL & WILMER L.L.P.

*/s/ Cory L. Braddock*
Jeffrey Willis
Cory L. Braddock
One East Washington Street, Suite 2700
Phoenix, Arizona 85004

William Savitt (admitted *pro hac vice*)
Graham W. Meli (admitted *pro hac vice*)
Adam L. Goodman (admitted *pro hac vice*)
WACHTELL, LIPTON, ROSEN & KATZ
51 W. 52nd St.
New York, New York 10019

*Attorneys for Defendants*

Snell & Wilmer
L.L.P.
LAW OFFICES
One East Washington Street, Suite 2700
Phoenix, Arizona 85004-2202
602.382.6000

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 14, 2023 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and served electronically through the CM/ECF system to all counsel of record.

SNELL & WILMER L.L.P.

*/s/ Cory L. Braddock*
Cory L. Braddock
One East Washington Street, Suite 2700
Phoenix, Arizona  85004