IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pranay K. Bajjuri, et al., | No. 4:20-cv-00468-TUC-JCH |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS' SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS THE SECOND CONSOLIDATED CLASS ACTION COMPLAINT** |
| v. | |
| Raytheon Technologies Corporation, et al., | |
| Defendants. | |

WHEREAS, the Court has considered Defendants' Supplemental Request for Judicial Notice in Support of Motion to Dismiss the Second Consolidated Class Action Complaint,

IT IS HEREBY ORDERED THAT:

The Court GRANTS defendants' request that the Court consider under the doctrine of incorporation by reference or take judicial notice of Exhibit 18 to the Supplemental Declaration of Cory L. Braddock in Support of Defendants' Motion to Dismiss the Second Consolidated Class Action Complaint.

It is so ORDERED.