# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pranay K Bajjuri, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Raytheon Technologies Corporation, et al.,<br><br>　　　　Defendants. | NO. CV-20-00468-TUC-JCH<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed May 25, 2023, the complaint and action are dismissed with prejudice.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

May 25, 2023

　　　　　　　　　　　　　　　　　　s/ C. Ortiz
　　　　　　　　　　　　　By　　　Deputy Clerk